UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

    Plaintiff,                          Case No. 1:19–cv–18

v.                                      Hon. Janet T. Neff

NORTON SHORES, CITY OF,

    Defendant.
_____/

## ORDER

      For the reasons stated on the record at the hearing held October 11, 2019, Defendant City of Norton Shores' Motion Pursuant to Fed.R.Civ.P. 36(6) to Determine Sufficiency of Plaintiff's Responses and to Compel Defendant Wacker's Amended Answers to Defendant's Requests for Admission, and Other Relief (ECF No. 28) is denied without prejudice. The discovery deadline is extended to December 31, 2019. No other deadlines are changed by this order.

      IT IS SO ORDERED.

Dated: October 11, 2019                       /s/ Ellen S. Carmody
                                                     ELLEN S. CARMODY
                                                     Ellen S. Carmody U.S. Magistrate Judge