UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

    Plaintiff/Counter-Defendant,

v.

CITY OF NORTON SHORES,

    Defendant/Counter-Claimant.
_____/

Case No. 1:19-cv-18

HON. JANET T. NEFF

**ORDER**

The Court having reviewed the parties' Joint Response to the order to show cause (ECF No. 55):

**IT IS HEREBY ORDERED** that the order to show cause (ECF No. 51) is satisfied.

**IT IS FURTHER ORDERED** that the deadline for the parties to complete facilitative mediation is extended to February 28, 2020.  Requests to extend the deadline will not be favored.


Dated:  December 20, 2019

  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge