# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:19-cv-18 | Wacker Neuson v. City of Norton Shores | 02/26/2020 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| Matt Snyder | Plaintiff Wacker Neuson |
| Mayor Gary L. Nelund | Defendant City of Norton Shores |
| Mark Meyers - City Administrator | Defendant City of Norton Shores |
| Mike Hurston - Finance Director | Defendant City of Norton Shores |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Adam Brody (P62035), Varnum LLP | Plaintiff Wacker Neuson |
| Jeffrey Koelzer (P78602), Varnum LLP | Plaintiff Wacker Neuson |
| John Karafa (P36007), Gravis Law | Defendant City of Norton Shores |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:   ☐ Case settled in full - Final paperwork will be filed by:
         ☐ Mediation continuing - Date of Next Session
         ☑ Not settled - Mediation Completed

Dated: February 26, 2020        /s/ Bruce A. Courtade (P41946)

Mediator