# EXHIBIT 7

# RYAN GILE DEPOSITION TRANSCRIPT

RYAN GILE                          CondenseIt™

Page 1

1          UNITED STATES DISTRICT COURT
2        FOR THE WESTERN DISTRICT OF MICHIGAN
                  SOUTHERN DIVISION
3
4    WACKER NEUSON PRODUCTION
     AMERICAS, LLC, a Wisconsin limited
5    liability company,
6              Plaintiff,
7        vs.        Case No.: 1:19-CV-00018-JTH-ESC
8    CITY OF NORTON SHORES, a Michigan
     Municipal Corporation,
9
10             Defendant.
11
12
13              Deposition of RYAN GILE
14            Wednesday, November 20, 2019
15                   10:25 a.m.
16                      At
17       Wacker Neuson Production Americas, LLC
             N92 W15000 Anthony Avenue
18         Menomonee Falls, Wisconsin 53051
19
20
21
22       Reported by Sheila K. Fairchild
23
24
25

Page 2

1        DEPOSITION of RYAN GILE, a witness in the
2    above-entitled action, was taken at the instance of the
3    Defendant, under and pursuant to the provisions of the
4    Federal Rules of Civil Procedure 30(b)(1) and pursuant
5    to notice, before me, SHEILA K. FAIRCHILD, Professional
6    Court Reporter and Notary Public, in and for the State
7    of Wisconsin, at Wacker Neuson, LLC, N92 W15000 Anthony
8    Avenue, Menominee Falls, Wisconsin, on the 20th day of
9    November, 2019, commencing at 10:25 a.m. and concluding
10   at 1:15 p.m.
11
12   APPEARANCES:
13
14   VARNUM, LLP
15       JEFFREY D. KOELZER
16       333 Bridge Street N.W.
17       Grand Rapids, Michigan 49501-0352
18       616.336.6000
19       jdkoelzer@varnumlaw.com
20       Appeared on behalf of the Plaintiff.
21
22   WILLIAMS HUGHES, PLLC
23       JOHN M. KARAFA
24       120 West Apple Avenue
25       Muskegon, Michigan 49440

Page 3

1        231.726.4857
2        KRose@gravislaw.com
3        Appeared on behalf of the Defendant.
4
5
6                     INDEX
7
8    Examination by:                    Page
9    Mr. Karafa                          4
10   Mr. Koelzer                        100
11   Mr. Karafa                         103
12
13   (The original transcript was sent to Attorney Karafa.)
14
15                   EXHIBITS
16   No.                   Page
17   1  November 7, 2018 Letter to Mr. Gile
        re: Revised invoice                27
18   2  September 20, 2018 Letter to Ms. Steinbach
        re: Invoice for tax abatement payments   27
19   3  Complaint                          35
20   4  Application for Industrial Facilities Tax
        Exemption Certificate              52
21   5  Act 198 Agreement                  52
22   6  State of Michigan issuance of IFEC 2008-38   52
     7  Act 198 Agreement with City of Norton Shores   77
23   8  E-mail from Mr. Bergy to Mr. Gile     87
     9  E-mail from Ms. Brubaker-Clarko to Ms. Gunia  96
24
     (The original exhibits were attached to the original
25   transcript.)

Page 4

1            TRANSCRIPT OF PROCEEDINGS
2            RYAN GILE, called as a witness herein, having
3    been first duly sworn on oath, was examined and
4    testified as follows:
5                   EXAMINATION
6    BY MR. KARAFA:
7    Q.  Would you please state your name?
8    A.  Ryan Gile.
9            MR. KARAFA:  This is the deposition of Ryan
10       Gile being taken pursuant to notice for all purposes
11       permitted under the court rules in anticipation of
12       trial in this cause.
13   BY MR. KARAFA:
14   Q.  Mr. Gile, my name is John Karafa.  I represent the City
15       of Norton Shores in this case, for purposes of this
16       deposition anyway.  I realize now that you pronounced
17       your name that it's Gile with a hard G instead of a
18       soft G, which is one of the curiosities that I had
19       before coming in.  Have you had a deposition taken
20       before?
21   A.  No.
22   Q.  Have you ever testified as a witness in any court of
23       law?
24   A.  No.
25   Q.  Or testified as a witness under oath in any proceeding,

RYAN GILE                    CondenseIt™

## Page 5

1   an examination under oath pursuant to an insurance
2   policy or in a state tribunal agency or administrative
3   tribunal or anything along those lines?
4   A. No.
5   Q. So I'm going to state a few of the ground rules for
6   purposes of our deposition today.  I want to learn some
7   information from you and from Wacker Neuson, so I'm
8   going to ask you questions, and I'm going to attempt to
9   make my questions clear, okay?
10  A. Uh-huh, yes.
11  Q. If I do that, then what I expect you to do is to answer
12  my questions to the best of your ability, all right?
13  A. Yes.
14  Q. If you do not understand a question that I ask of you
15  or any part of the question for any reason, because of
16  a word I use or the way I phrase the question or it
17  appears to be confusing in one or more ways, which I'm
18  certainly capable of doing, then simply don't answer
19  the question.  Ask me to rephrase it, I'll be happy to
20  do so, okay?
21  A. Okay.
22  Q. The court reporter is here.  She has sworn you under
23  oath, and she's taking done everything that we say here
24  during the course of these proceedings.  So it's
25  important-- she's very skilled at what she does, but

## Page 6

1   it's important that we not speak over one another.  In
2   that sense, some of my questions may be very
3   predictable as I get along with it, and you may
4   anticipate what I'm asking and jump in and answer it
5   when I'm not quite finished asking a question.  I ask
6   you to be patient and wait for me to finish my question
7   before you answer it, okay?
8   A. Okay.
9   Q. I will also wait until you finish your answer before I
10  ask another question so that we don't speak over one
11  another and the record doesn't get garbled in that
12  respect.  Another ground rule along those lines is that
13  it's important that we speak to and with one another
14  and articulate our words and not merely respond to one
15  another with nods of the head and those kinds of casual
16  gestures which are helpful as we sit across the table
17  from one other in a coffee house sense, but it doesn't
18  translate on paper very well.  So it's important that
19  we speak with one another, yes, no and answer the
20  questions accordingly, okay?
21  A. Okay.
22  Q. And we're at your facility here in-- this is Menomonee
23  Falls, Wisconsin?  Is that where we're at now?
24  A. Correct.
25  Q. And so it's your show from that standpoint.  It's my

## Page 7

1   deposition but your house.  There's a formality
2   attached.  There's a court reporter.  I've come a long
3   way for the deposition.  I'm not in any hurry.  We'll
4   do what we need to do.  The point being that while it's
5   a formal proceeding, there are some rules that govern
6   it.  You have counsel here, Mr. Koelzer, and to the
7   extent there needs to be a break by the court reporter,
8   if she needs a break for something or if you need a
9   break, or counsel, for any reason, get some fresh air,
10  some water, rest room break, whatever it may be, just
11  any case, there's nothing requiring us to sit here for
12  some finite period of time before we take a break,
13  okay?
14  A. Okay.
15  Q. Any questions before we proceed?
16  A. Nope.
17  Q. I just want to get some background information.  How
18  old are you?
19  A. Fifty.
20  Q. And you graduated high school, I'm sure?
21  A. Yes.
22  Q. Where did you graduate high school?
23  A. Middleton High School, Wisconsin.
24  Q. Did you grow up in Wisconsin?
25  A. Yes.

## Page 8

1   Q. After high school, did you go on to college?
2   A. Yes.
3   Q. Did you attain some degrees?
4   A. Yes.
5   Q. What degrees did you attain?
6   A. BBA in accounting and finance.
7   Q. What was the acronym you said?
8   A. BBA, bachelor's in business administration.
9   Q. What facility, institution did you get that from?
10  A. University of Wisconsin at Madison.
11  Q. What year was that?
12  A. 1992.
13  Q. Any other college courses after the 1992 bachelor
14  degree that you received at University of
15  Wisconsin-Madison?
16  A. College courses, yes.  Degrees, no.
17  Q. Okay.  What was the-- what additional courses, I guess
18  in-- generally, what courses did you take?
19  A. Tax probe, tax courses, tax program courses and some
20  MBA courses.
21  Q. What institution were those taken at?
22  A. University of Wisconsin-Milwaukee and Marquette
23  University.
24  Q. What was the purpose of taking those?
25  A. Further understanding.

RYAN GILE                                                CondenseIt™

### Page 9

1  Q. Were you pursuing additional degrees, a master's, for
2     example, and you just didn't complete the courses?
3  A. No.
4  Q. How many tax courses did you take, for example, if you
5     recall?
6  A. I don't recall.
7  Q. What years did you finalize your continuing interest in
8     those courses, including tax courses and the MBA
9     courses?
10 A. I don't recall.
11 Q. Are you married?
12 A. Yes.
13 Q. And did you live in Michigan for a while?
14 A. No.
15 Q. Have you ever lived in Michigan?
16 A. No.
17 Q. Have you always lived in Wisconsin?
18 A. Yes.
19 Q. Let me ask you about your employment history.  Do you
20    want to just give me a chronology of your employment
21    history?
22 A. Coopers and Lybrand Public Accounting, '92 to '95;
23    Rockwell Automation, approximately to 2002 or '03;
24    Magnitech, to somewhere around 2010 or '11, somewhere
25    in there; and then Avrio Technology.

### Page 10

1  Q. How do you spell that?
2  A. A-V-R-I-O, 2013; since then Wacker Neuson.
3  Q. Avrio Technology, 2013 is when you concluded your
4     employment there?
5  A. Yes.
6  Q. When did you start there, about 2010 or '11?
7  A. Yes, 2012, somewhere in there.
8  Q. So you've been at Wacker-- is it Neuson or Neuson?
9  A. Neuson.
10 Q. So since 2013 at some point in 2013, you've been
11    employed with Wacker Neuson?
12 A. Yes.
13 Q. What position did you hire in at?
14 A. Manager of finance, I think.  It might have been vice
15    president of finance.  I don't recall.
16 Q. Did you hire in-- what do we call this facility?  Is
17    this headquarters?
18 A. No.  This is a division of Wacker Neuson S.E.
19 Q. S.E.?
20 A. Yes.
21 Q. What does S.E. stand for?
22 A. I have no idea, a German acronym for Inc.
23 Q. This company is headquartered in Germany?
24 A. Correct.
25 Q. Has your position title changed at all from its initial

### Page 11

1     title of manager of finance or vice president of
2     finance?
3  A. Yes.
4  Q. Why don't you tell me what the chronology of titles has
5     been since 2013.
6  A. In 2018 I was promoted to chief operating officer for
7     North America.
8  Q. Congratulations.
9  A. Thank you.
10 Q. And that's your current title?
11 A. Correct.
12 Q. Explain, what did you do as manager of finance or vice
13    president of finance from 2013 until 2018?  What were
14    your general duties and responsibilities?
15 A. Closing of the general ledger for the operating
16    companies in North America.
17 Q. Closing of the general ledger?
18 A. Yes.
19 Q. What did that involve?
20 A. Booking entries, reviewing entries, making sure
21    expenses are proper, making sure accruals are proper
22    and reviewing new customers, reviewing new lines of
23    business, divestitures of business lines, acquisition
24    of business lines, tax, all of the other.
25 Q. Okay.  This is, the facility we're in here, a very

### Page 12

1     large facility, it seems like, this is a division of
2     Wacker Neuson, as you said, S.E.  How many other such
3     divisions are there in North America?
4  A. There's five legal entities in North America, actually,
5     I think now four.  We just merged one last year.
6  Q. Did I ask the right question?  So there's five legal
7     entities and now there's four because you merged one.
8     I'm thinking about the divisions like this facility,
9     but are there other types of structural entities as
10    part of Wacker Neuson that encompass--
11 A. Are you talking legal entities, or are you talking
12    about facilities?
13 Q. Well, good question.  Is this division, for example, is
14    this its own profit center?
15 A. There's two, there's actually three corporations that
16    are headquartered here, four corporations:  Wacker
17    Neuson Holding, Wacker Neuson Corporation, it's the
18    holding company.  Underneath Wacker Neuson Corporation
19    is Wacker Neuson Sales America, LLC, Wacker Neuson
20    Production, LLC, and underneath Wacker Neuson Sales
21    America is a company called Lightning Rod Investments.
22    There was previously a Wacker Neuson Logistics America
23    that was merged into the sales company last year.
24 Q. I'm sorry, that was Wacker Neuson Logistics?
25 A. Yes.

RYAN GILE                                    CondenseIt™

**Page 13**

1  Q. Merged in 2018?
2  A. Uh-huh.
3  Q. Into the second entity, Wacker Neuson Sales America?
4  A. Correct.
5  Q. So when taxes are prepared, for example, is that a
6     fiscal year or a calendar year?
7  A. Calendar year.
8  Q. When taxes where prepared, is there-- are there
9     separate tax filings for each division?  I don't want
10    to get too much into taxes.  I'm not a tax attorney.
11 A. No.  We file as a consolidated U.S. entity.  Some
12    states require separate filings for separate companies,
13    but as the IRS goes, federal, it's a consolidated corp.
14 Q. Now, in the Michigan plant, Wacker Neuson Michigan
15    plant in Norton Shores, did that require, the State of
16    Michigan require separate corporate filing for state
17    tax purposes?
18 A. I believe we filed as a consolidated group in Michigan,
19    but I don't know that for sure.
20 Q. Was Wacker Neuson, did it have a presence in Michigan
21    before it set up shop in Norton Shores in about 2007 or
22    '08?
23 A. I don't know.
24 Q. How long has this facility been here in Wisconsin, this
25    division?

**Page 14**

1  A. This exact one, I think they moved here in 1985 or
2     something.  There's a placard outside.
3  Q. What do you do?  Are you a manufacture and warehouse
4     here?
5  A. Correct.
6  Q. What does Wacker Neuson make?  It makes different
7     things at different locations?
8  A. It makes construction equipment.
9  Q. All construction equipment across the board?
10 A. Generators, light towers, all the way up to skid
11    loaders and asphalt rollers, trench rollers.
12 Q. Now, have you been-- you were involved with some Wacker
13    Neuson operations in Michigan after 2013, I take it?
14    You got involved with the City of Norton Shores?
15 A. Yes.
16 Q. Generally, and this may be somewhat an unfair question
17    because it's very broad.  Generally, what was your
18    level of contact with the Norton Shores operation from
19    your commencement of your employment here in 2013
20    forward?
21 A. I ran all the accounting for Norton Shores.  I was head
22    of accounting for Norton Shores, the same roles I would
23    have here.
24 Q. Then I take it that did not require you to physically
25    be present in the Norton Shores facility?

**Page 15**

1  A. Correct.
2  Q. Did you go there from time to time?
3  A. Time to time, yes.
4  Q. Who was your-- who reported to you from the Norton
5     Shores facility?
6  A. Nobody.
7  Q. How did you gather the data you needed to do your
8     perform your functions, your accounting functions for
9     the Norton Shores facility?
10 A. We have a SAP accounting system.
11 Q. So you're all part of the same accounting system and it
12    was in real time; you would have access to all the
13    information and data you needed from time to time?
14 A. Correct.
15 Q. In the Norton Shores facility?
16 A. Correct.
17 Q. Who was-- was there anybody playing an accounting role
18    on site in Norton Shores?
19 A. No.
20 Q. Are you familiar generally with the tax abatements,
21    call it a system, call it a legislation, call it
22    opportunities, that businesses have in different
23    states?
24    MR. KOELZER: Object to the form, but you can
25    answer.

**Page 16**

1  THE WITNESS: Somewhat.
2  BY MR. KARAFA:
3  Q. Is there such a-- are there tax abatement opportunities
4     for businesses in the State of Wisconsin that you're
5     aware of?
6  A. Yes.
7  Q. Does Wacker Neuson enjoy any tax abatement privileges
8     here in this division here in Menomonee Falls?
9  A. I do not know that.
10 Q. Maybe they did in the past but if they did in the past,
11    maybe the time expired or something?
12 A. Could be.
13 Q. Now, in Michigan there's legislation governing tax
14    abatements; you're familiar with that?
15 A. No.
16 Q. You were aware that the Wacker Neuson plant in Norton
17    Shores entered into agreements with the City of Norton
18    Shores relative to tax abatement privileges, right?
19 A. Yes.
20 Q. And that-- you became familiar with such things as
21    these industrial facilities exemption certificates that
22    are issued by the Tax Commission to an entity like
23    Wacker Neuson?
24 A. Yes.
25 Q. Have you been involved-- I take it that you run the

**RYAN GILE**      **CondenseIt™**

---

**Page 17**

1    accounting like you did for Wacker Neuson in Norton
2    Shores, you perform all the accounting functions for
3    the other divisions of Wacker Neuson Holding Company?
4    A. Wacker Neuson Corporation, it's the holding company of
5    the operating companies.
6    Q. Okay. For Wacker Neuson Sales America, LLC, and for
7    Wacker Neuson Production, LLC, you prepare the taxes
8    for all those divisions?
9    A. Yes.
10    Q. Or you do the accounting functions that support the tax
11    calculations for all those-- for the holding
12    corporation?
13    A. Correct.
14    Q. All right. Where is Wacker Neuson Sales America
15    located?
16    A. Menomonee Falls. Well, we have presence in just about
17    every state, so we file in just about every state.
18    Q. All right. Understood. Do you know Lawrence O'Toole?
19    A. Yes.
20    Q. Is he no longer with Wacker Neuson?
21    A. Correct.
22    Q. What position did he hold when he was here?
23    A. Vice president of finance.
24    Q. The position you hold?
25    A. Correct.

**Page 18**

1    Q. Or previously held?
2    A. Correct.
3    Q. Do you know approximately how long he was here?
4    A. Nope.
5    Q. Do you know when he left? Was it when you took over?
6    A. Correct.
7    Q. So when you took over his position, and you've
8    identified it previously as one of two titles, either
9    manager of finance or vice president of finance I
10    believe when you first hired in, did Mr. O'Toole leave
11    the company entirely?
12    A. Shortly after.
13    Q. Did he leave under any unfavorable terms?
14    A. I do not know.
15    Q. Do you know where he is now?
16    A. I do not.
17    Q. When is the last time you had any communication with
18    Mr. O'Toole?
19    A. Several months ago, maybe a month ago.
20    Q. And when I ask you about dates, if you know a date
21    specifically because it sticks in your mind for a
22    particular reason, which happens from time to time,
23    that's great. If you don't know it, then do your
24    best. I don't expect you to know specific dates off
25    the top of your head necessarily. So about a month

**Page 19**

1    ago, you talked to Mr. O'Toole. What were
2    the circumstances surrounding that discussion?
3    A. He e-mailed us inquiring about his continuing benefits.
4    Q. So you have an e-mail address for Mr. O'Toole, at
5    least?
6    A. Correct.
7    Q. And thinking back on that exchange, vis-a-vis e-mail,
8    do you have a general recollection of where he is
9    generally? If you and I were going to get in a car or
10    a train or a boat or something today and go find him,
11    how far would we have to go?
12    A. I believe he's in Wisconsin.
13    Q. Okay. Again, you have the capability based on-- at
14    least your month ago or so communication with
15    Mr. O'Toole to contact him or your counsel could
16    contact him at least by e-mail?
17    A. Of course.
18    Q. I would assume that he was reaching out for
19    information, so he probably provided contact
20    information, his phone number and mailing address,
21    those types of things?
22    A. I just have an e-mail. I don't know.
23    Q. Do you know where he's working?
24    A. I don't believe he is working.
25    Q. Do you think he's retired?

**Page 20**

1    A. He's receiving medical benefits as he's retired, so I
2    assume he's retired.
3    Q. So those are the benefits he was referring to?
4    A. Correct.
5    Q. What about Christopher Barnard? I'm going to ask you
6    the same questions about him and perhaps a few others.
7    Do you know Mr. Barnard?
8    A. Yes.
9    Q. Is he employed here?
10    A. No.
11    Q. When was he employed here?
12    A. I don't recall the date that he retired.
13    Q. What was his title?
14    A. Chief executive officer.
15    Q. That's a parallel title to the one you currently hold
16    as chief financial officer?
17    A. Correct.
18    Q. And about roughly, without entirely guessing,
19    approximately when-- was he here after you started in
20    2013?
21    A. Yes.
22    Q. Somewhere along the way he retired like Mr. O'Toole?
23    A. Correct.
24    Q. And about when was that?
25    A. I think 2016, around.

RYAN GILE                                CondenseIt™

## Page 21

1  Q. When was the last time you had any communication, if
2     you have, with Mr. Barnard?
3  A. A month ago.
4  Q. Coincidentally the same time frame as Mr. O'Toole.  Is
5     it coincidentally about the same subject matter,
6     benefits of some sort?
7  A. No.  He e-mailed me when he got a call to do a
8     deposition.
9        (Off the record.)
10       MR. KARAFA:  We had just a short break.  We
11    talked about Mr. Barnard and realized that he's
12    available and--
13       (Off the record.)
14       MR. KARAFA:  Mr. Koelzer and I were talking
15    about Mr. Barnard and his availability and we have
16    contact information, so we'll have to follow up on
17    that.
18 BY MR. KARAFA:
19 Q. Mr. Gile, you indicated that you believe Mr. Barnard
20    worked at Leboys Corporation, L-E--
21 A. B-O-Y-S.
22 Q. What do they do; do you know?
23 A. They make mini excavation equipment and asphalt
24    equipment.
25 Q. In Milwaukee?

## Page 22

1  A. No.
2  Q. Here in Menomonee Falls?
3  A. No.  I believe it's in somewhere down south.  I don't
4     know exactly where.
5  Q. But he hangs his hat here in--
6  A. He has a residence here.
7  Q. Okay.  He seems to be available.  Then Stephanie
8     Steinbach, who I believe I'm going to meet today, when
9     did she start working at Wacker Neuson?
10 A. I don't know.
11 Q. What is her position?
12 A. Director of HR.
13 Q. So she's the head HR person here at Wacker Neuson?
14 A. Correct.
15 Q. For this division, this location?
16 A. Correct.
17 Q. Was she here when-- was Ms. Steinbach here when you
18    started in 2013?
19 A. I don't think so.
20 Q. Do you know Gary Nelund in the city of Norton Shores?
21 A. No.
22 Q. Do you know Mark Meyers, administrator of the city?
23 A. No.
24 Q. Mike Huston?
25 A. No.

## Page 23

1  Q. Do you ever remember having a conversation with Mike
2     Meyers?
3  A. I vaguely recall a conversation, yes.
4  Q. So Wacker Neuson applied for an industrial facilities
5     exemption certificate back in 2007 with the City of
6     Norton Shores.  You were not around at that time,
7     affiliated with Wacker Neuson in any way; is that
8     right?
9  A. Correct.
10 Q. Have you reviewed that history of that?
11 A. No.  Well, a bit, whatever a bit means.
12 Q. Good point.
13 A. I've seen the documentation from the day I think it
14    started, from what little we have from that.
15 Q. Okay.  There were agreements signed between Wacker
16    Neuson and the City of Norton Shores pursuant to those
17    procedures that resulted in the issuance of an
18    industrial facilities exemption certificate by the
19    State Tax Commission; there were agreements reached;
20    you understand that?
21 A. Yes.
22 Q. And you understand that this case involves the-- in
23    part the City's claim that Wacker Neuson owes the City
24    the clawback amounts that are commensurate with the
25    taxes Wacker Neuson saved during the course of its

## Page 24

1     operation in the City of Norton Shores since, as the
2     City claims, Wacker Neuson breached this agreement and
3     left the City?  You understand that's the nature of
4     this case?
5        MR. KOELZER:  Object to the form.
6        THE WITNESS:  Yes.
7  BY MR. KARAFA:
8  Q. Now, I think you were identified in the Wacker Neuson's
9     initial disclosures here as you were the first person
10    listed who may have discoverable information
11    regarding-- I'm looking at the disclosure-- regarding
12    Plaintiff's operation at the property in question.  I'm
13    going to ask you a little bit about that now.  You
14    would agree that you would have some knowledge about
15    the operation of the property in question, being the
16    City of Norton Shores operation?
17 A. Yes.
18 Q. There's a comma, then it goes on to the next thing that
19    you may have knowledge of, the circumstances
20    surrounding the sale of that property to TGW systems.
21    Do you have knowledge about that?
22 A. Yes.
23 Q. That's-- then the next thing after the comma is the
24    transfer of the IFT certificate to TGW.  Do you have
25    knowledge about that process?

Page 25

1   A. I don't know. I have no--

2   Q. Okay. We can look at some stuff and see if you had

3      your hand in that business. The last thing,

4      Defendant's, the City of Norton Shores, attempts to

5      recapture abated taxes from Wacker Neuson. Do you have

6      some information related to City of Norton Shores

7      attempts to recapture abated taxes?

8   A. Yes.

9   Q. Do you know the amount of the taxes, and it's a

10     changing amount from time to time, but do you know what

11     the principal amount-- I'm not looking at any

12     documentation at the moment, but going back in time to

13     the time that Wacker Neuson left, and we can look at

14     some documents, but $951,000 comes to mind as the

15     initial invoice that was sent over and some change.

16     Does that sound about right?

17   A. Yes.

18   Q. Were you familiar with the computation process that

19     went into the City's statement of what it claimed

20     Wacker Neuson owed for the abated taxes, how they

21     calculated that amount?

22   A. Not exactly. A gentleman in my group recalculated it

23     and checked the methodology.

24   Q. Who did that?

25   A. Matt Snyder.

Page 26

1   Q. Did you say Max or Matt?

2   A. Matt.

3   Q. S-N-Y-D-E-R?

4   A. Yes, correct.

5   Q. What's his title here?

6   A. Accounting manager.

7   Q. Is that just-- all that stuff is tedious to me, so I

8     ask it not in an offensive way. Did you assign it to

9     him because it was something he could do and you didn't

10     want to do and let him figure it out, or did he have

11     some particular knowledge or background in these kinds

12     of issues that enabled him to calculate the property

13     taxes?

14   A. He is in charge of the taxes for North America. He's

15     the manager in charge of taxes, and he has all the

16     records of what we paid and the bills that we

17     received. So he did the detailed calculation, or

18     someone on his staff did the detailed calculation.

19   Q. So he has records of what we, Wacker Neuson you meant,

20     paid in taxes, right?

21   A. Correct.

22   Q. He has records of obviously his computations as to what

23     taxes were not paid because of the abatement permitted

24     under the industrial facilities exemption certificate?

25        MR. KOELZER: Object to foundation. You can

Page 27

1     answer.

2        THE WITNESS: He did attempt to recalculate

3     the amount that the City was claiming that we--they

4     would like to recapture.

5   BY MR. KARAFA:

6   Q. We might as well get to it. I think it was--

7        (Exhibit Nos. 1 and 2 were marked for

8     identification.)

9   BY MR. KARAFA:

10   Q. Mr. Gile, I'm handing you proposed exhibits, or

11     Exhibits 1 and 2 of your deposition. They are--

12     Exhibit 1 is a multi-page document. Exhibit 2 is a

13     multi-page document. Exhibit 1 is the-- the first page

14     of Exhibit 1 is a letter dated November 7, 2018, a

15     single-page letter from City administrator, Mark

16     Meyers, to you; is that correct?

17   A. Correct.

18   Q. Exhibit 2 is, again, a multi-page document pertaining

19     to the same subject matter, dated September 20, 2018,

20     to Ms. Steinbach, and it contains-- both of these

21     exhibits-- and absolutely, you're going through it.

22     Take your time and ask you through it. I'll just ask you

23     some questions. Exhibit 1 is Mark Meyers' letter to

24     you. Was-- that followed, he's says, a recent

25     telephone conversation with you. Do you recall that

Page 28

1     conversation?

2   A. Vaguely.

3   Q. What do you recall vaguely about it?

4   A. Him claiming that we owe 900 some thousand back taxes.

5   Q. And do you remember that that was your first

6     conversation with any representative of the City of

7     Norton Shores about that issue, or were there others

8     before that, that you just don't recall?

9   A. I don't recall.

10   Q. Do you recall speaking with anybody other than

11     Mr. Meyers about this issue, whether this is the one

12     and only time you talked with him, or whether there

13     were others, anyone else you spoke with?

14   A. I believe I spoke with him twice.

15   Q. Did-- and this letter actually follows the letter in

16     Exhibit 2, the letter to Ms. Steinbach, which is dated

17     September 20, 2018, right?

18   A. Correct.

19   Q. And it appears that Mr. Meyers was forwarding to you a

20     revised invoice after he further took a look at it?

21   A. After we disputed his first one.

22   Q. Okay. Tell me, is that the first one being the one

23     that's referenced in Ms. Steinbach's letter, Exhibit 2?

24   A. I know we disputed the invoice because there was

25     improper calculations. I don't know if this was the

**Page 29**

1  exact one.
2  Q. Okay. What is-- if you look at Exhibit 1, what is your
3     second page of Exhibit 1? What is the amount stated
4     there, total?
5  A. 1,017,941.23.
6  Q. Okay. So did Mr. Meyers explain to you what-- why
7     Norton Shores is claiming that you, Wacker Neuson, owes
8     the stated amount in these invoices?
9  A. That was the discussion.
10 Q. Did you have any historical understanding of the
11    relationship with Wacker Neuson and the City of Norton
12    Shores such that you-- you knew about this issue all
13    along and you were just rehashing some points with
14    Mr.-- made perhaps some respective points with
15    Mr. Meyers over it, or was this the first you were
16    learning of the claim?
17       MR. KOELZER: object to form. Go ahead and
18    answer if you understood the question.
19       THE WITNESS: I guess rephrase the question.
20 BY MR. KARAFA:
21 Q. Okay. So what do you recall about the conversation
22    with Mr. Meyers that led to him to send this November
23    7, 2018 letter to you in Exhibit 1?
24 A. That he was saying that they needed to reclaim the
25    funds, that we owed the money because of the agreements

**Page 30**

1  of the past, and my counter to him was that we still
2  had the facility with all the employees there and more,
3  plus additional capital investment plus a long term
4  entity that will live in Norton Shores forever and that
5  the City was not hurt and that was why we were
6  disputing this.
7  Q. Did you initiate the call to Mr. Meyers, or did he
8     initiate the call to you, if you recall?
9  A. I don't recall.
10 Q. Would you mind going-- you went through that list
11    fast. Those are important points. What did you say
12    about that? I think it was in the context of you
13    questioning why he's making this claim since they still
14    have the facility, you said, right?
15 A. Uh-huh.
16 Q. And all the employees, and you said more employees?
17 A. That was my guess.
18 Q. What else did you say about capital investment, you
19    used that term?
20 A. I just know that TGW has more equipment probably than
21    what we had because we were simply an assembly house.
22 Q. Okay. Are these things you related to Mr. Meyers over
23    the phone?
24 A. Yes.
25 Q. Did you send him anything in writing, that you recall?

**Page 31**

1  A. No, I don't believe so.
2  Q. Have you ever prepared a written document of any kind
3     outlining your perspective on this issue?
4  A. I don't believe so.
5  Q. And other than perhaps speaking with Mr. Koesler or his
6     partners or associates in this case, I don't want to
7     talk to you about those conversations, but have you
8     ever talked to anybody internally, Ms. Steinbach, for
9     example, or anybody else about this claim?
10 A. Yes.
11 Q. Ms. Steinbach would be one person you spoke with?
12 A. Correct.
13 Q. And now, did-- were there any-- who else did you have
14    communications with inside Wacker Neuson?
15 A. Matt Snyder.
16 Q. He's still here, right?
17 A. Yes.
18 Q. Full-time employee?
19 A. Yes.
20 Q. Works nine to five?
21 A. Yes.
22 Q. All right, and Ms. Steinbach, of course. Who else?
23 A. I don't recall.
24 Q. Did you have any communications with the home office in
25    Germany, for example, about this issue?

**Page 32**

1  A. We would have submitted this as an accrual, yes, and
2     they would have questioned what the accrual was, and we
3     would have to tell them.
4  Q. Did the-- you mentioned accrual. That caused me to ask
5     you, does the year to year, for example, from 2008
6     forward, 2009 forward, the tax preparation, did the
7     taxes year by year reflect in some part of the tax
8     filings on behalf of Wacker Neuson the tax savings that
9     Wacker Neuson enjoyed year by year due to the
10    abatements? Is there some part of the tax form that
11    reflects that?
12 A. I don't know.
13 Q. You prepare the tax data, don't you?
14 A. No.
15 Q. Some other-- you have some other corporate entity, some
16    accounting firm that prepares the tax records?
17 A. Correct.
18 Q. Are you the one that submits the data for those tax
19    forms, though?
20 A. Matt Snyder is responsible for submitting the data.
21 Q. Okay. Getting back now to your communication with
22    Mr. Meyers, you told him over the phone, how long did
23    your conversation last roughly? I'm not asking about
24    finite seconds.
25 A. Ten minutes.

RYAN GILE                            CondenseIt™

**Page 33**

1  Q. All right.  So during the ten minutes, you don't know
2     if he initiated the call or you initiated the call, but
3     you had a conversation.  It was about this issue, the
4     clawback issue?
5  A. Correct.
6  Q. Did he say his piece like you said yours?  Did you have
7     sort of a competing conversation exchange?  Did you
8     talk about the things that you mentioned here, and I'm
9     going to actually add to it in a moment, but did he
10    make a statement to you about what his perspective is?
11 A. Yes.
12 Q. What did he say?
13 A. That he has a signed document, that's the agreement.
14 Q. Okay.  So he referred to the agreement that the City of
15    Norton Shores had with Wacker Neuson?
16 A. Correct.
17 Q. And that was a contract, right?
18       MR. KOELZER:  Object to foundation, but go
19    ahead and answer.
20       THE WITNESS:  Sure.
21    BY MR. KARAFA:
22 Q. You know what a contract is, right?
23 A. Sure.
24 Q. Right, an agreement?
25 A. Yes.

**Page 34**

1  Q. Have you-- why was, if you know, why was Mr. Meyers
2     speaking with you about this issue?  Were you the
3     person representing Wacker Neuson with regard to the
4     claim of this tax abatement issue?
5  A. Yes.
6  Q. So being involved in a conversation at least November
7     of 2018 over the phone and receiving documents from
8     Mr. Meyers, did you look back at the documents that he
9     was referring to and review the procedural history of
10    the agreements reached?
11 A. Yes.
12 Q. So TGW, the industrial facilities exemption
13    certificate, the IFEC, we can refer to it as; is that
14    agreeable with you?
15 A. Yes.
16 Q. For purposes of this deposition.  The IFEC was
17    transferred to TGW at some point?
18 A. I believe so, yes.
19 Q. The State Tax Commission approved the issuance of the
20    remainder of the IFEC to TGW; is that your
21    understanding?
22 A. Yes.
23 Q. So that's partly what supports your perspective that
24    you started to reference that TGW took over as a number
25    of employees, the number of capital investments that's

**Page 35**

1     going to be there forever and all these, I think what
2     you're referring to, and tell me if I'm wrong, is the
3     financial benefits to Norton Shores having TGW there,
4     right?
5  A. Correct.
6  Q. That's essentially what sets up your response to
7     Mr. Meyers as to why are you even bothering me with
8     this tax abatement issue when you've got TGW there?
9  A. Correct.
10 Q. Now, as far as Matt Snyder's computations or
11    calculations are concerned, do they differ with these
12    computations?
13       MR. KOELZER:  Object to form.  You're
14    referring to the computations in Exhibit 1?
15    BY MR. KARAFA:
16 Q. Good point.  Let's do this, we'll get all this now--
17       (Exhibit No. 3 was marked for
18       identification.)
19    BY MR. KARAFA:
20 Q. Now, I've handed you Exhibit 3, which is again a
21    multi-page document.  It's a complaint that was filed
22    by Wacker Neuson in this case in the United States
23    District Court for the Western District of Michigan.
24    The complaint is eight pages, and it's got various
25    attachments to it.  If you go to Page 5 of Exhibit 3,

**Page 36**

1     Page 5 of the complaint, do you see in Paragraph 29 at
2     the top of the page under the caption, capital D, the
3     caption reads, "The City attempts to claw back Wacker
4     Neuson's past tax abatements," and then it continues on
5     chronologically with the enumerated paragraphs.
6        So 29 talks about, I think, Wacker Neuson
7     asserting in that paragraph language and some factors
8     that sound familiar, at least sound somewhat similar to
9     the ones that you identified here, the economic benefit
10    realized to the City by Wacker Neuson, although that's
11    a little different though, that's by Wacker Neuson, not
12    TGW.  Anyway, in Paragraph 29 there's a reference to
13    see invoice Exhibit C.  This is a reference to the
14    $966,943.65 that the City is claiming from Wacker
15    Neuson at that time.  Those are not tabs yet, but just
16    a few pages in-- so you found Exhibit C, which indeed
17    is an invoice from the City of Norton Shores dated
18    9/19/18, in the amount of 966,943.65; is that correct?
19    Exhibit C states that amount?
20 A. Yes.
21 Q. And that amount in Exhibit C of Wacker Neuson's
22    complaint filed in this case appears to be the same
23    copy of the same invoice that we've marked as Exhibit 2
24    in your deposition, correct?
25 A. Correct.

RYAN GILE                  CondenseIt™

Page 37

1  Q. That's the Mark Meyers letter to Stephanie Steinbach
2     with the attached September 19, 2018 invoice; is that
3     correct?
4  A. That is correct.
5  Q. All right.  Then just to get to the procedural history
6     here, in Paragraph 30 of the complaint, on Page 5 of
7     Exhibit 3, it refers to Exhibit D of-- which is the
8     revised invoice, and Exhibit D is the same exhibit
9     we've marked as Exhibit 1 in this deposition, is it
10    not?
11  A. Yes.
12  Q. So that's the Exhibit 1 in this deposition, and Exhibit
13    D in Wacker Neuson's complaint filed in this action is
14    a reflection of Mr. Meyers' letter to you dated
15    November 7, 2018 where he references your telephone
16    conversation and references the revised invoice
17    reflecting a $15,596.71 reduction based on removal of
18    four months of winter tax bills calculated from August
19    31, 2017 closing date through December 1, 2018; is that
20    true?
21  A. Yes.
22  Q. All right.  So now that we've got these-- identified
23    the two exhibits we marked to the deposition
24    corresponding with the two exhibits marked and attached
25    to Wacker Neuson's initial complaint which was filed

Page 38

1     back on January 10, 2019, then we can proceed from that
2     basis.  What is your understanding of the calculations
3     that Mr. Snyder came to as it relates to these
4     exhibits, either 1 and 2 in this deposition or C and D
5     in Wacker Neuson's complaint?
6  A. They were trying to claim more clawback on bills that
7     were not our responsibility.
8  Q. That's what Mr. Snyder's conclusions were?
9  A. I believe so.
10  Q. What is the amount that you came up with?
11  A. It appears $15,000.
12  Q. No.  Oh, so you're saying there was some communication
13    between your offices, i.e., Mr. Snyder and Mark Meyers'
14    office such that Mr. Meyers agreed with the four month
15    reduction leading to a 15,000 and some odd dollar
16    reduction?
17  A. That's correct.
18  Q. So if the clawback is applicable from your perspective,
19    then the amount, the corrected amount is reflected in--
20    it was reflected in Exhibit D of the complaint that was
21    filed by Wacker Neuson?
22  A. Yes.
23  Q. The $951,346.94?
24  A. Yes.
25  Q. Okay.  Now, let's clarify something because Exhibit 1

Page 39

1     actually has a different invoice as the second page to
2     it, letter following Mr. Meyers' letter, it's got an
3     invoice dated September 16, 2019, right, and that's not
4     really the invoice that was part of Mr. Meyers'
5     transmittal of November 7, 2018.  So the invoice on--
6     that's attached to Exhibit 1, I'm saying this for the
7     record and for our purposes as well, it appears that
8     Mr. Meyers' letter in preparation here got attached to
9     the most recent invoice that you maybe have not seen, I
10    don't know, dated September 16, 2019.  Have you seen
11    this one before?
12  A. No.
13  Q. All right.  Now, so we've identified perhaps the
14    discrepancy, that is to say for the benefit of the
15    record, we'll straighten this out in further
16    depositions, Exhibit 1 we've marked, which is the cover
17    page of Mr. Meyers' letter to you, single page,
18    November 7, 2018 referencing the revised invoice that
19    you have agreed is attached as Exhibit D in Wacker
20    Neuson's complaint filed in this action, right?  The
21    corrected amount is $951,346.94, right?
22  A. Correct.
23         MR. KOELZER: John, can I point out one more
24    thing for the record?
25         MR. KARAFA: Yes.

Page 40

1         MR. KOELZER: The November 7 letter as part
2    of Exhibit 1 appears to have the case information
3    consistent with the November 7 letter that's part of
4    the complaint.  That was taken from the complaint.
5         MR. KARAFA: Right.
6         MR. KOELZER: The next pages of that Exhibit
7    1 do not have that from the complaint.  It's my
8    understanding that this November 7 letter was taken
9    from what was filed in the complaint, the pages that
10    followed in Exhibit 1 were not part of what was filed
11    in the complaint.
12         MR. KARAFA: I agree.  The second page and
13    the attached documentation of Exhibit 1 is the latest
14    invoice calculated with a 7 percent late fee of
15    $66,594.29, so that's what that appears to be.
16  BY MR. KARAFA:
17  Q. So, Mr. Gile, do you agree that Exhibit 1, although the
18    cover letter, single page, November 7, 2018 letter from
19    Meyers does not correspond with the balance of the
20    documents attached to Exhibit 1, deposition Exhibit 1?
21  A. I agree.
22  Q. But the balance of the documents attached to this
23    deposition, attached to Mr. Meyers' letter as
24    Deposition Exhibit No. 1 does reflect, when you look at
25    that September 16, 2019 invoice number 23-- I'm sorry,

RYAN GILE                    CondenseIt™

## Page 41

1    invoice number 253015, when you look at that, it does
2    reflect the IFT clawback amount, which you agreed was
3    the revised corrected amount of $951,346.94. It does
4    state that principal amount before the late fees
5    assessed?
6  A. Correct.
7  Q. Now, I went through all that with you because I
8    submitted some discovery information, a discovery
9    request to Wacker Neuson, some interrogatories and
10   documents request. Did you help out with responding to
11   any of those items?
12 A. Some, yes.
13 Q. And I asked for this information in interrogatories
14   too, but in particular I submitted some requests for
15   admissions just to admit some facts that I thought were
16   not necessarily in dispute. My request to admit number
17   12 that I submitted, I'd be glad to show you a copy of
18   that. In fact, I will show you a copy. Hand one to
19   Mr. Koelzer. I'm handing you the entire set of Wacker
20   Neuson's responses to the City of Norton Shores' First
21   Request for Admissions, and I opened it up to Page 5
22   which has the caption, Request to Admit Number 12. You
23   can see in that request to admit-- by all means, take
24   your time to read that Number 12. Let me know when
25   you're finished reading it. Are you all done?

## Page 42

1  A. Uh-huh.
2  Q. Is that yes?
3  A. Yes.
4  Q. Now, the answer that Wacker Neuson gave me to that
5    request to admit, that the amount of taxes that Wacker
6    Neuson would have paid over the years covered by the
7    IFEC 2008 had not had the benefit of it was
8    951,346.94, an amount that I think we have agreed was
9    the revised corrected amount after Mr. Snyder
10   communicated with Mr. Meyers. The answer I got
11   was, "Wacker Neuson lacks adequate information
12   regarding the substance of this request, and therefore
13   it is denied." In further response, "The substance of
14   this request is the subject of ongoing discovery." So
15   as of August 21, 2019, two, three months ago, did
16   Wacker Neuson lack the information necessary to review
17   the invoices that were long ago sent to it from the
18   City of Norton Shores to determine whether it agrees
19   with the calculations?
20      MR. KOELZER: Object to foundation. You can
21   answer.
22      THE WITNESS: So we recalculated the tax
23   based on their calculations. We have never looked into
24   what the IFEC or whatever is to give us as a rebate or
25   a discount. So we know the calculation based on what

## Page 43

1    Norton Shores gave us, and we only recalculated to that
2    level. We didn't look in to see if the discount amount
3    was the correct amount. We just made sure that their
4    calculations were correct. Do you see what I'm saying?
5  BY MR. KARAFA:
6  Q. I don't know.
7  A. Let's say the tax bill would normally have been $1,000
8    and we were to receive a discount of 20 percent. So
9    take 20 percent off $1,000, and it would be $800. We
10   recalculated 1,000 times the 20 percent to get the
11   discount amount. We never checked to see if the
12   discount amount is correct or if any of those other
13   things are correct. We merely recalculated the
14   system. That's how we discovered that they were
15   charging us for invoices after the building was sold or
16   for tax.
17 Q. So to be clear, once you discovered that and you
18   recalculated it, vis-a-vis, Mr. Snyder, as you have
19   indicated, we came to an agreed upon amount, the
20   correct amount of $951,364-- the corrected amount-- let
21   me start over. $951,346.94?
22 A. Correct.
23 Q. That is the amount that you agree that Wacker Neuson
24   would have paid had it not had the privilege of tax
25   abatement for those--

## Page 44

1  A. I believe so.
2  Q. My question is, when did Mr. Snyder do these
3    calculations?
4  A. I don't know, somewhere between the two invoices.
5  Q. If we look at Exhibit 1, which the attachments to
6    Exhibit 1 may be, you know, very recent and not
7    appropriately coupled with the first page of Exhibit 1,
8    which is Mr. Meyers' November 7, 2018 letter, but if we
9    look at the first page of Exhibit 1, Mr. Meyers'
10   letter, we know that he reduced the initial invoice by
11   15,596.71, that Mr. Snyder calculated to come up with
12   the corrected amount that we've agreed upon, right?
13 A. That's correct.
14 Q. That had to be before November 7, 2018 that Mr. Snyder
15   did this work?
16 A. Sometime there, yes.
17 Q. I don't know if I am missing something here, but Wacker
18   Neuson was-- Wacker Neuson certainly did have adequate
19   information regarding this request that it admit this
20   amount?
21 A. No.
22 Q. Why not?
23 A. Because we still haven't gone back and checked the
24   whole calculation. You're assuming that we know what
25   the calculated amount is in total. We didn't check

RYAN GILE                     CondenseIt™

## Page 45

1      that. We were just merely taking their word for it.
2  Q. Well, you're taking their word for it, but they have
3      given you-- Norton Shores has given Wacker Neuson on
4      numerous occasions all the supporting data that went
5      into its calculations, right?
6  A. I don't have that information. We have an outside
7      third party that files our taxes for us, and we assume
8      that they're doing it correctly, and we see what the
9      City of Norton Shores said that we were abated, and we
10     just merely did the calculation backwards to check to
11     see that their number was correct. We didn't check the
12     overall tax numbers.
13  Q. But again, looking at Wacker Neuson's complaint filed
14     in this case, Exhibits C and D, which we took a look
15     at, both Exhibits C and D that were part of the January
16     10, 2019 complaint contained all the supporting data
17     setting forth the various taxing units and the mills,
18     correct?
19  A. And we didn't check any of that. That's what I'm
20     saying. We haven't checked any of the mills, so we
21     don't know if any of that is correct. So we don't know
22     that the total would have been correct and this is just
23     the difference between the two. We didn't go back and
24     I haven't checked the mill rate, and I haven't checked
25     all those things. This is what they claim, yes.

## Page 46

1      That's what they claim. I checked it once and found
2      errors. I didn't go back and check it all again.
3  Q. Well, you had Mr. Snyder go back and check, review all
4      their computations, right?
5  A. No. We had him review the amount that they claim is
6      the discount. I have not checked mill rates, and I
7      have not checked property values and all that other
8      stuff, no.
9  Q. Do you plan on doing that?
10  A. I don't know.
11  Q. You're the accountant.
12  A. It depends on the outcome, I guess.
13  Q. All right. Well, the-- in the formula-- the formula is
14     not a mystery, right? It's not the City of Norton
15     Shores' formula; this is a statutory formula, right?
16            MR. KOELZER: Object to foundation.
17  BY MR. KARAFA:
18  Q. You're aware there's a statute that governs the
19     calculation? It sets out the calculation in the State
20     of Michigan?
21  A. Yes, I'm well aware of that, but mistakes happen, as we
22     can see here.
23  Q. Right, and Norton Shores responded. They were $15,000
24     off on about a million dollar assessment, and they
25     revised the invoice, right?

## Page 47

1  A. It's a pretty simple calculation, and they screwed that
2      up.
3  Q. Well, if it's a simple calculation, why are you not in
4      a position to state that that's the final amount that
5      you agree upon?
6  A. Because I don't know-- that's the final amount that
7      they claim. That's what I agree on. I don't know that
8      that's the right amount.
9  Q. What would you need in addition to the information you
10     have now to determine whether it's the right amount?
11  A. To go back and get the mill rate for each year and the
12     values submitted for each year and calculate based on
13     that to see what the total amount should have been and
14     then apply the discount factor for the abatement and
15     then come up with a total. We didn't do that step. We
16     merely took their calculation.
17  Q. How burdensome of a process would that be? I mean,
18     Norton Shores did it.
19  A. Yes. 2008, that goes a long way back. We don't have
20     documentation that's easy to get. We'd have to get
21     into paper and go into a vault and figure out all
22     this. It's quite a bit of time.
23  Q. Let me ask you this: Are you suggesting that Wacker
24     Neuson didn't receive on a year-by-year basis the
25     computations of the taxes that were abated year by

## Page 48

1      year?
2  A. I assume-- I don't know. I have no idea.
3  Q. All right. As you sit here today, looking at-- did you
4      look at Mr. Meyers, when he sent you that letter in
5      November of 2018 and the revised amount, did you share
6      that with Mr. Snyder?
7  A. Did I share this letter with Mr. Snyder?
8  Q. And the data and the revised invoice.
9  A. I believe we checked it to what Matt's calculations
10     were, yes.
11  Q. So as you sit here today, you have no reason to dispute
12     the amount that's claimed? You have no reason to?
13  A. I dispute the amount they're claiming, yes.
14  Q. Why is that?
15  A. Because it's not right.
16  Q. Why not?
17  A. Because they still get all of the benefits for us
18     building a building in 2008, and they have full
19     employment over there with a building full of people,
20     and the new owner of the building is employing people,
21     paying taxes, the property was built. It's still
22     paying taxes on the property.
23  Q. Okay. So we're talking about the calculations
24     themselves. We'll get into the other part. You have
25     no reason to dispute the amount now that Mr. Snyder has

RYAN GILE                              CondenseIt™

## Page 49

1    put pen to paper and did his accounting, auditing of
2    the paper work back in 2018 and came up with a change
3    of 15,000 bucks and some odd change. The City revised
4    its invoice after deducting those four months of
5    calculations and resubmitted the invoice to you. We
6    have established certainly that much today? You have
7    no reason to dispute, I ask you, the amount of
8    $951,346.94, at least as of 2018? You have no reason
9    to dispute that amount as being the correct calculated
10   amount?
11   A. I believe that's the correct calculation that they have
12      given us.
13   Q. So Wacker Neuson's decision-- did it have a presence in
14      Michigan before it set up shop in Norton Shores?
15   A. I don't know.
16   Q. It constructed this manufacturing and warehouse
17      facility in the City of Norton Shores in 2007, 2008?
18   A. In that time frame somewhere.
19   Q. And you believe that was a benefit that Norton Shores
20      received from Wacker Neuson?
21   A. Yes.
22   Q. Wacker Neuson received the benefit in these tax
23      abatements, true?
24   A. Sure.
25   Q. Well, you say that, "sure," which on paper looks like

## Page 50

1    you agree with me, but you kind of shrugged a little
2    bit as if you're sort of reluctantly agreeing with the
3    proposition. The bottom line is though regardless of
4    how many millions Wacker Neuson was grossing, or
5    putting all that aside, the bottom line is Wacker
6    Neuson saved on an annual basis a calculable amount of
7    money in that it was not required to pay property taxes
8    on certain portions of the property--
9    A. Only compared to Norton Shores. If I were to build a
10      factory today, I would go down to a low cost state or
11      to Mexico. Did they benefit? No, no, they didn't
12      because Norton Shores could be a lot higher mill rate
13      than Mexico or Arkansas, so did they benefit? No.
14   Q. So Wacker Neuson did not benefit?
15   A. No, they did not benefit.
16   Q. So Wacker Neuson, if the $951,000 is roughly-- I'm
17      sorry, if that's a correct calculated amount for
18      purposes of this question, and forgive my gross
19      approximations, but over the course of ten years, close
20      to ten years of operation, Wacker Neuson would have on
21      an average basis saved about $100,000 a year in taxes,
22      right?
23   A. No, only to what Norton Shores wanted to claim. If you
24      were to build the facility in Mexico, you would pay a
25      dollar. Norton Shores charged millions more than what

## Page 51

1    we could have saved.
2    Q. Who forced Wacker Neuson to build the facility in
3       Norton Shores?
4    A. Nobody.
5    Q. Why are you mentioning Mexico? What does that have to
6       do with anything?
7    A. What does Norton Shores saving-- they didn't save
8       anything. We didn't save anything. It cost money to
9       be in Norton Shores. We paid taxes every year.
10   Q. You made money in Norton Shores though? The business
11      made money, right?
12   A. I'm sure it did make some money in some years so Wacker
13      Neuson set up shop--
14   Q. Wacker Neuson is a profit corporation, right, an LLC?
15   A. It is, but not every year.
16   Q. And do you calculate your financial balance sheet in
17      each location?
18   A. No.
19   Q. So we don't know if the corporation overall is making
20      money or losing money? We don't know which divisions
21      are-- in a positive year, we don't know which divisions
22      are creating a positive contribution to that profit and
23      which ones are detracting with a loss or inefficiency
24      and that sort of thing?
25   A. We can get an approximation.

## Page 52

1    Q. Okay. The Wacker Neuson-- you're arguing points that
2       I'm trying to figure out that Wacker Neuson could have
3       gone to Mexico or some other place. I guess that's
4       theoretically possible. I don't know what that has to
5       do with this case though. It did decide to set up shop
6       and it did set up shop in Norton Shores?
7    A. It did.
8    Q. I assume Wacker Neuson identified that location to be--
9       they didn't do it as a charitable cause to Norton
10      Shores, did they?
11   A. I have no idea.
12   Q. This is a big corporation, right? It's a German
13      operated corporation. The objective is to make a
14      profit, right?
15   A. That's the objective.
16   Q. So it identified, at least back in the time frame of
17      roughly 2007, 2008, that Norton Shores, for whatever
18      reasons it had on its side of the fence, it identified
19      that as a place that made sense to Wacker Neuson to
20      construct a facility and set up an operation there?
21         MR. KOELZER: Object to foundation. You may
22   answer if you know.
23         THE WITNESS: I have no idea.
24         (Off the record.)
25         (Exhibit Nos. 4 through 6 were marked for

RYAN GILE                                CondenseIt™

**Page 53**

1    identification.)
2    BY MR. KARAFA:
3    Q. So, Mr. Gile, I want to-- we took a break for a few
4       moments, and I've handed you during the break while we
5       were off the record, and your counsel three additional
6       exhibits, Nos. 4, 5 and 6. You've had a moment to look
7       at them. I believe while we were off. I want to ask
8       you a couple things about those. I recognize that
9       these predate your employment with Wacker Neuson. When
10      you look at Exhibit 4, which is a four-page document
11      entitled Application for Industrial Facilities Tax
12      Exemption Certificate, do you recognize that? Have you
13      seen it before?
14   A. No.
15   Q. Are you familiar with this type of form at all?
16   A. No.
17   Q. If you go to the second page of Exhibit 4, it, in the
18      top box, Item 15A, requests the entry of the company
19      officer, and it says Christopher Barnard there. Do you
20      see that?
21   A. Uh-huh.
22   Q. Is that a yes, please?
23   A. Yes, sorry.
24   Q. And Mr. Barnard, we've mentioned early on in this
25      deposition that he lives here in Wisconsin somewhere

**Page 54**

1    and his deposition will probably be taken. That's the
2    same Christopher Barnard, right?
3    A. Correct.
4    Q. And that's-- do you recognize his signature there as
5       Christopher Barnard?
6    A. No.
7    Q. But it would appear to you that Item 15B is the
8       signature of Mr. Barnard because 15A references the
9       name of the officer who's signing this?
10         MR. KOELZER: Objection to foundation.
11   BY MR. KARAFA:
12   Q. But you don't recognize that as Mr. Barnard's
13      signature?
14   A. No.
15   Q. But you agree looking at it, it would be a fair
16      assumption that it looks like it could be a C and looks
17      like a capital B and the rest of it, maybe one person
18      could make it out and others could disagree, but
19      nonetheless, putting 15A and 15B together, it looks
20      like the signature of Christopher Barnard, right?
21   A. Okay.
22   Q. If you were signing a document such as this and it had
23      typed in your name above, you would sign below, that's
24      something you're familiar with, a typed name and then
25      the signature line?

**Page 55**

1    A. Yes.
2    Q. Okay. Now, the date of that is November 1, 2007 being
3       signed. If you go to the third page of Exhibit 4,
4       the-- it's called the Information Sheet at the top.
5       The applicant, Ground Heaters, Inc., slash, Wacker.
6       What is Ground Heaters, Inc.; do you know?
7    A. That is the company that Wacker bought.
8    Q. Okay. And the address of 1300 Mount Garfield Road, you
9       understand that to be the location of Wacker Neuson's
10      City of Norton Shores facility when it operated there?
11   A. Yes.
12   Q. The nature of the business on this information sheet,
13      Page 3 of Exhibit 4 asks for a statement of the nature
14      of the business, and somebody handwrote in Worldwide
15      Leader in Medium Duty Construction Equipment
16      Manufacturing, Sales and Marketing, right?
17   A. Yes.
18   Q. Is that a fair description of Wacker Neuson back in
19      2007?
20   A. I don't know.
21   Q. Okay. In any event, down below, Number 4 refers to the
22      value of expansion or improvement, building
23      improvements, $7,100,000 and machinery and equipment,
24      $2,287,390. Do you see that?
25   A. Yes.

**Page 56**

1    Q. Now, looking back, when you look at that, does that--
2       even though it predated your time, based on your review
3       of this case, your discussions with Mr. Meyers and
4       those kinds of things, does that look like those
5       amounts were consistent with what Wacker Neuson was
6       planning to do back in 2007 when it made application
7       here?
8    A. I don't know.
9    Q. All right. Now, Number 5 below that has the form,
10      states, number of years requested for tax exemption,
11      colon, and somebody wrote in the numeral 12, right?
12   A. Yes.
13   Q. Now, there's a part in the complaint, and maybe it
14      dovetails with what you were saying earlier in your
15      testimony, looking back on Exhibit 3, if you can grab
16      Exhibit 3, and turn to page-- just two, next page,
17      second page. See Paragraph 11 makes reference to the
18      certificate. Let's back up to-- let's start off with
19      Paragraph 7 and just go through. You see Paragraph 7
20      states in Exhibit 3 Walker's complaint says in 2007
21      Wacker Neuson explored the possibility of making a
22      seven and a half million dollar investment in the City.
23      Do you see that?
24   A. Yes.
25   Q. All right. Paragraph 8 says the proposed investment

RYAN GILE        CondenseIt™

## Page 57

1    involved the construction of a 168,000 square foot
2    manufacturing and warehouse facility as well as the
3    acquisition of $500,000 of personal property. Do you
4    see that?
5    A. Yes.
6    Q. Paragraph 9 notes that the Michigan Economic
7    Development Corp deemed the project, quote, "Very
8    important to the State of Michigan and the City of
9    Norton Shores." Do you see that?
10   A. Yes.
11   Q. And Paragraph 10 states that, quote, "To induce this
12   investment, the City approved and the State Tax
13   Commission issued an industrial facilities tax, paren,
14   quote, IFT, end quote, close paren, exemption
15   certificate. Paren, certificate number 2008-038,
16   hereafter the certificate, close paren, to Wacker
17   Neuson." Then it refers to Exhibit A. Do you see that?
18   A. Yes.
19   Q. Paragraph 11 says the certificate was issued on May 12,
20   2008 and went into effect for 12 years beginning
21   December 31, 2008 and set to conclude on December 30,
22   2020. Do you see that?
23   A. Yes.
24   Q. And that's 12 years, of course, right, those dates?
25   A. Yes.

## Page 58

1    Q. Now, Paragraph 12, it says, "As part of the issuance of
2    that certificate, the City required Wacker Neuson to
3    execute the City's form Act 198 Agreement, paren, the,
4    quote, "Agreement," unquote. Meaning everywhere else
5    in this complaint where it refers to the agreement,
6    that's what it's referring to, which was drafted by the
7    City, "See Agreement Exhibit B," so that's attached as
8    Exhibit B. You see that paragraph?
9    A. Yes.
10   Q. Now, do you have any reason to weigh in, so to speak,
11   on that proposition as part of the issuance of the
12   certificate, it was the City that required Wacker
13   Neuson to execute this form Act 198 agreement in any
14   part of your history of discussions or review of
15   documents?
16   A. No.
17   Q. You don't know whether that's true or not, necessarily?
18   A. No.
19   Q. Now, Paragraph 13-- look at Paragraph 12. If I propose
20   to you that a statutory requirement, as a matter of
21   law, under Michigan law requires that for a company to
22   get a benefit of an industrial facilities tax exemption
23   certificate, the Tax Commission has to first see that
24   the company has an agreement with the local political
25   unit. Is that something that sounds familiar to you,

## Page 59

1    that there's a law that requires an agreement to be in
2    place?
3    A. No.
4    Q. Paragraph 13 states that, "the purpose of the
5    agreement," this would be the agreement between Wacker
6    Neuson and the City, "was to ensure that the City would
7    receive an economic benefit from the presence of Wacker
8    Neuson's proposed facility," right? That's what it
9    says there?
10   A. Yes.
11   Q. Do you have any reason to think that that's true or
12   not, or you don't really know?
13   A. That they received the benefit? Yes, they did receive
14   the benefit.
15   Q. Well, the complaint, Paragraph 13 asserts that the
16   purpose of the agreement was to ensure that the City
17   would receive an economic benefit from the presence of
18   Wacker Neuson's proposed facility. Based on your
19   review of this case or your knowledge of the
20   circumstances, is that consistent with your
21   understanding, or do you not know what the purpose-- do
22   you have no opinion about what the purpose is?
23   A. I have no opinion.
24   Q. Okay. Then lastly, Paragraph 14 says that, "In general
25   the agreement granted certain tax savings to Wacker

## Page 60

1    Neuson." If we stop there, looking back at the
2    agreements in place, based on your understanding, do
3    you agree with that proposition that the agreement
4    granted certain tax savings to Wacker Neuson?
5    A. No.
6    Q. Then after the comma, the assertion, Paragraph 14 of
7    Exhibit 4 continues, "And it included a provision that
8    if the City were to lose out on the economic benefit of
9    the operation of the facility at the property, then the
10   City could recapture those tax savings." You disagree
11   with the first part of the sentence. Do you agree or
12   disagree with this part, the second part of Paragraph
13   14?
14   A. "Were the City to lose out on the economic benefit of
15   the operation, they should then recapture the tax
16   savings." That's what it says.
17   Q. That's what-- in general, the agreement granted savings
18   and had a provision that stated that. Let's stop
19   there. You're hesitating, and I understand. Let's
20   look at the agreement. So Exhibit 4, getting back to
21   Exhibit 4, if you look at the front page of Exhibit 4,
22   this is an application for an industrial facilities tax
23   exemption certificate, right? That's what the caption
24   is? Do you agree?
25   A. Yes.

RYAN GILE                                    CondenseIt™

## Page 61

1   Q. Okay. And the applicant information, that's the second
2      box down on Page 1 of Exhibit 4, the applicant
3      information, Box 1A, it says "Company name, paren,
4      applicant must be the applicant, slash, operator of the
5      facility, close paren," and Wacker Neuson Corporation
6      is stated in there, correct? Wacker Neuson Corp,
7      right?
8   A. Yes.
9   Q. And the location of the facility is 1300 East Mount
10     Garfield Road, Norton Shores?
11  A. Yes.
12  Q. So Wacker was the applicant for this industrial
13     facilities tax exemption certificate, at least by your
14     reference to Exhibit 4 as you look at it, correct?
15  A. Correct.
16  Q. And certainly there was for Wacker to set up shop in
17     the City of Norton Shores, there's no understanding on
18     your part that it was required to seek a facilities tax
19     exemption certificate, right?
20  A. I don't know.
21  Q. I think you said earlier you're familiar with this
22     process generally that some states, the State of
23     Michigan issues, at least provides for businesses to
24     enter into an agreement and for businesses to apply for
25     tax exempt certificates in certain locales, right?

## Page 62

1   A. Yes.
2   Q. And businesses, as a general proposition, the incentive
3      for a business to do so is to save some taxes?
4   A. No.
5   Q. It doesn't?
6   A. No.
7   Q. So what would be Walker's incentive to prepare an
8      application for an industrial facilities exemption
9      certificate here?
10  A. To reduce the tax that they're having to pay in that
11     location.
12  Q. How does that differ with the statement I just made?
13  A. Because if I move-- if the facility was built 100 miles
14     south in Indiana, the tax would be a lot less. So as a
15     financial investment evaluation, it didn't save me
16     any. It reduced what I had to pay. True savings would
17     have been to move somewhere else.
18  Q. I suppose when the judge is reviewing this evidence and
19     this dialogue, she might have a question, and I do.
20     Why didn't Wacker just go down to Indiana then?
21  A. I have no idea.
22  Q. But nobody forced Wacker to come to Norton Shores and
23     set up shop there?
24  A. I have no idea.
25  Q. You certainly have an idea that Wacker Corporation

## Page 63

1   makes its own decisions about whether it's going to set
2   up shop. There's nothing in this capital society where
3   the government or anybody else forces a corporate
4   entity to set up shop in one particular location or
5   another?
6   A. I don't know that.
7   Q. Okay. Let's see what you do know. The-- so to close
8   on Exhibit 4, the application for-- have you ever
9   participated in applying for an IFEC?
10  A. The application process, what do you mean? I don't--
11  Q. Have you ever assisted a corporate entity, Wacker or
12  otherwise, with making application for an industrial
13  facilities tax exemption certificate like this one in
14  the state of Michigan?
15  A. Have I ever built a building and then applied for
16  something? No.
17  Q. What I'm asking is, Mr. Barnard signed this application
18  on behalf of Wacker Corporation, correct?
19  A. Yes.
20  Q. And I don't think we're getting testy with each other
21  yet, but let's get down to basics so we don't get too
22  far afield. Have you ever participated like it appears
23  Mr. Barnard did in this case in facilitating the
24  application on behalf of Wacker for an industrial
25  facilities tax exemption certificate? Have you ever

## Page 64

1   done such a thing?
2   A. No.
3   Q. All right. Now, getting to Exhibit 5, let's turn to
4   Exhibit 5 and see if we can find some common ground
5   there. Let me ask this: I genuinely and I truly-- the
6   tax exemption process, to me, is just a basic concept
7   where it is in part an inducement to businesses to
8   locate in certain municipalities, that the State of
9   Michigan provides a statutory scheme that permits a
10  business and a municipality to agree to certain things
11  that mutually benefit them, right? Business gets to
12  apply for a tax exemption, they save some money on
13  taxes, and that's an inducement for them to set up shop
14  in that municipality and the municipality gets the
15  benefit of the business being there and employing
16  people and such. That seems to be the basic concept.
17  Is that a misstatement, according to your
18  understanding?
19  A. No.
20  Q. So maybe we're not as far afield as I thought we were.
21  Let's look at Exhibit 5. Exhibit 5 is the Act 198,
22  it's entitled RE: Act 198 Agreement with the City of
23  Norton Shores. That's a numeral, 198. It's a two-page
24  document. You see on the top of it there, the first
25  line, Wacker Corporation is stated there in reference,

RYAN GILE        CondenseIt™

## Page 65

1     parenthetically as the company after that line, right?
2   A. Uh-huh.
3   Q. Is that a yes?
4   A. Yes.
5   Q. If you turn the page to 2 of Exhibit 5, the Wacker
6     Corporation is the name of the company, and the address
7     that's stated there, N, as in Nancy, 92, W, which I
8     presume stands for West, 15000 Anthony Avenue,
9     Menomonee Falls, Wisconsin 53051 is the location where
10    you and I are sitting right now, right?
11   A. Correct.
12   Q. Then there are a couple witness signatures, and then
13    there's the signature line on behalf of Wacker
14    Corporation, title, does that say president and CEO?
15    What does that say? You gave me Mr. Barnard's title
16    earlier. I see CEO very clearly. You earlier
17    identified him as chief executive officer.
18   A. Yes.
19   Q. In any event, it appears that back in November 2007 you
20    understand that Mr. Barnard was the chief executive
21    officer?
22   A. I don't know.
23   Q. You don't know? Okay. And would you say that that
24    looks like Mr. Barnard signed this agreement, Act 198
25    agreement, Deposition Exhibit No. 5?

## Page 66

1   A. I can't decipher it.
2   Q. If you look at Exhibit 4, look at the second page of
3    Exhibit 4, would you say those two signatures look the
4    same to you?
5   A. Yes.
6   Q. All right. And this Exhibit 5, this agreement, Act 198
7    agreement is dated, at least Mr. Barnard's signature,
8    let's presume it's Mr. Barnard's signature for the
9    moment, is dated November 1, 2007, right?
10   A. Yes.
11   Q. And the signature below by or on behalf of the City of
12    Norton Shores by the mayor is dated November 12, 2007,
13    11 days later, correct?
14   A. Yes.
15   Q. Exhibit 4, if you go to Exhibit 4, that was an
16    application Mr. Barnard, on Page 2, his signature is
17    box 15C is dated, just like the signature on the
18    agreement is dated November 1, 2007, right?
19   A. Yes.
20   Q. Let's go back to Page 1, the first page of Exhibit 5.
21    It starts off saying Wacker Corporation-- I say starts
22    off. The first substantive paragraph starts saying
23    "Wacker Corporation, the company, has submitted an
24    application to the City of Norton Shores City for the
25    granting of an industrial facilities exemption

## Page 67

1     certificate, paren, IFT, close paren, pursuant to Act
2     198, Public Act 198 as amended." Did I read that
3     correctly?
4   A. Yes.
5   Q. All right. Now Wacker Corporation is applying for
6     something. As a general proposition, if one applies
7     for something, it presumes that one doesn't have to do
8     that, right? One is seeking something that he or she
9     or it may be eligible for, may not be eligible for, but
10    in any event, doesn't have to seek it, right?
11           MR. KOELZER: Object to foundation.
12           THE WITNESS: Not necessarily.
13   BY MR. KARAFA:
14   Q. Okay. Can you imagine a situation-- I don't want to
15    put you in a bind. It's not that important, frankly.
16    Can you imagine a situation where there would be an
17    applicant for something where they're required to do
18    it?
19   A. Oh, yes.
20   Q. Let's strike that. Let's go on to the next paragraph.
21    Would you read that next paragraph to yourself? Tell
22    me when you're done, and up to the colon, the paragraph
23    begins, "To encourage the granting." Did you read it?
24   A. Yes.
25   Q. So there, you would agree with me, that one, the

## Page 68

1     statement is being made by Mr. Barnard, right,
2     presuming he signed this on behalf of Wacker
3     Corporation? Wacker Corporation is stating to
4     encourage the granting of the IFTE, the industrial
5     facilities tax exemption certificate? That's probably
6     what it says, right?
7   A. Yes.
8   Q. And it further states, "And in recognition of the
9     development the City will be making toward the economic
10    growth of the company and thus the community, speaking
11    of Wacker Corporation and the community of Norton
12    Shores, right?
13   A. The City didn't make any investment.
14   Q. I'm not asking for an arm chair discussion or argument
15    over what may have happened or should have happened or
16    could have happened. I'm asking what this agreement is
17    saying here in this paragraph. Wacker Corporation is
18    saying-- start over. Firstly, "To encourage the
19    granting of the IFTE and in recognition of the
20    investment the City will be making toward the economic
21    growth of the company and thus the community, I hereby
22    agree on behalf of the company, colon." Did I read
23    that correctly?
24   A. Yes.
25   Q. I know you didn't sign this, and frankly, Judge Neff

**RYAN GILE**                    CondenseIt™

1  will probably be in a position to take a look at this
2  herself and decide what it means.  We all look forward
3  to that day.  Right now I want to ask you some
4  questions about it.  You signed one of these?
5  A. Yes.
6  Q. So there are a number of things referenced in
7  Paragraphs 1, 2 and 3.  For example, Paragraph 1 says,
8  "The attached information sheet is an integral part of
9  this agreement and outlines the investment the company
10 intends to make."  Exhibit 5 does not have an attached
11 information sheet to it.  I understand that.  There's
12 an information sheet which represents part of the
13 agreement and outlines the investment that the company
14 intends to make, right?  That's what it says there?
15 A. Okay.
16 Q. If you look back on Exhibit 4 and you go to the third
17 page of Exhibit 4.  It's a four-page document, the
18 third page is captioned information sheet.  Do you see
19 that?
20 A. Yes.
21 Q. And the item number 4 below references the value of the
22 expansion or improvements, we already talked about that.  It says building
23 improvements, we already talked about that.  It says
24 $7,100,000 and machinery and equipment, $2,287,000.  Do
25 you see that?

1  A. I do.
2  Q. If we jump ahead to Exhibit 6, look on Exhibit 6, is a
3  two-page document, also directed to Christopher
4  Barnard, Wacker Corporation on State of Michigan
5  Department of Treasury letterhead, dated May 28, 2008,
6  lo and behold, it details down as part of the first
7  paragraph, there's a colon there, and it lists real
8  property, $7,100,000 and personal property $2,287,390.
9  Do you see that?
10 A. Yes.
11 Q. And it matches up to what the information sheet says,
12 right?
13 A. Yes.
14 Q. In Exhibit 4?
15 A. Right.
16 Q. Okay.  Then, so the agreement says-- in Paragraph 2,
17 for example, Exhibit 5, the agreement, Paragraph 2
18 says, "The company will submit a letter to the City no
19 later than January 10 immediately following the second
20 year after the issuance of the IFT certifying:"  Then
21 it lists three things, A, B and C, that the company,
22 "Wacker Corporation, is going to provide the
23 information that the company agrees in this agreement
24 to provide to the City in that stated time frame,
25 including number of jobs created or retained, sub B,

1  the actual cost for both real and personal property
2  acquisitions and sub C, if the number of jobs created
3  or total projects cost differ from that described in
4  the information sheet, a disclosure explaining the
5  variance is required."  Did I read that correctly?
6  A. Yes.
7  Q. So the company as part of this agreement is saying it's
8  going to provide that information to the City, right?
9  A. Yes.
10 Q. This, of course, you recognize this, this Act 198
11 agreement.  Early on in this deposition I asked you
12 what a contract is, right?  This is a contract, right?
13     MR. KOELZER:  Just object to the extent it
14 calls for a legal conclusion.  You can answer if you
15 understand it.
16     THE WITNESS:  From my understanding.
17 BY MR. KARAFA:
18 Q. Sure.  A contract may be a term of art.  This is an
19 agreement, right?
20 A. Okay.
21 Q. Between two parties, right?
22 A. Appears to be.
23 Q. Two parties being, one, the City of Norton Shores, two,
24 being Wacker Corporation, correct?
25 A. Yes.

1  Q. You don't-- if you look through the agreement, take as
2  much time as you like, you don't see any reference to
3  any third party in there as part of this agreement, do
4  you?
5  A. That's not necessarily true.
6  Q. Pardon me?
7  A. That's not necessarily true.
8  Q. Please identify where there's a third party reference
9  in here as being bound by this agreement.
10 A. I see no definition on the applicant.
11 Q. Okay.  So where in the agreement is there a reference
12 to a third party other than-- where in this agreement,
13 Exhibit 5, is there a reference to any party other than
14 the City of Norton Shores or Wacker Corporation?
15 A. Where-- can you repeat the question?
16 Q. Yes.  I've asked you what I thought was a fairly
17 straightforward obvious proposition to me, but there
18 are only two parties to this agreement in Exhibit 5,
19 City of Norton Shores and Wacker Corporation.  I
20 believe you said something like not necessarily so.
21 I'm asking you where in this agreement do you see any
22 reference to any party other than the City of Norton
23 Shores and Wacker Corporation?
24 A. Point 5.
25 Q. Paragraph 5, okay.  What party is referenced there?

RYAN GILE                          CondenseIt™

### Page 73

1   A. There's a party, I don't know who it is, the applicant.
2   Q. So there was a-- there's a third party that was part of
3      this agreement?
4   A. I don't know.
5   Q. Well, when you look at this agreement between Wacker
6      Corporation and the City of Norton Shores, those are
7      the two entities identified in the preamble, right?
8   A. Two of them are identified, yes.
9   Q. You're saying that Number 5, the applicant, is some
10     ghost third party of some sort?
11  A. Could be.
12  Q. Okay.  When you look at the Deposition Exhibits 4, 5
13     and 6 together, look at the Exhibit 4 application for
14     industrial facilities tax exemption certificate that
15     Mr. Barnard signed on November 1 applying for an IFT
16     and you look at the Exhibit 6 with the Department of
17     Treasury issuing an IFT referencing that application
18     and you look at Exhibit 5 bearing the same date as
19     Mr. Barnard's signature on Exhibit 4 on the
20     application, the application November 1, the agreement,
21     November 1, it appears that there's somebody other than
22     or some entity other than Wacker Corporation and the
23     City of Norton Shores that's part of this agreement?
24  A. I don't know who that is.
25  Q. Who?

### Page 74

1   A. The applicant.
2   Q. Wacker Corporation was the-- I recognize this is
3      something that the Wacker Corporation has identified in
4      its pleadings as an issue, so let's review that.
5      Exhibit 4, the application for the IFT was made by
6      Wacker Corporation, right?
7   A. Yes.
8   Q. In fact, Wacker Corporation is identified as the
9      applicant in Exhibit 4, right?
10  A. Okay.
11  Q. It is, right?
12  A. It appears so.
13  Q. I mean, no doubt in your mind, even though this
14     predates you and you're being cautious about an
15     agreement, it's pretty obvious that Wacker Corporation
16     back in November of 2007 was applying for a tax
17     exemption certificate, right, to set up shop in the
18     City of Norton Shores?
19  A. Okay.
20  Q. Do you agree with that?  Do you have any reason to
21     disagree with that?
22  A. I don't know.
23  Q. You don't know if-- okay.  All right.  You don't know
24     that Wacker Corporation opened up its facility in the
25     City of Norton Shores in the 2007, 2008 time frame,

### Page 75

1   invested seven million dollars in real property and
2   additional monies in personal property.  You don't know
3   that it did?
4   A. I don't know that it did.  That's what your documents
5      show.
6   Q. As the-- as formerly the manager of finance or vice
7      president of finance in 2013 and during the
8      commencement of your position here and now, since 2018
9      being chief operating officer, you certainly are
10     familiar with Wacker Corporation's business operations
11     in the City of Norton Shores, are you not?
12  A. Somewhat.
13  Q. I mean, you talked with Mr. Meyers and you exchanged
14     letters with him over a claim that the City is saying
15     that Wacker owes the City about one million dollars in
16     back taxes, you certainly did not entertain that call
17     and the documents you received and the documents you
18     shared with Mr. Snyder as just some fanciful person in
19     Norton Shores who is just making things up, right?
20  A. Right.
21  Q. So looking at Number 5 on Exhibit 5, it says that--
22     Number 5 says, quote, "The applicant shall remain
23     within the local unit during the period of time for
24     which the abatement has been approved.  If the
25     applicant relocates, substantially reduces employment

### Page 76

1   and/or operations or closes the facility, the applicant
2   shall pay to the affected taxing units an amount equal
3   to those taxes it would have paid had the abatement not
4   been in effect."  End paragraph.  Did I read correctly?
5   A. Yes.
6   Q. So this provision, what you're suggesting is that the
7      applicant may not be Wacker Corporation who's signing
8      this contract?
9   A. The company is Wacker Neuson Corporation, yes.
10  Q. Are you comfortable with the personal knowledge you
11     have to state that Wacker-- looking back on its
12     history, do you have any reason to disagree that Wacker
13     Corporation was the applicant for an industrial
14     facilities exemption certificate back in November of
15     2007?
16  A. I have no idea.
17  Q. Then let's not waste time on that.  Did Wacker
18     Corporation-- do you have knowledge that Wacker
19     Corporation operated a business in the City of Norton
20     Shores between the years inclusive 2008 through about
21     2018?
22  A. Parts of those years, yes.
23  Q. Would you agree that Wacker Corporation saved about
24     $950,000 or more in tax abatements?
25  A. No.

RYAN GILE                          CondenseIt™

---

### Page 77

1  Q. Over the course of-- you wouldn't agree with that?
2  A. They didn't save anything.
3  Q. So if anybody asserts that Wacker Corporation saved
4     $950,000 or more in tax abatements or something along
5     those lines over the course of its operation in the
6     City of Norton Shores during those years, it would be a
7     lie?
8  A. I don't know.
9  Q. Well, you just said-- I asked you--
10 A. It's not a savings.
11 Q. All right.  You don't know back in 2007 when Wacker
12    Corporation signed this agreement that it intended to
13    stay in the City of Norton Shores for any number of
14    years?
15 A. I don't know.
16 Q. And I would assert to you that it committed in this
17    contract to stay for at least 12 years.  Do you have
18    any reason to disagree with that?
19 A. No.
20 Q. I say "this agreement," I'm holding up Exhibit No. 5,
21    the agreement, right?
22 A. Correct.
23 Q. You have no reason to disagree with that?
24 A. No.
25        (Exhibit No. 7 was marked for

### Page 78

1     identification.)
2  BY MR. KARAFA:
3  Q. I'm handing you, Mr. Gile, Exhibit No. 7.  I don't want
4     to spend a whole lot of time on this.  What I propose
5     to you is this is just another Act 198 agreement.
6     There were several of them entered into between the
7     City of Norton Shores and Wacker Corporation.  Here's
8     one, Exhibit 7, which is, I would propose essentially
9     identical in substance.  There are a couple of
10    differences in form, perhaps.  This one at the top has
11    a caption, City of Norton Shores, with the same address
12    as Exhibit 5 does.  If you'd get Exhibit 5 and put that
13    right next to it, please.  So at the top it says in
14    Exhibit 7, it says R-E:  Act 198 and/or 328 agreement
15    with the City of Norton Shores?
16 A. Yes.
17 Q. The only difference there regarding the caption in
18    Exhibit 5 is that Exhibit 5 only references the Act 198
19    agreement with the City of Norton Shores?
20 A. Yes.
21 Q. Now, the preamble, the first paragraph of Exhibit 7--
22    by the way, Exhibit 7, if you turn to the second page,
23    is that your signature on the second page?
24 A. That's my signature.
25 Q. What's your signature dated?

### Page 79

1  A. November 28, 2012.
2  Q. At that point in time-- now, it's my recollection, and
3     I could be mistaken, that you said you started here in
4     2013.
5  A. I was off by a year.
6  Q. So you were employed at the time you signed this
7     document on behalf of Wacker Corporation?
8  A. Yes.
9  Q. And you did sign this document on behalf of Wacker
10    Corporation or on behalf of Wacker Neuson Americas,
11    LLC?
12 A. Correct.
13 Q. So the first paragraph where you signed there says,
14    "Wacker Neuson Production Americas, LLC, the company,
15    has submitted an application to the City of Norton
16    Shores City for the granting of:  Industrial," and it's
17    got a check mark next to this, a couple options, and
18    the check mark is next to the option that says,
19    "industrial facilities exemption certificate (IFE)
20    pursuant to Public Act 198."  Did I read that
21    correctly?
22 A. You did.
23 Q. Then it goes on to state things that are contained
24    similarly in Exhibit 5, I think.  So you understood
25    when you signed this that you were signing on behalf of

### Page 80

1     Wacker Corporation, right?  I say Wacker Corporation,
2     on behalf of Wacker Neuson Production, right?
3  A. Correct.
4  Q. You were authorized to do so, correct?
5  A. Yes.
6  Q. And you understood this was an agreement, right?
7  A. Yes.
8  Q. You read it before you signed it?
9  A. Yes.
10 Q. And now, did you participate in the item that's
11    referenced there, that you signed this agreement in
12    reference to a submitted application to the City of
13    Norton Shores for the granting of an IFE?  Did you
14    participate in the application for the IFE?
15 A. No.
16 Q. So the-- what were you agreeing to in Paragraph 6?  Let
17    me ask this first before we get to your agreement in
18    Paragraph 6.  If you'd take a look at Paragraph 5 of
19    Exhibit 5 and Paragraph 6 of Exhibit 7, and I propose
20    to you that they're virtually the same, just take a
21    look and confirm that.  Take your time.
22 A. They appear the same.
23 Q. Okay.  Thank you.  There's some references of letters
24    and such to Exhibit 6 all the time, and when this
25    agreement was first entered into back in 2007, it had

RYAN GILE CondenseIt™

**Page 81**

1    5, and the reason being I think, from my review, your
2    counsel can take a look at it, the Exhibit 7, the one
3    you signed, Paragraph Number 5 is a new paragraph.
4    Somewhere along the way Paragraph 5 was added. It
5    says, "The company understands that if real and
6    personal property taxes are not paid and do not remain
7    current, the City has a right to reduce the term or
8    revoke the tax abatement." That-- quote-unquote.
9         That paragraph, somewhere along the way was added
10   after the initial agreement in 2007, which bumped what
11   used to be Paragraph 5, was initially Paragraph 5 in
12   the, call it the Chris Barnard November 2007 agreement,
13   bumped that down one number to Number 6, and it
14   remained 6 from that point forward.
15        Looking at Number 6, Paragraph 6 of Exhibit No. 7,
16   the agreement that you signed, what were you agreeing
17   to in Paragraph 6?
18   A. It appears that we would stay for a certain amount of
19   time until the new applicant moved in.
20   Q. Okay. Sorry. Did you say it appears we would stay for
21   a certain amount of time?
22        MR. KOELZER: I'll object to the extent that
23   it's not his full answer.
24   BY MR. KARAFA:
25   Q. I just didn't hear the first part of it.

**Page 82**

1    A. For a period of time.
2         (Record read.)
3    BY MR. KARAFA:
4    Q. You said it appears we would stay for a certain amount
5    of time, "We" being Wacker Corporation?
6    A. Wacker Neuson Production.
7    Q. And what was the certain amount of time you were
8    staying for?
9    A. It's not defined. At the time I signed this, we were
10   still in the building and operating.
11   Q. Okay. It does-- it is defined though. It states that
12   the applicant shall remain with the local unit during
13   the period of time for which the abatement has been
14   approved, right?
15   A. Okay.
16   Q. When you say we, Wacker Neuson Production Americas,
17   LLC, we were agreeing to stay for a certain amount of
18   time, where is Wacker Neuson Production Americas, LLC
19   referenced in Paragraph 6?
20   A. It's not.
21   Q. I asked you what you agreed to on behalf of Wacker
22   Corporation-- when I say Wacker Corporation, I'm
23   referring to Wacker and all its various names people
24   may reference it, Wacker Corporation, Wacker Neuson. I
25   asked you what you were agreeing to on behalf of Wacker

**Page 83**

1    Corporation to do in Paragraph 6, and you said we would
2    stay for a certain number of years until the new
3    applicant takes over, or something like that.
4    A. Yes.
5    Q. So where is Wacker Neuson-- how are you committed to
6    stay for some period of time in Paragraph 6?
7    A. I don't understand the question.
8    Q. Well, the term applicant in Paragraph 6, the applicant
9    refers to Wacker Neuson.
10   A. Okay.
11   Q. You're saying we were agreeing to stay, referring to
12   the applicant shall remain. That's what you were
13   referring to, right?
14   A. At that time, yes.
15   Q. Okay. There's no-- you're committing in this agreement
16   on behalf of Wacker Neuson, in Paragraph 6, you're
17   committing that you shall remain with the local unit
18   during the period of time-- then it goes on to say,
19   right, you're committing on behalf of Wacker Neuson to
20   stay for some period of time, correct? In that phrase,
21   you're committing-- I'm repeating myself. I'm
22   repeating your answer, I think. You're committing on
23   behalf of Wacker Neuson to stay for the period,
24   whatever that period of time may be.
25   A. Okay.

**Page 84**

1    Q. You agree with that?
2    A. It appears.
3    Q. It appears to me, too. I just wanted to know if it
4    appeared that way to you, too. I mean, you signed this
5    agreement.
6    A. Yes.
7    Q. There's-- you made reference earlier to, "Until some
8    other applicant takes over."
9    A. Yes.
10   Q. There's no reference to any other-- there's no
11   reference to anything like that happening in Paragraph
12   6. I want you to read Paragraph 6 as many times as you
13   need to and tell me if there's any reference to any
14   agreement between Wacker Neuson and the City of Norton
15   Shores as contained in the agreement you signed,
16   Exhibit 7, if there's any reference to anything like
17   that happening in Exhibit 6.
18   A. That's why it's not defined who the applicant is.
19   Q. What I'm asking you to do is look at Exhibit 6 and tell
20   me where, if you find it.
21   A. Exhibit 6?
22   Q. I'm sorry, Paragraph 6. Thank you. I'm glad you're
23   listening. Paragraph 6, tell me where there's any
24   reference to anything that refers to what you just
25   referenced some other applicant taking over.

RYAN GILE                           CondenseIt™

Page 85

1   A. That's why it's not defined.
2   Q. Show me in Paragraph 6 where there's-- what language
3      there is in there that refers to the prospect of some
4      other applicant taking over Wacker Neuson's spot.
5   A. Buildings are sold every day.
6   Q. I'm not asking what happens every day.  I'm asking you,
7      looking at the agreement you signed, Paragraph 6, tell
8      me where it is in that paragraph-- the paragraph seems
9      clear to me.  Tell me where it's clear otherwise to you
10     that there is something going on that I don't see.
11     You're making reference to some hypothetical applicant
12     taking over Wacker.  Where does it state that in
13     Paragraph 6?  What language do you see in Paragraph 6
14     that--
15  A. The applicant.
16  Q. Who's the applicant?
17  A. Right, who's the applicant?
18  Q. Pardon me?
19  A. That is what is the question.
20  Q. Who's the applicant?  The first two words in Paragraph
21     6 are the applicant.  Who is the applicant?
22  A. The applicant for the IFE.
23  Q. Who is the applicant in this agreement, the one that
24     you signed in 2012?
25  A. I didn't sign an agreement for an application.  I signed

Page 86

1      this agreement.
2   Q. All right.  We're looking at Exhibit 7.  That's the
3      only one I'm looking at, is the one you signed.  Who is
4      the applicant in Paragraph 6?
5   A. I don't know who the applicant would be.
6   Q. You don't know who the applicant would be?
7   A. No.
8   Q. You didn't earlier state that the applicant was Wacker
9      Neuson Production Americas, LLC?
10  A. No.
11  Q. So you signed an agreement without-- the reference to
12     the applicant in Paragraph 6 is just meaningless?
13  A. No.  It has lots of meaning.
14  Q. It says, "The applicant shall remain with the local
15     unit during the period of time for which the agreement
16     has been approved."  Who is the applicant in Paragraph
17     6?  Who is the City of Norton Shores and Wacker Neuson
18     Production Americas agreeing shall remain with the
19     local unit?
20  A. TGW now.
21  Q. So when you signed this in November 28, 2012, you
22     contemplated that TGW was going to take over for Wacker
23     Corporation in 2018?
24  A. No, for sure not.
25  Q. Who is the applicant, if not TGW, in Paragraph 6 as you

Page 87

1      signed this?
2   A. It could have been anybody.
3   Q. So on November 28, 2012 when you signed this agreement
4      committing that the applicant shall remain with the
5      local unit, you're telling Judge Neff that that could
6      be anybody; that's your position?
7   A. Yes.
8   Q. All right.  Who is Tom Bergy, B-E-R-G-Y?
9         (Off the record.)
10  BY MR. KARAFA:
11  Q. Who is Tom Bergy?
12  A. I believe he's the financial person at TGW.
13  Q. Okay.  Do you know, like your name, Giles, is it a soft
14     G or a hard G?  Bergy or Bergy?
15  A. I don't know.
16        (Exhibit No. 8 was marked for
17     identification.)
18  BY MR. KARAFA:
19  Q. I'm handing you, Mr. Gile, what has been marked as
20     Exhibit No. 8, which is an e-mail thread, it appears to
21     me, between Tom Bergy, B-E-R-G-Y, for the court
22     reporter's benefit and yourself, it appears to me.
23     It's a four-page document.  In fact, it's even numbered
24     four pages at the bottom, Bates stamped by your
25     counsel.  In the first page there's an e-mail from, at

Page 88

1      the very top, Tom Bergy, Monday, October 15, 2018, at
2      4:07 p.m., to you, Ryan Gile; is that true?
3   A. Yes, correct.
4   Q. So what was going on there?  What was Mr. Bergy
5      e-mailing you about on October 15, 2018?
6   A. We were closing the acquisition of the Norton Shores
7      facility.
8   Q. What was the structure of the sale of that facility?
9      How did that work?  Lump sum payment or--
10  A. Yes.
11  Q. What was the amount of sale?
12  A. I don't know.
13  Q. You sold the real property to TGW, correct?
14  A. That's correct.
15  Q. I say you, I mean Wacker.
16  A. That's correct.
17  Q. Was there personal property that Wacker took out of the
18     facility and kept for itself?
19  A. There was some.
20  Q. Some items were identified by TGW as something they
21     were interested in, and Wacker made an agreement you
22     can have it for X amount of dollars?
23  A. Yes.
24  Q. In any event, Wacker sold the property.  Do you know--
25     did you take a loss on the sale relative to the

RYAN GILE                              CondenseIt™

Page 89

1    investment?
2    A. Yes.
3    Q. And what was the reason for moving out of Norton
4        Shores?
5    A. Excess production capacity.
6    Q. What does that mean?  I don't know what that means.
7    A. Too much facility space, not enough production to fill
8        up the space and absorb the facility costs.
9    Q. So Norton Shores wasn't-- what do you call it, a
10       division?
11   A. A location.
12   Q. That location was not turning a profit, in my simple
13       mind's approach?  The question was it turning a profit,
14       the gross revenue, less cost and expenses was a loss or
15       something?
16   A. Wacker Neuson Production Americas was losing money.
17   Q. That's who you referred to earlier on in this
18       deposition about the overall corporate entity is how
19       you base that profit and loss balance, right?
20   A. Correct.
21   Q. Not on some individual location, correct?
22   A. Correct.
23   Q. Norton Shores in fact was doing quite well?  In terms
24       of contributing to the corporate mother ship, Norton
25       Shores was doing quite well?

Page 90

1    A. No.
2    Q. Okay.  So getting back to the e-mail in Exhibit No. 8
3        here, you were closing.  That's what he was writing to
4        you about.  You said the transfer-- Tom Bergy wrote to
5        you that the transfer was approved.  What was he
6        talking about?
7    A. The tax abatement program.
8    Q. And as well as a new application for our addition to
9        the office space within the building, what was he
10       referring to?
11   A. I have no idea.
12   Q. You don't know what he's talking about there?
13   A. No.
14   Q. It sounds to me like he's talking about the application
15       for-- a new application for a tax exemption certificate
16       relative to addition to office space within the
17       building, but you don't know if that's what he's
18       talking about?
19   A. I don't know.
20   Q. Because I think earlier you said you don't really know
21       much, if anything, about applying for an industrial
22       facilities tax exemption?
23   A. Correct.
24   Q. Now, down below, October 15, it looks like about 15
25       minutes before Mr. Bergy's responsive e-mail at the top

Page 91

1    of Exhibit 8, you wrote to Bergy, and you simply asked
2    him a question, "Can you tell us if you were successful
3    in getting into the tax abatement program?"
4    A. Yes.
5    Q. Why would you even try to get into the tax abatement
6        program?
7    A. Why what?
8    Q. Why would TGW be interested in getting into the tax
9        abatement program?
10          MR. KOELZER:  Object to foundation.
11          THE WITNESS:  I have no idea.
12   BY MR. KARAFA:
13   Q. Well, maybe in talking to Bergy, you apparently had
14       some discussions with him because as of October 15 at
15       3:52 p.m. you were asking him if he was successful in
16       doing so.
17   A. Yes.
18   Q. What was your interest-- when did you sell the
19       property?  When did Wacker sell the property to TGW?
20   A. It would have been right around that time.  I don't
21       know the exact date.
22   Q. What was your interest in knowing whether he was
23       successful in getting into the tax abatement program?
24   A. So this deal came to us because our majority
25       shareholder is an Austrian fellow, and he knows the

Page 92

1    owner of TGW in Austria, so we were told to make the
2    transaction as nice as possible, and so we wanted to
3    provide as much assistance as we could to make it a
4    very clean transaction because the two gentlemen that
5    owned the two corporations are buddies and Austria is
6    not a big country, so everybody knows everybody.  So
7    the discussions and everything was to make it as clean
8    and smooth as possible and offer as much
9    help as we could so that when he talks to his bosses in
10   Austria and they say it went well, we at least have a
11   good light the next time I have to speak with the
12   gentleman who is the majority shareholder of our
13   company.
14   Q. Okay.  Thank you for that explanation.  The Austrian
15       head honcho knows the owner or one of the controlling
16       agents in TGW?  They're friends or something and they
17       put that deal together.  You're helping make it a
18       smooth transition?
19   A. Correct.
20   Q. So what did the tax abatement program, as you referred
21       to it in your e-mail, how did that play into your
22       objective of making this a smooth transition for TGW?
23   A. He had already purchased the building, so he would be
24       required to pay a tax amount.  If I can help out an
25       fellow Austrian company by not paying as much in taxes,

RYAN GILE                    CondenseIt™

Page 93

1    then we were going to help them out.
2  Q. So TGW is an Austrian-- you probably already explained
3     that. Maybe I missed that.
4  A. Yes, and we are a half-Austrian, half-German company.
5     Our majority, biggest shareholder is an Austrian
6     fellow.
7  Q. So the tax abatement program, as you referred to it,
8     was just one of the things that served to assist TGW
9     because it was a benefit to TGW?
10 A. Correct.
11 Q. If you go back-- let's see. If you go down to the
12    third page, really the fourth page, it seems to have
13    your address and contact information on it. The last
14    page has your-- it doesn't have your name, but it has
15    your contact information, e-mail, mobile number. Go to
16    the third page and look down at the bottom, the Friday
17    April 27, 2018 e-mail from you to Tom Bergy. This is
18    many months before the October e-mail, obviously. It
19    looks like you were introducing yourself to Mr. Bergy?
20 A. Yes.
21 Q. You're vice president of finance at Wacker, and you
22    want to reach out and provide contact, and consistent
23    with what you just got done explaining, you're reaching
24    out perhaps after talking to whomever in Austria,
25    you're letting Mr. Bergy know you're here to help?

Page 94

1  A. Correct.
2  Q. Then in the second paragraph you say, "One other item
3     you may not be aware of is the property TGW is buying
4     was approved for a significant tax abatement," right,
5     you say that?
6  A. Yes.
7  Q. You say, "We have saved nearly $950,000 over the past
8     ten years," right?
9  A. Yes.
10 Q. Then you let him know that there's still two years left
11    on the abatement program which your company might be
12    eligible for, right?
13 A. Yes.
14 Q. So it's telling him that his eligibility for it as an
15    applicant may be to his benefit, TGW's benefit, if
16    they're found to be approved for this program, right?
17 A. Okay.
18 Q. And getting back to your sentence, the statement you
19    say, "We have saved nearly $950,000 over the pase ten
20    years." Who are you talking about there? You're
21    talking about Wacker, right?
22 A. Correct.
23 Q. The-- didn't Wacker pull a Wisconsin production line
24    because it was non-profitable and move the Norton
25    Shores operations, not the facility, the operations

Page 95

1     over here to Wisconsin to take its place?
2  A. No.
3  Q. I'm going to ask you, looking at a note of mine, that
4     at some point you had a discussion with Mark Meyers,
5     the administrator of Norton Shores, in September, in
6     fact, September 27, 2010, which would have been about,
7     I don't know, a month before, a few weeks before your
8     e-mail exchange, a few weeks before with your closing
9     on the TGW deal, September 27, 2018?
10 A. Okay.
11 Q. I would expect Mr. Meyers to make reference to a
12    conversation he had with you where you explained the
13    very thing you did today, Austrian parent made the TGW
14    deal without North America input, they knew the owners
15    of TGW?
16 A. That's correct.
17 Q. The German plant pulled the product line from the
18    Wisconsin plant which creates unprofitability and
19    excess capacity there?
20 A. That's one of the factors there.
21 Q. They're moving Michigan production to Wisconsin; is
22    that right? That's what happened?
23 A. No, that's not all of it. That happened but it's not
24    relevant why.
25 Q. Then do you remember having this conversation with

Page 96

1     Mr. Meyers?
2  A. Yes.
3  Q. There's a reference to a Wisconsin product moved
4     because of taxes, 40 percent in U.S., 20 percent in
5     Germany?
6  A. That's exactly what happened.
7  Q. Do you know who Leslie Gunia is, G-U-N-I-A?
8  A. I've seen the name. I don't know exactly who she is.
9  Q. Now, there was-- were you aware of a retention visit
10    back in October of 2017 involving Mark Meyers, Bill
11    Kratz, Darryl Todd of Michigan Area First and Lezleigh
12    Gunia, L-E-Z-L-E-I-G-H. Her e-mail is
13    lezleigh.gunia@wackerneuson.com, or it was then. Were
14    you aware of a retention visit involving all those
15    people?
16 A. No.
17 Q. Do you know what position Lezleigh Gunia occupied on
18    behalf of Wacker Neuson Corporation back then in
19    October 2017?
20 A. Some production supervisory role.
21 Q. In Norton Shores area, Michigan?
22 A. Yes.
23 Q. There's an e-mail--
24             (Exhibit No. 9 was marked for
25    identification.)

RYAN GILE                         CondenseIt™

---

**Page 97**

BY MR. KARAFA:

1  Q. Showing you what has been marked as Exhibit No. 9.
2     This is a short e-mail.  There may be some others
3     related to this.  This is-- have you ever-- Exhibit 9
4     appears to be an e-mail from Catherine Brubaker-Clarke,
5     who at the time was affiliated with Muskegon Area
6     First.  The e-mail address is identified up there.  Do
7     you know Ms. Brubaker-Clarke?  Did you ever talk with
8     her at all?
9  A. No.
10 Q. So on Thursday October 26, 2017, a year before the sale
11    to-- between the friends of Wacker-- owned by Wacker
12    Corp and TGW, a number of people met together, it
13    appears from this e-mail.  I'm saying these things to
14    see if you know anything about this.
15    Ms. Brubaker-Clarke says "Hello, Lezleigh.  Mark, Bill,
16    Darryl and I enjoyed meeting with you and Mike
17    yesterday.  Congratulations on 2017 being your best
18    year."  Let's stop there.  That can mean a number of
19    things, I suppose, best year playing tennis or
20    whatever, but I propose, my understanding is that means
21    your best year, Wacker Neuson and Norton Shores had its
22    best year, and there were a lot of reasons discussed
23    for that.  Having said that, I'm going to ask you,
24    you're the CEO-- you're the chief executive officer

---

**Page 98**

1     now.  Before you were--
2  A. Chief operating officer.
3  Q. Thank you.  You got your finger on the pulse of this
4     corporate entity and its structure, and back then you
5     were in the accounting division.  You look back at it,
6     I asked you a bit about that earlier.  Norton Shores
7     was doing well in its production facility?
8  A. No, no, those years it wasn't.
9  Q. 2017, it wasn't?
10 A. Not a chance.  The production products produced in
11    Norton Shores are heaters and light towers primarily
12    used in the oil and gas fracking industry in the
13    north.  Heaters from frack sites and to warm the frack
14    tanks.  Light towers because it gets dark really early
15    in northern Canada.  The fracking was done in '14.
16    This business was crashing.
17 Q. So the Norton Shores facility was not doing well?
18 A. No.  All of Production North America was not doing well
19    and Norton Shores' specific products were actually on
20    the down slope.  She knew nothing of what she was
21    talking about.
22 Q. Okay.  I don't think that whether it's doing well,
23    great or doing horribly makes a hill of beans of
24    difference in this case.
25 A. I would agree.

---

**Page 99**

1  Q. But it's been raised as an issue that there's some
2     kind-- to the extent that business was going bad for
3     Wacker Neuson, I paraphrase, Wacker Neuson's position
4     in some pleadings or something, it had the option to
5     pull out of the agreement in the case.
6  A. I didn't understand what you were saying.
7  Q. Well, I'm not going to get into that.  I wanted to ask
8     you if you knew anything about this.
9  A. No.
10 Q. Because that issue was raised by Wacker Neuson in some
11    references and pleadings here about the proposition
12    that, you know, to paraphrase, Wacker Neuson, I'm sure
13    counsel will object to my characterization of it, but
14    at the risk of oversimplifying it, Norton Shores says
15    we had an agreement pursuant to statute, pursuant to an
16    agreement between us, Act 198 agreement.  Wacker
17    committed to staying for at least 12 years.  It was
18    getting the tax abatement benefits and it left early.
19    It left before the expiration of 12 years, that simple.
20    The agreements provide for the recoupment of those
21    taxes that Wacker Neuson would have paid had it not had
22    the benefit of the tax abatement agreement and the
23    IFTC, that it owes that amount.  Wacker's response
24    partly is, well, it depends if we weren't doing well in
25    business, we could get out of the agreement.  I'm

---

**Page 100**

1     looking to see where in the agreement it says that,
2  A. I never made that claim.
3       MR. KOELZER: Object to the extent it
4     mischaracterizes the allegations of the complaint.
5       MR. KARAFA: That's fine.  We're done.  Thank
6     you.
7       MR. KOELZER: I just have a couple cleanup
8     questions.
9                    EXAMINATION
10 BY MR. KOELZER:
11 Q. I just want to refer you back to Exhibit 7, if you
12    would, Mr. Gile, and this was the Act 198 agreement
13    that you signed in 2012.  It's not the one at issue in
14    the case, but counsel asked you about your
15    understanding of this agreement.  Do you remember that
16    line of questioning?
17 A. Yes.
18 Q. And he specifically asked you about Paragraph 6 there
19    and asked whether that was, Wacker Neuson was making an
20    agreement to stay in the location, and I believe you
21    answered something, yes, Wacker agreed to stay until
22    another applicant came in.  Do you remember that line
23    of questioning?
24 A. Yes.
25 Q. In support of your answer, you pointed out that Wacker

RYAN GILE                    CondenseIt™

1   Neuson Production Americas, LLC is defined as the
2   company in the agreement; is that correct?
3   A. Yes.
4   Q. And so at the top of the agreement there under the Re:
5   line, it says, "Wacker Neuson Production Americas, LLC,
6   (The Company)" in capital letters.  Do you see that?
7   A. Yes.
8   Q. Is that what you were referring to when you were saying
9   the company as defined in this agreement?
10  A. Yes.
11  Q. And I believe in support of your answer you pointed out
12  that the word applicant isn't defined anywhere in this
13  agreement; that was your understanding?
14  A. That's my understanding.
15  Q. Okay.  You see the word company with a capital C is
16  used throughout this agreement.  Do you agree with
17  that?
18  A. Yes.
19  Q. So as part of your answer to Mr. Karafa's question
20  about whether it was Wacker Neuson or somebody else
21  that was required to be there, is the use of the word
22  applicant rather than the defined term company in that
23  Paragraph 6?
24       MR. KARAFA: Object to the form of the
25  question.

1        THE WITNESS: Yes.
2   BY MR. KOELZER:
3   Q. And it's part of your understanding then that the word
4   company as it's used in this agreement, you understand
5   that that always applies to Wacker Neuson Production
6   Americas, LLC?  Is that how you read the agreement?
7   A. Yes.
8   Q. Is it your understanding that because there's no
9   particular company assigned with the word applicant,
10  that the meaning of that word could possibly change
11  over time, whereas the word company is static?
12       MR. KOELZER: I'm going to object to form,
13  leading, argumentative.
14       THE WITNESS: That's correct.
15  BY MR. KOELZER:
16  Q. Is it your understanding in this agreement that the use
17  of the term applicant could change over time?
18  A. Yes.
19  Q. And is one way that that term could change because the
20  certificate was transferred to a company that applied
21  for a transfer of that certificate?
22       MR. KARAFA: Same objection.
23       THE WITNESS: Yes.
24  BY MR. KOELZER:
25  Q. And in this case is it your understanding that TGW did

1   in fact apply for a transfer of the certificate at
2   issue?
3   A. Yes.
4        MR. KOELZER: That's all I have.  Thank you.
5        MR. KARAFA: I have some follow-up questions.
6        FURTHER EXAMINATION
7   BY MR. KARAFA:
8   Q. Looking at Exhibit 7, counsel says that Wacker Neuson
9   is defined as the company.  There's a parenthetical
10  reference to the company for purposes of convenient
11  reference throughout this agreement, right?
12  A. Okay.
13  Q. Do you see that?
14  A. I do see that.
15  Q. Now, in that first line there, the first paragraph,
16  "The company has submitted an application."  It says
17  that, right?
18  A. Yes, it does.
19  Q. And it says, "The company has submitted an application
20  to the City of Norton Shores, the City, for the
21  granting of an industrial facilities exemption
22  certificate," right?
23  A. Yes.
24  Q. Okay.  So the company was an applicant, as referenced
25  in this agreement, agreed?

1   A. At that time, on November 29, 2012, it was.
2   Q. Yes.  And so-- and then that coincides-- that first
3   paragraph coincides with that reference in Paragraph 6
4   below with the applicant at that time?
5   A. At that time.
6   Q. Okay.  So Mr. Koelzer asked you that your understanding
7   of the applicant was that it can-- although at the time
8   of this agreement, the applicant was Wacker Neuson, you
9   understood that the applicant can change.  I think
10  somehow that was his question and answer that I derived
11  from that, right?
12  A. Yes.
13  Q. Tell me where in this agreement at the time does it
14  refer to the applicant changing?  Tell me where it says
15  that in this agreement, anywhere in this agreement.
16  A. It implies it.
17  Q. We'll get into the implication.  Tell me where it says
18  it.
19  A. I don't know.
20  Q. All right.  You signed it, and you don't know.  Tell me
21  where you were say it implies it.
22  A. Because the applicant is defined.  The applicant
23  changes.  The facility never moves.  The applicant
24  moves into the facility and takes over the facility.
25  Q. Okay.  You look at the second page of Exhibit 7,

RYAN GILE                               CondenseIt™

## Page 105

1    there's one paragraph on the second page of Exhibit 7
2    that says, by the signatures below-- let me repeat
3    that, make sure you got this right.  "By the signatures
4    below, representatives of both the company and the City.
5    acknowledge their responsibilities toward the
6    successful completion of the project."  Did I read that
7    correctly?
8  A. You did.
9  Q. The second sentence, "It is understood certain economic
10   conditions may delay or even prohibit the maintenance
11   of the company's goals."  Did I read that correctly?
12 A. Yes.
13 Q. Third sentence, "Prior to any City action concerning
14   the reduction or revocation of a tax abatement, or
15   recapture of abated taxes, the company will have the
16   right to a public hearing before the City council."
17   That's the end of the paragraph.  Did I read that
18   correctly?
19 A. Yes.
20 Q. Now, the prospect of recovering or recapturing abated
21   taxes is referenced in Paragraph 6, the page before, is
22   it not?
23 A. Yes.
24 Q. All right.
25       MR. KARAFA: Thank you.  Nothing further.

## Page 106

1       MR. KOELZER:  Nothing else for me.
2       (Proceedings concluded at 1:15 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 107

1  STATE OF WISCONSIN     )
2                         ) ss.
3  COUNTY OF WALWORTH )
4
5
6       I, SHEILA K. FAIRCHILD, a Notary Public in
7  and for the State of Wisconsin, do hereby certify that
8  I have carefully compared the foregoing pages with my
9  stenographic notes, and that the same is a true and
10  correct transcript.
11
12       I further certify that I am not a relative or
13  employee or attorney or counsel of any of the parties,
14  or a relative or employee of such attorney or counsel,
15  or financially interested directly or indirectly in
16  said action.
17
18       Dated at Walworth, Wisconsin, this 3rd day of
19  December, 2019.
20
21
22            Notary Public
23        In and for the State of Wisconsin
24  My Commission expires:  April 2, 2021
25

**$1,000** [2]   43:7
43:9
**$100,000** [1]   50:21
**$15,000** [2]   38:11
46:23
**$15,596.71** [1] 37:17
**$2,287,000** [1] 69:24
**$2,287,390** [2] 55:24
70:8
**$500,000** [1]   57:3
**$66,594.29** [1] 40:15
**$7,100,000** [3] 55:23
69:24   70:8
**$800** [1] 43:9
**$950,000** [4]   76:24
77:4   94:7   94:19
**$951,000** [2]   25:14
50:16
**$951,346.94** [5]
38:23   39:21   41:3
43:21   49:8
**$951,364** [1]   43:20
**$966,943.65** [1]
36:14
**'03** [1]   9:23
**'08** [1]   13:22
**'11** [2]   9:24   10:6
**'14** [1]   98:15
**'92** [1]   9:22
**'95** [1]   9:22
**07** [1]   88:2
**1** [44]   1:7   2:4
2:10   3:17   2:7
27:11   27:12   27:13
27:14   27:23   29:2
29:3   29:23   35:14
37:9   37:12   37:19
38:4   38:25   39:6
39:16   40:2   40:7
40:10   40:13   40:17
40:20   40:20   40:24
44:5   44:6   44:7
44:9   55:2   61:2
66:9   66:18   66:20
69:7   69:7   73:15
73:20   73:21   106:2
**1,000** [1]   43:10
**1,017,941.23** [1]
29:5
**10** [6]   1:14   2:9
38:1   45:16   57:11
70:19
**100** [2]   3:10   62:13
**103** [1]   3:11
**11** [3]   56:17   57:19
66:13
**12** [13]   41:17   41:22
41:24   56:11   57:19
57:20   57:24   58:1
58:19   66:12   77:17
99:17   99:19
**120** [1]   2:24
**13** [3]   58:19   59:4
59:15
**1300** [2] 55:8   61:9
**14** [3]   59:24   60:6

**60:13**
**15** [7]   2:10   88:1
88:5   90:24   90:24
91:14   106:2
**15,000** [2]   38:15
49:3
**15,596.71** [1]   44:11
**15000** [1]   65:8
**15A** [3] 53:18   54:8
54:19
**15B** [2]   54:7   54:19
**15C** [1]   66:17
**16** [3]   39:3   39:10
40:25
**168,000** [1]   57:1
**19** [1]   37:2
**19-CV-00018-JTN-ESC**
**[1]**   1:7
**198** [18]   3:20   3:21
58:3   58:13   64:21
64:22   64:23   65:24
66:6   67:2   67:2
71:10   78:5   78:14
78:18   79:20   99:16
100:12
**1985** [1] 14:1
**1992** [2] 8:12   8:13
**1A** [1]   61:3
**2** [15]   3:18   27:7
27:11   27:12   27:18
28:16   28:23   36:23
38:4   65:5   66:16
69:7   70:16   70:17
107:24
**20** [8]   1:13   3:18
27:19   28:17   43:8
43:9   43:10   96:4
**2002** [1] 9:23
**2007** [19]       13:21
23:5   49:17   52:17
55:2   55:19   56:6
56:20   65:19   66:9
66:12   66:18   74:16
74:25   76:15   77:11
80:25   81:10   81:12
**2008** [11]       32:5
42:7   47:19   48:18
49:17   52:17   57:20
57:21   70:5   74:25
76:20
**2008-038** [1]   57:1
**2008-38** [1]   3:21
**2009** [1] 32:6
**2010** [2] 9:24   10:6
95:6
**2012** [2] 10:7   79:1
85:24   86:21   87:3
100:13   104:1
**2013** [12]       10:2
10:3   10:10   10:10
11:5   11:13   14:13
14:19   20:20   22:18
75:7   79:4
**2016** [1] 20:25
**2017** [6] 37:19   96:10
96:19   97:11   97:18
98:9

**2018** [28]       3:17
3:18   11:6   11:13
13:1   27:14   27:19
28:17   29:23   34:7
37:2   37:15   37:19
39:5   39:18   40:18
44:8   44:14   48:5
49:2   49:8   75:8
76:21   86:23   88:1
88:5   93:17   95:9
**2019** [9] 1:13   2:9
38:1   39:3   39:10
40:25   42:15   45:16
107:19
**2020** [1] 57:22
**2021** [1] 107:24
**20th** [1]   2:8
**21** [1]   42:15
**23** [1]   40:25
**231.726.4857** [1]
3:1
**25** [2]   1:14   2:9
**253015** [1]       41:1
**26** [1]   97:11
**27** [5]   3:17   3:18
93:17   95:6   95:9
**28** [4]   70:5   79:1
86:21   87:3
**29** [4]   36:1   36:6
36:12   104:1
**3** [11]   3:19   35:17
35:20   35:25   37:7
55:13   56:15   56:16
56:20   69:7   91:15
**30** [3]   2:4   37:6
57:21
**31** [2]   37:19   57:21
**328** [1]   78:14
**333** [1]   2:16
**35** [1]   3:19
**3rd** [1]   107:18
**4** [30]   3:9   3:19
52:25   53:6   53:10
53:17   55:3   55:13
55:21   60:7   60:20
60:21   60:21   61:2
61:14   63:8   66:2
66:3   66:15   66:15
69:16   69:17   69:21
70:14   73:12   73:13
73:19   74:5   74:9
88:2
**40** [1]   96:4
**49440** [1]       2:25
**49501-0352** [1]
2:17
**5** [40]   3:20   35:25
36:1   37:6   41:21
53:6   56:9   64:3
64:4   64:21   64:21
65:5   65:25   66:6
66:20   69:10   70:17
72:13   72:18   72:24
72:25   73:9   73:12
73:18   75:21   75:21
75:22   77:20   78:12
78:12   78:18   78:18
79:24   80:18   80:19

**81:1   81:3   81:4
81:11   81:11
52** [4]   3:20   3:20
91:1   91:15
**53051** [2]       1:17
65:9
**6** [41]   3:21   52:25
53:6   70:2   70:2
73:13   73:16   80:16
80:18   80:19   80:24
81:13   81:14   81:15
81:15   81:17   82:19
83:1   83:6   83:8
83:16   84:12   84:12
84:17   84:19   84:21
84:22   84:23   85:2
85:7   85:13   85:13
85:21   86:4   86:12
86:17   86:25   100:18
101:23   104:3   105:21
**616.336.6000** [1]
2:18
**7** [31]   3:17   3:21
27:14   29:23   37:15
39:5   39:18   40:1
40:3   40:8   40:14
40:18   44:8   44:14
56:19   56:19   77:25
78:3   78:8   78:14
78:21   78:22   80:19
81:2   81:15   84:16
86:2   100:11   103:8
104:25   105:1
**77** [1]   3:21
**8** [6]   3:22   56:25
87:16   87:20   90:2
91:1
**87** [1]   3:22
**9** [5]   3:22   57:6
96:24   97:2   97:4
**9/19/18** [1]       36:18
**900** [1]   28:4
**92** [1]   65:7
**951,346.94** [1] 42:8
**96** [1]   3:22
**966,943.65** [1] 36:18
**A-V-R-I-O** [1]   10:2
**a.m.** [2]   1:14   2:9
**abated** [7]       25:5
25:7   25:20   45:9
47:25   105:15   105:20
**abatement** [25]   3:18
16:3   16:7   16:18
26:23   34:4   35:8
43:25   47:14   75:24
76:3   81:8   82:13
90:7   91:3   91:5
91:9   91:23   92:20
93:7   94:4   94:11
99:18   99:22   105:14
**abatements** [7] 15:20
16:14   32:10   36:4
49:23   76:24   77:4
**ability** [1]       5:12
**above** [1]       54:23
**above-entitled** [1]
2:2
**absolutely** [1]   27:21

**absorb** [1]       89:8
**access** [1]       15:12
**according** [1]   64:17
**accordingly** [1] 6:20
**accountant** [1]   46:11
**accounting** [15] 8:6
9:22   14:21   14:22
15:8   15:10   15:11
15:17   17:1   17:2
17:10   26:6   32:16
49:1   98:5
**accrual** [3]       32:1
32:2   32:4
**accruals** [1]       11:21
**acknowledge** [1]
105:5
**acquisition** [3]   11:23
57:3   88:6
**acquisitions** [1]
71:2
**acronym** [2] [~]   8:7
10:22
**Act** [17]   3:20   3:21
58:3   58:13   64:21
64:22   65:24 [~]   66:6
67:1   67:2, [~]   71:10
78:5   78:14 [~]   78:18
79:20   99:16 [~]   100:12
**action** [5]       2:2
37:13   39:20   105:13
107:16
**actual** [1]       71:1
**add** [1]   33:9
**added** [2] [~]   81:4
81:9
**addition** [3] [~], 47:9
90:8   90:16
**additional** [5], 8:17
9:1   30:3   53:5
75:2
**address** [7]   [~], 19:4
19:20   55:8   65:6
78:11   93:13   97:7
**adequate** [2]   42:11
44:18
**administration** [1]
8:8
**administrative** [1]
5:2
**administrator** [3]
22:22   27:15   95:5
**admissions** [2] 41:15
41:21
**admit** [6]       41:15
41:16   41:22   41:23
42:5   44:19
**affected** [1] [~] 76:2
**affiliated** [2] [~] 23:7
97:6
**afield** [2]       63:22
64:20
**again** [5]       19:13
27:18   35:20   45:13
46:2
**agency** [1]       5:2
**agents** [2]       92:16

**ago** [7]    18:19    18:19
19:1    19:14    21:3
42:15    42:17

**agree** [21]    24:14
40:12    40:17    40:21
43:23    47:5    47:7
50:1    54:15    60:3
60:11    60:24    64:10
67:25    68:22    74:20
76:23    77:1    84:1
98:25    101:16

**agreeable** [1]    34:14

**agreed** [9]    38:14
39:19    41:2    42:8
43:19    44:12    82:21
100:21    103:25

**agreeing** [7]    50:2
80:16    81:16    82:17
82:25    83:11    86:18

**agreement** [97]    3:20
3:21    24:2    33:13
33:14    33:24    58:3
58:4    58:5    58:7
58:13    58:24    59:1
59:5    59:5    59:16
59:25    60:3    60:17
60:20    61:24    64:22
65:24    65:25    66:6
66:7    66:18    68:16
69:9    69:13    70:16
70:17    70:23    71:7
71:11    71:19    72:1
72:3    72:9    72:11
72:12    72:18    72:21
73:3    73:5    73:20
73:23    74:15    77:12
77:20    77:21    78:5
78:14    78:19    80:6
80:11    80:17    80:25
81:10    81:12    81:16
83:15    84:5    84:14
84:15    85:7    85:23
85:25    86:1    86:11
86:15    87:3    88:21
99:5    99:15    99:16
99:16    99:22    99:25
100:1    100:12    100:15
100:20    101:2    101:4
101:9    101:13    101:16
102:4    102:6    102:16
103:11    103:25    104:8
104:13    104:15    104:15

**agreements** [16]    16:17
23:15    23:19    29:25
34:10    60:2    99:20

**agrees** [2]    42:18
70:23

**ahead** [3]    29:17
33:19    70:2

**air** [1]    7:9

**allegations** [1]    100:4

**along** [8]    5:3
6:3    6:12    20:22
29:13    77:4    81:4
81:9

**always** [2]    9:17
102:5

**amended** [1]    67:2

**America** [13]    11:7
11:16    12:3    12:4

---

12:19    12:21    12:22
13:3    17:6    17:14
26:14    95:14    98:18

**Americas** [12]    1:4
1:16    79:10    79:14
82:16    82:18    86:9
86:18    89:16    101:1
101:5    102:6

**amount** [56]    25:9
25:10    25:11    25:21
27:3    29:3    29:8
36:18    36:19    36:21
38:10    38:19    38:19
39:21    41:2    41:3
41:4    42:5    42:8
42:9    43:2    43:3
43:11    43:12    43:19
43:20    43:20    43:23
44:12    44:20    44:25
46:5    47:4    47:6
47:8    47:10    47:13
48:5    48:12    48:13
48:25    49:7    49:9
49:10    50:6    50:17
76:2    81:18    81:21
82:4    82:7    82:17
88:11    88:22    92:24
99:23

**amounts** [2]    23:24
56:5

**annual** [1]    50:6

**answer** [21]    5:11
5:18    6:4    6:7
6:9    6:19    15:25
27:1    29:18    33:19
42:4    42:10    42:21
52:22    71:14    81:23
83:22    100:25    101:11
101:19    104:10

**answered** [1]    100:21

**Anthony** [3]    1:17
2:7    65:8

**anticipate** [1]    6:4

**anticipation** [1] 4:11

**anyway** [2]    4:16
36:12

**appear** [2]    54:7
80:22

**APPEARANCES** [1]
2:12

**appeared** [3]    2:20
3:3    84:4

**Apple** [1]    2:24

**applicable** [1]    38:18

**applicant** [60]    55:5
61:1    61:2    61:4
61:4    61:12    67:17
72:10    73:1    73:9
74:1    74:9    75:22
75:25    76:1    76:7
76:13    81:19    82:12
83:3    83:8    83:8
83:12    84:8    84:18
84:25    85:4    85:11
85:15    85:16    85:17
85:20    85:21    85:21
85:22    85:23    86:4
86:5    86:6    86:8
86:12    86:14    86:16
86:25    87:4    94:15

---

100:22    101:12    101:22
102:9    102:17    103:24
104:4    104:7    104:8
104:9    104:14    104:22
104:22    104:23

**application** [26] 3:19
53:11    56:6    60:22
62:8    63:8    63:10
63:12    63:17    63:24
66:16    66:24    73:13
73:17    73:20    73:20
74:5    79:15    80:12
80:14    85:25    90:8
90:14    90:15    103:16
103:19

**applied** [3]    23:4
63:15    102:20

**applies** [1]    67:6
102:5

**apply** [4]    47:14
61:24    64:12    103:1

**applying** [5]    63:9
67:5    73:15    74:16
90:21

**approach** [1]    89:13

**appropriately** [1]
44:7

**approved** [8]    34:19
57:12    75:24    82:14
86:16    90:5    94:4
94:16

**approximation** [1]
51:25

**approximations** [1]
50:19

**April** [2]    93:17
107:24

**area** [3]    96:11    96:21
97:6

**arguing** [1]    52:1

**argument** [1]    68:14

**argumentative** [1]
102:13

**Arkansas** [1]    50:13

**arm** [1]    74:9

**art** [1]    71:18

**articulate** [1]    6:14

**aside** [1] 55:13

**asks** [1]    55:13

**asphalt** [2]    14:11
21:23

**assembly** [1]    30:21

**assert** [1]    77:16

**asserting** [1]    36:7

**assertion** [1]    60:6

**asserts** [2]    59:15
77:3

**assessed** [1]    41:5

**assessment** [1]    46:24

**assign** [1]    26:8

**assigned** [1]    102:9

**assist** [1]    93:8

**assistance** [1]    92:3

**assisted** [1]    63:11

**associates** [1]    31:6

---

**assume** [5]    19:18
20:2    45:7    48:2
52:8

**assuming** [1]    44:24

**assumption** [1]  54:16

**attached** [4]    3:23
7:2    37:2    37:24
39:6    39:8    39:19
40:13    40:20    40:22
40:23    58:7    69:8
69:10

**attachments** [2] 35:25
44:5

**attain** [2]    8:3
8:5

**attempt** [2]    5:8
27:2

**attempts** [3]    25:4
25:7    36:3

**attorney** [4]    3:13
13:10    107:13    107:14

**auditing** [1]    49:1

**August** [2]    37:18
42:15

**Austria** [4]    92:1
92:5    92:10    93:24

**Austrian** [6]    91:25
92:14    92:25    93:2
93:5    95:13

**authorized** [1]  80:4

**Automation** [1] 9:23

**availability** [1] 21:15

**available** [2]    21:12
22:7

**Avenue** [4]    1:17
2:8    2:24    65:8

**average** [1]    50:21

**Avrio** [2]    9:25
10:3

**aware** [7]    16:5
16:16    46:18    46:21
94:3    96:9    96:14

**b** [6]    2:4    54:17
58:7    58:8    70:21
70:25

**B-E-R-G-Y** [2] 87:8
87:21

**B-O-Y-S** [1]    21:21

**bachelor** [1]    8:13

**bachelor's** [1]    8:8

**background** [2] 7:17
26:11

**backwards** [1]  45:10

**bad** [1]    99:2

**balance** [4]    40:19
40:22    51:16    89:19

**Barnard** [21]    20:5
20:7    21:2    21:11
21:15    21:19    53:19
53:24    54:2    54:5
54:8    54:20    63:17
63:23    65:20    65:24
66:16    68:1    70:4
73:15    81:12

**Barnard's** [5]    54:12
65:15    66:7    66:8

---

73:19

**base** [1]  89:19

**based** [8]    19:13
37:17    42:23    42:25
47:12    56:2    59:18
60:2

**basic** [2] 64:6    64:16

**basics** [1]    63:21

**basis** [4] 38:2    47:24
50:6    50:21

**Bates** [1]    87:24

**BBA** [2] 8:6    8:8

**beans** [1]    98:23

**bearing** [1]    73:18

**became** [1]  16:20

**beginning** [1]    57:20

**begins** [1]    57:23

**behalf** [20]    2:20
3:3    32:8    63:18
63:24    65:13    66:11
68:2    68:22    79:7
79:9    79:10    79:25
80:2    82:21    82:25
83:16    83:19    83:23
96:18

**behold** [1]    70:6

**below** [9]    54:23
55:21    56:9    66:11
69:21    90:24    104:4
105:2    105:4

**benefit** [23]    36:9
39:14    42:7    49:19
49:22    50:11    50:13
50:14    50:15    58:22
59:7    59:13    59:14
59:17    60:8    60:14
64:11    64:15    87:22
93:9    94:16    94:15
99:22

**benefits** [7]    19:3
20:1    20:3    21:6
35:3    48:17    99:18

**Bergy** [14]    3:22
87:8    87:11    87:14
87:14    87:21    88:1
88:4    90:4    91:7
91:13    93:17    93:19
93:25

**Bergy's** [1]    90:25

**best** [6] 5:12    18:24
97:18    97:20    97:22
97:23

**between** [13]    23:15
38:13    44:4    45:23
59:5    71:21    73:5
76:20    78:6    84:14
87:21    97:12    99:16

**big** [2]    52:12    92:6

**biggest** [1]    93:5

**bill** [3]    43:7    96:10
97:16

**bills** [3]    26:16    37:18
38:6

**bind** [1] 67:15

**bit** [6]    23:11    23:11
24:13    47:22    50:2
98:6

RYAN GILE — CondenseIt™ — board - continues

board [1]  14:9
boat [1]  19:10
Booking [1]  11:20
bosses [1]  92:9
bothering [1]  35:7
bottom [4]  50:3
  50:5  87:24  93:16
bought [1]  55:7
bound [1]  72:9
box [4]  53:18  61:2
  61:3  66:17
breached [1]  24:2
break [8]  7:7
  7:8  7:9  7:10
  7:12  21:10  53:3
  53:4
Bridge [1]  2:16
broad [1]  14:17
Brubaker-Clarke [4]
  3:22  97:5  97:8
  97:16
bucks [1]  49:3
buddies [1]  92:5
build [3] 50:9  50:24
  51:2
building [12]  43:15
  48:18  48:18  48:19
  48:20  55:22  63:15
  69:22  82:10  90:9
  90:17  92:23
Buildings [1]  85:5
built [3] 48:21  62:13
  63:15
bumped [2]  81:10
  81:13
burdensome [1] 47:17
business [17]  8:8
  11:23  11:23  11:24
  25:3  51:10  55:12
  55:14  62:3  64:10
  64:11  64:15  75:10
  76:19  98:16  99:2
  99:25
businesses [6]  15:22
  16:4  61:23  61:24
  62:2  64:7
buying [1]  94:3
C [11]  36:13  36:16
  36:19  36:21  38:4
  45:14  45:15  54:16
  70:21  71:2  101:15
calculable [1]  50:6
calculate [3]  26:12
  47:12  51:16
calculated [7]  25:21
  37:18  40:14  44:11
  44:25  49:9  50:17
calculation [11] 26:17
  26:18  42:25  44:24
  45:10  46:19  46:19
  47:1  47:3  47:16
  49:11
calculations [12]
  17:11  28:25  35:11
  38:2  42:19  42:23
  43:4  44:3  45:5

calendar [2]  13:6
  13:7
calls [1] 71:14
Canada [1]  98:15
capability [1]  19:13
capable [1]  5:18
capacity [1]  89:5
  95:19
capital [8]  30:3
  30:18  34:25  36:2
  54:17  63:2  101:6
  101:15
caption [6]  36:2
  36:3  41:22  60:23
  78:11  78:17
captioned [1]  69:18
car [1]  19:9
carefully [1]  107:8
case [18] 1:7  4:15
  7:11  23:22  24:4
  31:6  35:22  36:22
  40:2  45:14  52:5
  56:3  59:19  63:23
  98:24  99:5  100:14
  102:25
casual [1]  6:15
Catherine [1]  97:5
caused [1]  32:4
cautious [1]  74:14
center [1]  12:14
CEO [3] 65:14  65:16
  97:25
certain [13]  50:8
  59:25  60:4  61:25
  64:8  64:10  81:18
  81:21  82:4  82:7
  82:17  83:2  105:9
certainly [7]  55:18
  44:18  49:6  61:16
  62:25  75:9  75:16
certificate [32]  3:20
  23:5  23:18  24:24
  26:24  34:13  53:12
  56:18  57:15  57:15
  57:16  57:19  58:2
  58:12  58:23  60:23
  61:13  61:19  62:9
  63:13  63:25  67:1
  68:5  73:14  74:17
  76:14  79:19  90:15
  102:20  102:21  103:1
  103:22
certificates [2]  16:21
  61:25
certify [2]  107:7
  107:12
certifying [1]  70:20
chair [1] 68:14
chance [1]  98:10
change [7]  25:15
  49:2  49:3  102:10
  102:17  102:19  104:9
changed [1]  10:25
changes [1]  104:23
changing [2]  25:10

104:14
characterization [1]
  99:13
charge [2]  26:14
  26:15
charged [1]  50:25
charging [1]  43:15
charitable [1]  52:9
check [8]  44:25
  45:10  45:11  45:19
  46:2  46:3  79:17
  79:18
checked [10]  25:23
  43:11  44:23  45:20
  45:24  45:24  46:1
  46:6  46:7  48:9
chief [8] 11:6  20:14
  20:16  65:17  65:20
  75:9  97:25  98:2
Chris [1]  81:12
Christopher [1] 20:5
  53:19  54:2  54:5
  54:20  70:3
chronologically [1]
  36:5
chronology [2]  9:20
  11:4
circumstances [3]
  19:2  24:19  59:20
city [85]  1:8  3:21
  4:14  14:14  16:17
  22:20  22:22  23:5
  23:16  23:23  24:1
  24:2  24:3  24:16
  25:4  25:6  27:3
  27:15  28:6  29:11
  30:5  33:14  36:3
  36:10  36:14  36:17
  41:20  42:18  45:9
  46:14  49:3  49:17
  55:10  56:22  57:8
  57:12  58:2  58:7
  58:12  59:6  59:6
  59:16  60:8  60:10
  66:11  66:24  66:24
  68:9  68:13  68:20
  70:18  70:24  71:8
  71:23  72:14  72:19
  72:22  73:6  73:23
  74:18  74:25  75:11
  75:14  75:15  76:19
  77:6  77:13  78:7
  78:11  78:15  78:19
  79:15  79:16  80:12
  81:7  84:14  86:17
  103:20  103:20  105:4
  105:13  105:16
City's [3]  23:23
  25:19  58:3
Civil [1] 2:4
claim [13]  23:23
  29:16  30:13  31:9
  34:4  38:6  45:25
  46:1  46:5  47:7
  50:23  75:14  100:2
claimed [2]  25:19
  48:12
claiming [5]  27:3

28:4  29:7  36:14
  48:13
claims [1]  24:2
clarify [1]  38:25
claw [1] 36:3
clawback [5]  23:24
  33:4  38:6  38:18
  41:2
clean [2]92:4  92:7
cleanup [1]  100:7
clear [4] 5:9  43:17
  85:9  85:9
clearly [1]  65:16
close [6] 50:19  57:14
  57:16  61:5  63:7
  67:1
closes [1]  76:1
closing [6]  11:15
  11:17  37:19  88:6
  90:3  95:8
coffee [1]  6:17
coincidentally [2]
  21:4  21:5
coincides [2]  104:2
  104:3
college [3]  8:1
  8:13  8:16
colon [4]  56:11
  67:22  68:22  70:7
comfortable [1]76:10
coming [1]  4:19
comma [3]  24:18
  24:23  60:6
commencement [2]
  14:19  75:8
commencing [1]
  2:9
commensurate [1]
  23:24
Commission [6]
  16:22  23:19  34:19
  57:13  58:23  107:24
committed [3]  77:16
  83:5  99:17
committing [6]  83:15
  83:17  83:19  83:21
  83:22  87:4
common [1]  64:4
communicated [1]
  42:10
communication [3]
  18:17  19:14  21:1
  32:21  38:12
communications [2]
  31:14  31:24
community [3]  68:10
  68:11  68:21
companies [3]  11:16
  13:12  17:5
company [48]  1:5
  10:23  12:18  12:21
  12:23  17:3  17:4
  18:11  53:18  55:7
  58:21  58:24  61:3
  65:1  65:6  66:23
  68:10  68:21  68:22

69:9  69:13  70:18
  70:21  70:23  71:7
  76:9  79:14  81:5
  92:13  92:25  93:4
  94:11  101:2  101:6
  101:9  101:15  101:22
  102:4  102:9  102:11
  102:20  103:9  103:10
  103:16  103:19  103:24
  105:4  105:15  
company's [1]  105:11
compared [2]  50:9
  107:8
competing [1]  33:7
complaint [23]  3:19
  35:21  35:24  36:1
  36:22  37:6  37:13
  37:25  38:5  38:20
  39:20  40:4  40:4
  40:7  40:9  40:11
  45:13  45:16  56:13
  56:20  58:5  59:15
  100:4
complete [1]  9:2
completion [1]  105:6
computation [1]
  25:18
computations [6]
  26:22  35:10  35:12
  35:14  46:4  47:25
concept [2]  64:6
  64:16
concerned [1]  35:11
concerning [1]  105:13
conclude [1]  57:21
concluded [2]  10:3
  106:2
concluding [1]  2:9
conclusion [1]  71:14
conclusions [1] 38:8
conditions [1]  105:10
confirm [1]  80:21
confusing [1]  5:17
Congratulations [2]
  11:8  97:18
consistent [4]  40:3
  56:5  59:20  93:22
consolidated [3]
  13:11  13:13  13:18
construct [1]  52:20
constructed [1] 49:16
construction [4]
  14:8  14:9  55:15
  57:1
contact [8]  14:18
  19:15  19:16  19:19
  21:16  93:13  93:15
  93:22
contained [3]  45:16
  79:23  84:15
contains [1]  27:20
contemplated [1]
  86:22
context [1]  30:12
continues [2]  36:4
  60:7

**continuing** [2] 9:7
19:3

**contract** [7] 33:17
33:22 71:12 71:12
71:18 76:8 77:17

**contributing** [1]
89:24

**contribution** [1]
51:22

**controlling** [1] 92:15

**convenient** [1] 103:10

**conversation** [13]
23:1 23:3 27:25
28:1 28:6 29:21
32:23 33:3 33:7
34:6 37:16 95:12
95:25

**conversations** [1]
31:7

**Coopers** [1] 9:22

**copy** [3] 36:23 41:17
41:18

**corp** [4] 13:13 57:7
61:6 97:13

**corporate** [7] 13:16
32:15 63:3 63:11
89:18 89:24 98:4

**corporation** [57]
1:8 12:17 12:18
17:4 17:12 21:20
51:14 51:19 52:12
52:13 61:5 62:25
63:18 64:25 65:6
65:14 66:21 66:23
67:5 68:3 68:3
68:11 68:17 70:4
70:22 71:24 72:14
72:19 72:23 73:6
73:22 74:2 74:3
74:6 74:8 74:15
74:24 76:7 76:9
76:13 76:18 76:19
76:23 77:3 77:12
78:7 79:7 79:10
80:1 80:1 82:5
82:22 82:22 82:24
83:1 86:23 96:18

**Corporation's** [1]
75:10

**corporations** [3]
12:15 12:16 92:5

**correct** [82] 6:24
10:24 11:11 13:4
14:5 15:1 15:14
15:16 17:13 17:21
17:25 18:2 18:6
19:6 20:4 20:17
20:23 22:14 22:16
23:9 26:4 26:21
27:16 27:17 28:18
31:12 32:17 33:5
33:16 35:5 35:9
36:18 36:24 36:25
37:3 37:4 38:17
39:22 41:6 43:3
43:4 43:12 43:13
43:20 43:22 44:13
45:11 45:18 45:21
45:22 49:9 49:11
50:17 54:3 61:6

**data** [8] 15:7 15:13
32:13 32:18 32:20
45:4 45:16 48:8

**date** [6] 18:20 20:12
37:19 55:2 73:18
91:21

**dated** [15] 27:14
27:19 28:16 36:17
37:14 39:3 39:10
66:7 66:9 66:12
66:17 66:18 70:5
78:25 107:18

**dates** [3] 18:20 18:24
57:24

**days** [1] 66:13

**deal** [4] 91:24 92:17
95:9 95:14

**December** [4] 37:19
57:21 57:21 107:19

**decide** [2] 52:5
69:2

**decipher** [1] 66:1

**decision** [1] 49:13

**decisions** [1] 63:1

**deducting** [1] 49:4

**deemed** [1] 57:7

**Defendant** [3] 1:9
2:3 3:3

**Defendant's** [1]
25:4

**defined** [8] 82:9
82:11 84:18 85:1
101:1 101:9 101:12
101:22 103:9 104:22

**definition** [1] 72:10

**degree** [1] 8:14

**degrees** [4] 8:3
8:5 8:16 9:1

**delay** [1] 105:10

**denied** [1] 42:13

**Department** [2] 70:5
73:16

**deposition** [5] 1:12
2:1 4:9 4:16
4:19 5:6 7:1
7:3 21:8 27:11
34:16 36:24 37:9
37:12 37:23 38:4
40:20 40:23 40:24
53:25 54:1 65:25
71:11 73:12 89:18

**depositions** [1] 39:16

**derived** [1] 104:10

**described** [1] 71:3

**description** [1] 55:18

**detailed** [2] 26:17
26:18

**details** [1] 70:6

**determine** [2] 42:18
47:10

**detracting** [1] 51:23

**development** [2]
57:7 68:9

**dialogue** [1] 62:19

**differ** [3] 35:11
62:12 71:3

**difference** [3] 45:23
78:17 98:24

**differences** [1] 78:10

**different** [7] 14:6
14:7 15:22 36:11
39:1

**directed** [1] 70:3

**directly** [1] 107:15

**Director** [1] 22:12

**disagree** [7] 54:18
60:10 60:12 74:21
76:12 77:18 77:23

**disclosure** [2] 24:11
71:4

**disclosures** [1] 24:9

**discount** [7] 42:25
43:2 43:8 43:11
43:12 46:6 47:14

**discoverable** [1]
24:10

**discovered** [2] 43:14
43:17

**discovery** [3] 41:8
41:8 42:14

**discrepancy** [1] 39:14

**discussed** [1] 97:23

**discussion** [4] 19:2
29:9 68:14 95:4

**discussions** [6] 56:3
58:14 91:14 92:7

**dispute** [6] 41:16
48:11 48:13 48:25
49:7 49:9

**disputed** [2] 28:21
28:24

**disputing** [1] 30:6

**District** [4] 1:1
1:1 35:23 35:23

**divestitures** [1] 11:23

**division** [10] 1:2
10:18 12:1 12:13
13:9 13:25 16:8
22:15 89:10 98:5

**divisions** [6] 12:3
12:8 17:3 17:8
51:20 51:21

**document** [14] 27:12
27:13 27:18 31:2
33:13 35:21 53:10
54:22 64:24 69:17
70:3 79:7 79:9
87:23

**documentation** [4]
23:13 25:12 40:13
47:20

**documents** [10] 25:14
34:7 34:8 40:20
40:22 41:10 58:15
75:4 75:17 75:17

**doesn't** [6] 6:11
6:17 62:5 67:7
67:10 93:14

**dollar** [4] 38:15
46:24 50:25 56:22

**dollars** [3] 75:1
75:15 88:22

**done** [7] 5:23 41:25
64:1 67:22 93:23
98:15 100:5

**doubt** [1] 74:13

**dovetails** [1] 56:14

**down** [12] 11:22 22:3
50:10 55:21 61:2
62:20 63:21 70:6
81:13 90:24 93:11
93:16 98:20

**drafted** [1] 58:6

**due** [1] 32:9

**duly** [1] 4:3

**during** [10] 5:24
23:25 33:1 53:4
75:7 75:23 77:6
82:12 83:18 86:15

**duties** [1] 11:14

**Duty** [1] 55:15

**e-mail** [21] 3:22
3:22 19:4 19:7
19:16 19:22 87:20
92:21 93:15 93:17
93:18 95:8 96:12
96:23 97:3 97:5
97:7 97:14

**e-mailed** [2] 19:3
21:7

**e-mailing** [1] 88:5

**early** [4] 53:24 71:11
98:14 99:18

**East** [1] 61:9

**easy** [1] 47:20

**economic** [9] 36:9
57:6 59:7 59:17
60:8 60:14 68:9
68:20 105:9

**effect** [1] 57:20
76:4

**eight** [1] 35:24

**either** [2] 18:8
38:4

**eligibility** [1] 94:14

**eligible** [2] 67:9
67:9 94:12

**employed** [4] 10:11
20:9 20:11 79:6

**employee** [3] 31:18
107:13 107:14

**employees** [4] 30:2
30:16 30:16 34:25

**employing** [2] 48:20
64:15

**employment** [7]
9:19 9:20 10:4
14:19 48:19 53:9
75:25

**enabled** [1] 26:12

**encompass** [1] 12:10

**encourage** [1] 67:23
68:4 68:18

**end** [3] 57:14 76:4
105:17

**enjoy** [1] 16:7

**enjoyed** [1]

**corrected** [6] 38:19
39:21 41:3 42:9
43:20 44:12

**correctly** [9] 45:8
67:3 68:23 71:5
76:4 79:21 105:7
105:11 105:18

**correspond** [1] 40:19

**corresponding** [1]
37:24

**cost** [5] 50:10 51:8
71:1 71:3 89:14

**costs** [1] 89:8

**council** [1] 105:16

**counsel** [11] 7:6
7:9 19:15 53:5
81:2 87:25 99:13
100:14 103:8 107:13
107:14

**counter** [1] 30:1

**country** [1] 92:6

**COUNTY** [1] 107:3

**couple** [5] 82:9
65:12 78:9 79:17
100:7

**coupled** [1] 44:7

**course** [9] 5:24
19:17 23:25 31:22
50:19 57:24 71:10
77:1 77:5

**courses** [12] 8:13
8:16 8:17 8:18
8:19 8:19 8:20
9:2 9:4 9:8
9:8 9:9

**court** [9] 1:1 2:6
4:11 4:22 5:22
7:2 7:7 35:23
87:21

**cover** [2] 39:16
40:18

**covered** [1] 42:6

**crashing** [1] 98:16

**created** [2] 70:25
71:2

**creates** [1] 95:18

**creating** [1] 51:22

**curiosities** [1] 4:18

**current** [2] 11:10
81:7

**customers** [1] 11:22

**D** [10] 2:15 36:2
37:7 37:8 37:13
38:4 38:20 39:19
45:14 45:15

**dark** [1] 98:14

**Darryl** [2] 96:11
97:17

**corp** [4] 61:14 61:15 63:18
65:11 66:13 71:24
77:22 79:12 80:3
80:4 83:20 88:3
88:13 88:14 88:16
89:20 89:21 89:22
90:23 92:19 93:10
94:1 94:22 95:16
101:2 102:14 107:10

**RYAN GILE**  CondenseIt™  **ensure – ghost**

97:17

**ensure** [2]   59:6
59:16

**enter** [1] 61:24

**entered** [3]   16:17
78:6   80:25

**entertain** [1]   75:16

**entire** [1]   41:19

**entirely** [2]   18:11
20:18

**entities** [5]   12:4
12:7   12:9   12:11
73:7

**entitled** [2]   53:11
64:22

**entity** [10]   13:3
13:11   16:22   30:4
32:15   63:4   63:11
73:22   89:18   98:4

**entries** [2]   11:20
11:20

**entry** [1] 53:18

**enumerated** [1] 36:5

**equal** [1]   76:2

**equipment** [8]   14:8
14:9   21:23   21:24
30:20   55:15   55:23
69:24

**errors** [1]   46:2

**essentially** [2] 35:6
78:8

**established** [1] 49:6

**evaluation** [1] 62:15

**event** [4]   55:21
65:19   67:10   88:24

**everybody** [2] 92:6
92:6

**everywhere** [1] 58:4

**evidence** [2]   62:18

**exact** [3] 14:1   29:1
91:21

**exactly** [4]   22:4
25:22   96:6   96:8

**examination** [5]
3:8   4:5   5:1
100:9   103:6

**examined** [1]   4:3

**example** [9]   9:2
9:4   12:13   13:5
31:9   31:25   32:5
69:7   70:17

**excavation** [1]   21:23

**excess** [2]   89:5
95:19

**exchange** [3]   19:7
33:7   95:8

**exchanged** [1] 75:13

**execute** [1]
58:13

**executive** [4]   20:14
65:17   65:20   97:25

**exempt** [1]   61:25

**exemption** [27]   3:20
16:21   23:5   23:18
26:24   34:12   53:12

56:10   57:14   58:22
60:23   61:13   61:19
62:8   63:13   63:25
64:6   64:12   66:25
68:5   73:14   74:17
76:14   79:19   90:15
90:22   103:21

**exhibit** [124]   27:7
27:12   27:12   27:13
27:14   27:18   27:23
28:16   28:23   29:2
29:3   29:23   35:14
35:17   35:20   35:25
36:13   36:16   36:19
36:21   36:23   37:7
37:7   37:8   37:8
37:9   37:12   37:12
38:20   38:25   39:6
39:16   39:19   40:2
40:6   40:10   40:13
40:17   40:20   40:20
40:24   44:5   44:6
44:7   44:9   52:25
53:10   53:17   55:3
55:13   56:15   56:16
56:20   57:17   58:7
58:8   60:7   60:20
60:21   60:21   61:2
61:14   63:8   64:3
64:4   64:21   64:21
65:5   65:25   66:2
66:3   66:6   66:15
66:15   66:20   69:10
69:16   69:17   70:2
70:2   70:14   70:17
72:13   72:18   73:13
73:16   73:18   73:19
74:5   74:9   75:21
77:20   77:25   78:3
78:8   78:12   78:12
78:14   78:18   78:18
78:21   78:22   79:24
80:19   80:19   80:24
81:2   81:15   84:16
84:17   84:19   84:21
86:2   87:16   87:20
90:2   91:1   96:24
97:2   97:4   100:11
103:8   104:25   105:1

**exhibits** [12]   3:15
3:23   27:10   27:15
27:21   37:23   37:24
38:4   45:14   45:15
53:6   73:12

**expansion** [2]   55:22
69:22

**expect** [3]   5:11
18:24   95:11

**expenses** [1]   11:21
89:14

**expiration** [1] 99:19

**expired** [1]   16:11

**expires** [1]   107:24

**explain** [2]   11:12
29:6

**explained** [1]   93:2
95:12

**explaining** [2]   71:4
93:23

**explanation** [1] 92:14

**explored** [1]   56:21

**extent** [5]   7:7
71:13   81:22   99:2
100:3

**facilitating** [1] 63:23

**facilities** [23]   3:19
12:12   16:21   23:4
23:18   26:24   34:12
53:11   57:13   58:22
60:22   61:13   61:18
62:8   63:13   63:25
66:25   68:5   73:14
76:14   79:19   90:22
103:21

**facility** [38]   6:22
8:9   10:16   11:25
12:1   12:8   13:24
14:25   15:5   15:9
15:15   30:2   30:14
49:17   50:24   51:2
52:20   55:10   57:2
59:8   59:18   60:9
61:5   61:9   62:13
74:24   76:1   88:7
88:8   88:18   89:7
89:8   94:25   98:7
98:17   104:23   104:24
104:24

**fact** [6]   41:18   74:8
87:23   89:23   95:6
103:1

**factor** [1]   47:14

**factors** [2]   36:7
95:20

**factory** [1]   50:10

**facts** [1] 41:15

**fair** [2]   54:15   55:18

**Fairchild** [1]   1:22
2:5   107:6

**fairly** [1]   72:16

**Falls** [7] 1:17   1:17
6:23   16:8   17:16
22:2   65:9

**familiar** [10]   15:20
16:14   16:20   25:18
36:8   53:15   54:24
58:25   61:21   75:10

**fanciful** [1]   75:18

**far** [4]   19:11   35:10
63:22   64:20

**fast** [1]   30:11

**federal** [2]   2:4
13:13

**fee** [1]   40:14

**fees** [1]   41:4

**fellow** [1]   91:25
92:25   93:6

**fence** [1]   52:18

**few** [6]   5:5   20:6
36:16   53:3   95:7
95:8

**Fifty** [1] 7:19

**figure** [1]   26:10
47:21   52:2

**file** [2]   13:11   17:17

**filed** [10]
35:21   36:22   37:13
37:25   38:21   39:20

**files** [1] 45:7

**filing** [1]   13:16

**filings** [3]   13:9
13:12   32:8

**fill** [1]   89:7

**final** [2] 47:4   47:6

**finalize** [1]   9:7

**finance** [13]   8:6
10:14   10:15   11:1
11:2   11:12   11:13
17:23   18:9   18:9
75:6   75:7   93:21

**financial** [5]   20:16
35:3   51:16   62:15
87:12

**financially** [1] 107:15

**fine** [1] 100:5

**finger** [1]   98:3

**finish** [2]   6:6
6:9

**finished** [2]   6:5
41:25

**finite** [2]   7:12
32:24

**firm** [1] 32:16

**first** [29] 4:3   18:10
24:9   27:13   28:5
28:21   28:22   29:15
41:20   44:7   44:9
58:23   60:11   64:24
66:20   66:22   70:6
78:21   79:13   80:17
80:25   81:25   85:20
87:25   96:11   97:7
103:15   103:15   104:2

**Firstly** [1]   68:18

**fiscal** [1]   13:6

**five** [3]   12:4   12:6
31:20

**follow** [1]   21:16

**follow-up** [1]   103:5

**followed** [2]   27:24
40:10

**following** [2]   39:2
70:19

**follows** [2]   4:4
28:15

**foot** [1]   57:1

**forced** [1]   51:2
62:22

**forces** [1]   63:3

**foregoing** [1]   107:8

**forever** [1]   30:4
35:1

**forgive** [1]   50:18

**form** [12]   15:24
24:5   29:17   32:10
35:13   53:15   56:9
58:3   58:13   78:10
101:24   102:12

**formal** [1]   7:5

**formality** [1]   7:1

**formerly** [1]   75:6

**forms** [1]   32:19

**formula** [4]   46:13
46:13   46:15   46:15

**forth** [1] 45:17

**forward** [3]   14:20
32:6   32:6   69:2
81:14

**forwarding** [1] 28:19

**found** [3]   36:16
46:1   94:16

**foundation** [8] 26:25
33:18   42:20   46:16
52:21   54:10   67:11
91:10

**four** [7]   12:5   12:7
12:16   37:18   38:14
49:4   87:24

**four-page** [1]   53:10
69:17   87:23

**fourth** [1]   93:12

**frack** [2] 98:13   98:13

**fracking** [3]   98:12
98:15

**frame** [5]   21:4
49:18   52:16   70:24
74:25

**frankly** [2]   67:15
68:25

**fresh** [1] 7:9

**Friday** [1]   93:16

**friends** [2]   92:16
97:12

**front** [1] 60:2

**full** [3]   48:18   48:19
81:23

**Full-time** [1]   31:18

**functions** [4]   15:8
15:8   17:2   17:10

**funds** [1]   29:25

**G** [4]   4:17   4:18
87:14   87:14

**G-U-N-I-A** [1] 96:7

**garbled** [1]   6:11

**Garfield** [2]   55:8
61:10

**Gary** [1] 22:20

**gas** [1]   98:12

**gather** [1]   15:7

**general** [8]   11:14
11:15   11:17   19:8
59:24   60:17   62:2
67:6

**generally** [6]   8:18
14:16   14:17   15:20
19:9   61:22

**Generators** [1]   14:10

**gentleman** [2]   25:22
92:12

**gentlemen** [1]   92:4

**genuinely** [1]   64:5

**German** [3]   10:22
52:12   95:17

**Germany** [3]   10:23
31:25   96:5

**gestures** [1]   6:16

**ghost** [1]   73:10

Index Page 5

RYAN GILE     CondenseIt™     Gile - L-E

**Gile** [17] 1:12   2:1
3:17   3:22   4:2
4:8   4:10   4:14
4:17   21:19   27:10
40:17   53:3   78:3
87:19   88:2   100:12
**Giles** [1]     87:13
**given** [3]     45:3
45:3   49:12
**glad** [2] 41:17   84:22
**goals** [1] 105:11
**goes** [5] 13:13   24:18
47:19   79:23   83:18
**gone** [2] 44:23   52:3
**good** [4] 12:13   23:12
35:16   92:11
**govern** [1]     7:5
**governing** [1] 16:13
**government** [1] 63:3
**governs** [1]     46:18
**grab** [1] 56:15
**graduate** [1]     7:22
**graduated** [1]     7:20
**Grand** [1]     2:17
**granted** [3]     59:25
60:4   60:17
**granting** [7]     66:25
67:23   68:4   68:19
79:16   80:13   103:21
**great** [2] 18:23   98:23
**gross** [2] 50:18   89:14
**grossing** [1]     50:4
**ground** [5]     5:5
6:12   55:5   55:6
64:4
**group** [2]     13:18
25:22
**grow** [1] 7:24
**growth** [2]     68:10
68:21
**guess** [5]     8:17
29:19   30:17   46:12
52:3
**guessing** [1]     20:18
**Gunia** [4]     3:22
96:7   96:12   96:17
**half** [1] 56:22
**half-Austrian** [1]
93:4
**half-German** [1]
93:4
**hand** [2] 25:3   41:18
**handed** [2]     35:20
53:4
**handing** [4]     27:10
41:19   78:3   87:19
**handwrote** [1]     55:14
**hangs** [1]     22:5
**happening** [2]     84:11
84:17
**happy** [1]     5:19
**hard** [2] 4:17   87:14
**hat** [1]     22:5
**head** [5] 6:15     14:21

**headquartered** [2]
10:23   12:16
**headquarters** [1]
10:17
**hear** [1] 81:25
**hearing** [1]     105:16
**heaters** [4]     55:5
55:6   98:11   98:13
**held** [1] 18:1
**Hello** [1]     97:16
**help** [5] 41:10   92:9
92:24   93:1   93:25
**helpful** [1]     6:16
**helping** [1]     92:17
**hereafter** [1]     57:16
**hereby** [1]     68:21
107:7
**herein** [1]     4:2
**herself** [1]     69:2
**hesitating** [1]     4:17
**high** [4] 7:20   7:22
7:23   8:1
**higher** [1]     50:12
**hill** [1] 98:23
**hire** [2] 10:13   10:16
**hired** [1] 18:10
**historical** [1]     29:10
**history** [7]     9:19
9:21   23:10   34:9
37:5   58:14   76:12
**hold** [3] 17:22   17:24
20:15
**holding** [6]     12:17
12:18   17:3   17:4
17:11   77:20
**home** [1]     31:24
**honcho** [1]     92:15
**horribly** [1]     98:23
**house** [3]     6:17
7:1   30:21
**HR** [2] 22:12   22:13
**HUGHES** [1]     2:22
**hurry** [1]     7:3
**hurt** [1] 30:5
**Huston** [1]     22:24
**hypothetical** [1]
85:11
**i.e** [1]     38:13
**idea** [10] 10:22   48:2
52:11   52:23   62:21
62:24   62:25   76:16
90:11   91:11
**identical** [1]     78:9
**identification** [1]
27:8   35:18   53:1
78:1   87:17   96:25
**identified** [15]     18:8
24:8   36:9   37:22
39:13   52:8   52:16
52:18   65:17   73:7
73:8   74:3   74:8
88:20   97:7
**identify** [1]     72:8

**IFE** [4] 79:19   80:13
80:14   85:22
**IFEC** [7]     3:21
34:13   34:16   34:20
42:7   42:24   63:9
**IFT** [4] 24:24   41:2
57:14   67:1   70:20
73:15   73:17   74:5
**IFTC** [1]     99:23
**IFTE** [2] 68:4   68:19
**imagine** [2]     67:14
67:16
**immediately** [1]
70:19
**implication** [1] 104:17
**implies** [2]     104:16
104:21
**important** [7]     5:25
6:1   6:13   6:18
30:11   57:8   67:15
**improper** [1]     28:25
**improvement** [1]
55:22
**improvements** [3]
55:23   69:22   69:23
**Inc** [2]   10:22   55:5
**Inc.** [1]   55:6
**incentive** [2]     62:2
62:7
**included** [1]     60:7
**including** [2]     9:8
70:25
**inclusive** [1]     76:20
**indeed** [1]     36:16
**INDEX** [1]     3:6
**Indiana** [2]     62:14
62:20
**indicated** [2]     21:19
43:19
**indirectly** [1]   107:15
**individual** [1]   89:21
**induce** [1]     57:11
**inducement** [1] 64:7
64:13
**industrial** [22]     3:19
16:21   23:4   23:18
26:24   34:12   53:11
57:13   58:22   60:22
61:12   62:8   63:12
63:24   66:25   68:4
73:14   76:13   79:16
79:19   90:21   103:21
**industry** [1]   98:12
**inefficiency** [1]
51:23
**information** [30]
5:7   7:17   15:13
19:19   19:20   21:16
24:10   25:6   40:2
41:8   41:13   42:11
42:16   44:19   45:6
47:9   55:4   55:12
61:1   61:3   69:8
69:11   69:12   69:18
70:11   70:23   71:4
71:8   93:13   93:15

**initial** [6]     10:25
24:9   25:15   37:25
44:10   81:10
**initiate** [1]     30:7
30:8
**initiated** [2]     33:2
33:2
**input** [1] 95:14
**inquiring** [1]     19:3
**inside** [1]     31:14
**instance** [1]     2:2
**instead** [1]     4:17
**institution** [2]     8:9
8:21
**insurance** [1]     5:1
**integral** [1]     69:8
**intended** [1]     77:12
**intends** [2]     69:10
69:14
**interest** [3]     9:7
91:18   91:22
**interested** [3]   88:21
91:8   107:15
**internally** [1]   31:8
**interrogatories** [2]
41:9   41:13
**introducing** [1] 93:19
**invested** [1]     75:1
**investment** [11] 30:3
30:18   56:22   56:25
57:12   62:15   68:13
68:20   69:9   69:13
89:1
**investments** [2] 12:21
34:25
**invoice** [25]     3:17
3:18   25:15   28:20
28:24   36:13   36:17
36:23   37:2   37:8
37:16   39:1   39:3
39:4   39:5   39:9
39:18   40:14   40:25
41:1   44:10   46:25
48:8   49:4   49:5
**invoices** [4]     29:8
42:17   43:15   44:1
**involve** [1]     11:19
**involved** [5]     14:12
14:14   16:25   34:6
57:1
**involves** [1]     23:22
**involving** [2]     96:10
96:14
**IRS** [1]   13:13
**issuance** [2]     3:21
23:17   34:19   58:1
58:11   70:20
**issue** [15]     28:7
28:11   29:12   31:3
31:25   33:3   33:4
34:2   34:4   37:9
74:4   99:1   99:10
100:13   103:2
**issued** [3]     16:22
57:13   57:19
**issues** [2]     26:12

61:23
**issuing** [1]     73:17
**item** [5] 53:18   54:7
69:21   80:10   94:2
**items** [2]     41:11
88:20
**itself** [1] 88:18
**January** [3]     38:1
45:15   70:19
jdkoelzer@varnumlaw.com
[1]   2:19
**JEFFREY** [1]   2:15
**jobs** [2] 70:25   71:2
**John** [2] 2:23   4:14
39:23
**judge** [3]     62:18
68:25   87:5
**jump** [2] 6:4   70:2
**K** [3]   1:22   2:5
107:6
**Karafa** [42]     2:23
3:9   3:11   3:13
4:6   4:9   4:13
4:14   16:2   21:10
21:14   21:18   24:7
27:5   27:9   29:20
33:21   35:15   35:19
39:25   40:5   40:12
40:16   43:5   46:17
53:2   54:11   63:3
71:17   78:2   81:24
82:3   87:10   87:18
91:12   97:1   100:5
101:24   102:22   103:5
103:7   105:25
**Karafa's** [1]   101:19
**kept** [1] 88:18
**kind** [3] 31:2   50:1
99:2
**kinds** [1]     6:15
26:11   56:4
**knew** [4]     29:12
95:14   98:20   99:8
**knowing** [1]     91:22
**knowledge** [24] 24:14
24:19   24:21   24:25
26:11   59:19   76:10
76:18
**knows** [3]     91:25
92:6   92:15
**Koelzer** [32]     2:15
3:10   7:6   15:24
21:14   24:58   26:25
29:17   33:18   35:13
39:23   40:11   40:6
41:19   42:20   46:16
52:21   54:10   67:11
71:13   81:22   91:10
100:3   100:7   100:10
102:2   102:12   102:15
102:24   103:4   104:6
106:1
**Koesler** [1]     31:5
**Kratz** [1]     72:8
KRose@gravislaw.com
[1]   3:2
**L-E** [1] 21:20

RYAN GILE                CondenseIt™                L-E-Z-L-E-I-G-H - names

**L-E-Z-L-E-I-G-H** [1]
96:12

**lack** [1] 42:16

**lacks** [1] 42:11

**language** [3]     36:7
85:2   85:13

**large** [1] 12:1

**last** [7]   12:5   12:23
18:17   21:1   25:3
32:23   93:13

**lastly** [1]         59:24

**late** [2]   40:14   41:4

**latest** [1]         40:13

**law** [4]   4:23   58:21
58:21   59:1

**Lawrence** [1]   17:18

**Leader** [1]         55:15

**leading** [2]        38:15
102:13

**learn** [1] 5:6

**learning** [1]       29:16

**least** [13]         19:5
19:14   19:16   34:6
36:8   49:8   52:16
61:13   61:23   66:7
77:17   92:10   99:17

**leave** [2] 18:10   18:13

**Leboys** [1]         21:20

**led** [1]   29:22

**ledger** [2]         11:15
11:17

**left** [6]   18:5   24:3
25:13   94:10   99:18
99:19

**legal** [4] 12:4   12:6
12:11   71:14

**legislation** [2]    15:21
16:13

**Leslie** [1]         96:7

**less** [2]   62:14   89:14

**letter** [27]        3:17
3:18   27:14   27:15
27:23   28:15   28:15
28:16   28:23   29:23
37:1   37:14   39:2
39:2   39:8   39:17
40:1   40:3   40:8
40:18   40:18   40:23
44:8   44:10   48:4
48:7   70:18

**letterhead** [1]    70:5

**letters** [3]        75:14
80:23   101:6

**letting** [1]        93:25

**level** [2] 14:18   43:2

**Lezleigh** [3]       96:11
96:17   97:16

lezleigh.gusla@wackzraeuson.com [1]
96:13

**liability** [1]      1:5

**lie** [1]   7:7

**light** [4] 14:10    92:11
98:11   98:14

**Lightning** [1]      12:21

**limited** [1]        1:4

**line** [12]  50:3   50:5
54:25   64:25   65:1
65:13   94:23   95:17
100:16   100:22   101:15
103:15

**lines** [6] 5:3   6:12
11:22   11:23   11:24
77:5

**list** [1]   30:10

**listed** [1]         24:10

**listening** [1]      84:23

**lists** [2] 70:7   70:21

**live** [2]   9:13   30:4

**lived** [2] 9:15   9:17

**lives** [1] 53:25

**LLC** [16]           1:4
1:16   2:7   12:19
12:20   17:6   17:7
51:14   79:11   79:14
82:17   82:18   86:9
101:1   101:5   102:6

**LLP** [1]   2:14

**lo** [1]   70:6

**loaders** [1]        14:11

**local** [7] 58:24    75:23
82:12   83:17   86:14
86:19   87:5

**locales** [1]        61:25

**locate** [1]         64:8

**located** [1]        17:15

**location** [12]      22:15
51:17   52:8   55:9
61:9   62:11   63:4
65:9   89:11   89:12
89:21   100:20

**locations** [1]      14:7

**Logistics** [2]      12:22
12:24

**longer** [1]         17:20

**look** [41] 25:2     25:13
28:20   29:2   34:8
40:24   41:1   43:2
44:5   44:9   45:14
48:4   53:6   53:10
56:1   56:4   58:19
60:20   60:21   61:14
64:21   66:2   66:2
66:3   69:1   69:2
69:16   70:2   72:1
73:5   73:12   73:13
73:16   73:18   80:18
80:21   81:2   84:19
93:16   98:5   104:25

**looked** [1]         42:23

**looking** [17]       24:1
25:11   45:13   48:3
54:15   56:1   56:15
60:1   75:21   76:11
81:15   85:7   86:2
86:3   95:3   100:1
103:8

**looks** [1]          49:25
54:16   54:16   54:19
65:24   90:24   93:19

**lose** [2]   60:8   60:14

**losing** [2]         51:20
89:16

**loss** [4]   51:23   88:25
89:14   89:19

**lots** [1]   86:13

**low** [1]   10:10

**Lump** [1]           88:9

**Lybrand** [1]        9:22

**M** [1]   2:23

**machinery** [2]      55:23
69:24

**Madison** [1]        8:10

**Magnitech** [1]      9:24

**mailing** [1]        19:20

**maintenance** [1]
105:10

**majority** [3]       91:24
92:12   93:5

**makes** [1]          14:6
14:8   56:17   63:1
98:23

**manager** [7]        10:14
11:1   11:12   18:9
26:6   26:15   75:6

**manufacture** [1]
14:3

**manufacturing** [3]
49:16   55:16   57:2

**mark** [10]          22:22
27:15   27:23   37:1
38:13   79:17   79:18
95:4   96:10   97:16

**marked** [13]        27:7
35:17   36:23   37:9
37:23   37:24   39:16
52:25   77:25   87:16
87:19   96:24   97:2

**Marketing** [1]      55:16

**Marquette** [1]      8:22

**married** [1]        9:1

**master's** [1]       9:1

**matches** [1]        70:11

**mathodology** [1]
25:23

**Matt** [6] 25:25     26:1
26:2   31:15   32:20
35:10

**Matt's** [1]         48:9

**matter** [3]         21:5
27:19   58:20

**Max** [1]   26:1

**may** [21] 6:2   6:3
7:10   14:16   24:10
24:19   44:6   52:21
57:19   67:9   67:9
68:15   70:5   71:18
76:7   82:24   83:24
94:3   94:15   97:3
105:10

**mayor** [1]          66:12

**MBA** [2]            8:20
9:8

**mean** [8] 47:17     63:10
74:13   75:13   84:4
88:15   89:6   97:19

**meaning** [3]        58:4
86:13   102:10

**meaningless** [1]
86:12

**means** [5]          23:11
41:23   69:2   89:6
97:21

**meant** [1]          26:19

**medical** [1]        20:1

**Medium** [1]         55:15

**meet** [1] 22:8

**meeting** [1]        97:17

**Menominee** [1] 2:8

**Menomonee** [6] 1:17
6:22   16:8   17:16
22:2   65:9

**mentioned** [3]      32:4
33:8   53:24

**mentioning** [1] 51:5

**merely** [5]         6:14
43:13   45:1   45:10
47:16

**merged** [4]         12:5
12:7   12:23   13:1

**met** [1] 97:13

**Mexico** [5]         50:11
50:13   50:24   51:5
52:3

**Meyers** [25]        22:22
23:2   27:16   28:11
28:19   29:6   29:15
29:22   30:7   30:22
32:22   34:1   34:8
35:7   37:1   38:14
40:19   42:10   48:4
56:3   75:13   95:4
95:11   96:1   96:10

**Meyers'** [10]       27:23
37:14   38:13   39:2
39:4   39:8   39:17
40:23   44:8   44:9

**Michigan** [27]      1:1
1:8   2:17   2:25
3:21   9:13   9:15
13:14   13:14   13:16
13:18   13:20   14:13
16:13   35:23   46:20
49:14   57:6   57:8
58:21   61:23   63:14
64:9   70:4   95:21
96:11   96:21

**Middleton** [1]      7:23

**might** [4]          10:14
27:6   62:19   94:11

**Mike** [3] 22:24     23:1
97:17

**miles** [1]          62:13

**mill** [4] 45:24     46:6
47:11   50:12

**million** [4]        46:24
56:22   75:1   75:15

**millions** [2]       50:4
50:25

**mills** [2] 45:17    45:20

**Milwaukee** [1] 21:25

**mind** [4] 18:21     25:14
30:10   74:13

**mind's** [1]         89:13

**mine** [1] 95:3

**mini** [1] 21:23

**minutes** [3]        32:12
33:1   90:25

**mischaracterizes** [1]
100:4

**missed** [1]         93:3

**missing** [1]        44:17

**misstatement** [1]
64:17

**mistaken** [1]       79:3

**mistakes** [1]       46:21

**mobile** [1]         93:15

**moment** [4]         25:12
33:9   53:6   66:9

**moments** [1]        53:4

**Monday** [1]         88:1

**money** [16] 29:25
50:7   51:8   51:10
51:11   51:12   51:18
51:20   64:12   89:16

**monies** [1]         75:2

**month** [6]          18:19
18:25   19:14   21:3
38:14   95:7

**months** [5]         18:17
37:18   42:15   49:4
93:18

**most** [1] 39:9

**mother** [1]         89:24

**Mount** [2]          55:8
61:9

**move** [3]           62:13
62:17   94:24

**moved** [3]          14:1
81:19   96:3

**moves** [2]          104:23
104:24

**moving** [2]         89:3
95:21

**Ms** [12]   3:18   3:22
3:22   22:17   27:20
28:16   28:23   31:8
31:11   31:22   97:8
97:16

**multi-page** [4]     27:12
27:13   27:18   35:23

**Municipal** [1]      1:8

**municipalities** [1]
64:8

**municipality** [3]
64:10   64:14   64:14

**Muskegon** [2]       2:25
97:6

**must** [1] 61:4

**mutually** [1]       64:11

**mystery** [1]        46:14

**N** [1]   65:7

**N.W** [1] 2:16

**N92** [2]   1:17   2:7

**name** [1]           4:7
4:14   4:17   54:9
54:23   54:24   61:3
65:6   87:13   93:14
96:8

**names** [1]          82:23

Nancy [1] 65:7
nature [3] 24:3
   55:12   55:13
nearly [2] 94:7
   94:19
necessarily [7] 18:25
   41:16   58:17   67:12
   72:5   72:7   72:20
necessary [1] 42:16
need [4] 7:4   7:8
   47:9   84:13
needed [3] 15:7
   15:13   29:24
needs [2] 7:7
   7:8
Neff [2] 68:25   87:5
Nelund [1] 22:20
Neuson [126] 1:4
   1:16   2:7   5:7
   10:2   10:8   10:8
   10:9   10:11   10:18
   12:2   12:10   12:17
   12:17   12:18   12:19
   12:19   12:20   12:22
   12:24   13:3   13:14
   13:20   14:6   14:13
   16:7   16:16   16:23
   17:1   17:3   17:4
   17:6   17:7   17:14
   17:20   22:9   22:13
   23:4   23:7   23:16
   23:23   23:25   24:2
   25:5   25:13   25:20
   26:19   29:7   29:11
   31:14   32:8   32:9
   33:15   34:3   35:22
   36:6   36:10   36:11
   36:15   38:21   41:9
   42:4   42:6   42:11
   42:16   43:23   44:18
   44:18   45:3   47:24
   49:20   49:22   50:4
   50:6   50:14   50:16
   50:20   51:2   51:13
   51:14   52:1   52:2
   52:8   52:19   53:9
   55:18   56:5   56:21
   57:17   58:2   58:13
   59:6   60:1   60:4
   61:5   61:6   76:9
   79:10   79:14   80:2
   82:6   82:16   82:18
   82:24   83:5   83:9
   83:16   83:19   83:23
   84:14   86:9   86:17
   89:16   96:18   97:22
   99:3   99:10   99:12
   99:21   100:19   101:1
   101:5   101:20   102:5
   103:8   104:8
Neuson's [15] 24:8
   36:4   36:21   37:13
   37:25   38:5   39:20
   41:20   45:13   49:13
   55:9   59:8   59:18
   85:4   99:3
never [4] 42:23
   43:11   100:2   104:23
new [8] 11:22   11:22
   48:20   81:3   81:19
   83:2   90:8   90:15

next [10] 24:18   24:23
   40:6   56:16   67:20
   67:21   78:13   79:17
   79:18   92:11
nice [1] 92:2
nine [1] 31:20
No. [1] 1:7
nobody [3] 15:6
   51:4   62:22
nods [1] 6:15
non-profitable [1]
   94:24
nonetheless [1] 54:19
Nope [2] 7:16   18:4
normally [1] 43:7
north [8] 11:7   11:16
   12:3   12:4   26:14
   95:14   98:13   98:18
northern [1] 98:15
Norton [98] 1:8
   3:21   4:15   13:15
   13:21   14:14   14:18
   14:21   14:22   15:2
   15:4   15:9   15:15
   15:18   16:16   16:17
   17:1   22:20   23:6
   23:16   24:1   24:16
   25:4   25:6   28:7
   29:7   29:11   30:4
   33:15   35:3   36:17
   41:20   42:18   43:1
   45:3   45:9   46:14
   46:23   47:18   49:14
   49:17   49:19   50:9
   50:12   50:23   50:25
   51:3   51:7   51:9
   51:10   52:6   52:9
   52:17   55:10   57:9
   61:10   61:17   62:22
   64:23   66:12   66:24
   68:11   71:23   72:14
   72:19   72:22   73:6
   73:23   74:18   74:25
   75:11   75:19   76:19
   77:6   77:13   78:7
   78:11   78:15   78:19
   79:15   80:13   84:14
   86:17   88:6   89:3
   89:9   89:23   89:24
   94:24   95:5   96:21
   97:22   98:6   98:11
   98:17   98:19   99:14
   103:20
Nos [1] 27:7   52:25
   53:6
Notary [3] 2:6
   107:6   107:22
note [1] 95:3
notes [2] 57:6   107:9
nothing [5] 7:11
   63:2   98:20   105:25
   106:1
notice [2] 2:5
   4:10
November [31] 1:13
   2:9   3:17   27:14
   29:22   34:6   37:15
   39:5   39:18   40:1
   40:3   40:8   40:18

   44:8   44:14   48:5
   55:2   65:19   66:9
   66:12   66:18   73:15
   73:20   73:21   74:16
   76:14   79:1   81:12
   86:21   87:3   104:1
now [43] 4:16   6:23
   12:5   12:7   13:14
   14:12   16:13   18:15
   24:8   24:13   31:13
   32:21   35:10   35:16
   35:20   37:22   38:25
   39:13   41:7   42:4
   47:10   48:25   55:2
   56:1   56:9   56:13
   58:1   58:10   58:19
   64:3   65:10   67:5
   69:3   75:8   78:21
   79:2   80:10   86:20
   90:24   96:9   98:1
   103:15   105:20
number [29] 19:20
   34:24   34:25   40:25
   41:1   41:16   41:22
   41:24   45:11   55:21
   56:9   56:10   57:15
   69:6   69:21   70:25
   71:2   73:9   75:21
   75:22   77:13   81:3
   81:13   81:13   81:15
   83:2   93:15   97:13
   97:19
numbered [1] 87:23
numbers [1] 45:12
numeral [2] 56:11
   64:23
numerous [1] 45:4
O'Toole [8] 17:18
   18:10   18:18   19:1
   19:4   19:15   20:22
   21:4
oath [4] 4:3   4:25
   5:1   5:23
object [17] 15:24
   24:5   26:25   29:17
   33:18   35:13   42:20
   46:16   52:21   67:11
   71:13   81:22   91:10
   99:13   100:3   101:24
   102:12
objection [2] 54:10
   102:22
objective [3] 52:13
   52:15   92:22
obvious [2] 72:17
   74:15
obviously [2] 26:22
   93:18
occasions [1] 45:4
occupied [1] 96:17
October [8] 88:1
   88:5   90:24   91:14
   93:18   96:10   96:19
   97:11
odd [2] 38:15   49:3
off [13] 21:18   21:9
   21:13   43:9   46:24
   52:24   53:5   53:7
   56:18   66:21   66:22

   79:5   87:9
offensive [1] 26:8
offer [1] 92:8
office [4] 31:24
   38:14   90:9   90:16
officer [10] 11:6
   20:14   20:16   53:19
   54:9   65:17   65:21
   75:9   97:25   98:2
offices [1] 38:13
oil [1] 98:12
old [1] 7:18
once [2] 43:17   46:1
one [47] 4:15   5:17
   6:1   6:10   6:13
   6:14   6:17   6:19
   12:5   12:7   14:1
   18:8   20:15   28:11
   28:21   28:22   28:22
   29:1   31:11   32:18
   39:11   39:23   41:18
   54:17   63:4   63:13
   67:6   67:7   67:8
   67:25   69:4   71:23
   75:15   78:8   78:10
   81:2   81:13   85:23
   86:3   86:3   92:15
   93:8   94:2   95:20
   100:13   102:19   105:1
   105:21
ones [2] 36:9   51:23
ongoing [1] 42:14
opened [2] 41:21
   74:24
operated [3] 52:13
   55:10   76:19
operating [6] 11:6
   11:15   17:5   75:9
   82:10   98:2
operation [10] 14:18
   24:1   24:12   24:15
   24:16   50:20   52:20
   60:9   60:15   77:5
operations [5] 14:13
   75:10   76:1   94:25
   94:25
operator [1] 61:4
opinion [2] 59:22
   59:23
opportunities [2]
   15:22   16:3
option [1] 78:18
   99:4
options [1] 79:17
original [3] 3:13
   3:23   3:23
otherwise [2] 63:12
   85:9
outcome [1] 46:12
outlines [2] 69:9
   69:13
outlining [1] 31:3
outside [1] 14:2
   45:6
overall [3] 45:12
   51:19   89:18
oversimplifying [1]
   99:14

owe [1] 28:4
owed [2] 25:20   29:25
owes [4] 23:23   29:7
   75:15   99:23
own [2] 12:14   63:1
owned [2] 92:5
   97:12
owner [3] 48:20
   92:1   92:15
owners [1] 95:14
p.m [4] 2:10   88:2
   91:15   106:2
page [41] 3:8
   3:16   27:13   29:3
   35:25   36:1   36:2
   37:6   39:1   39:17
   39:17   40:12   40:18
   41:21   44:7   44:9
   53:17   55:3   55:13
   56:16   56:16   56:17
   60:21   61:2   65:5
   66:2   66:16   66:20
   66:20   69:17   69:18
   78:22   78:23   93:14
   93:16   104:25   105:1
   105:21
pages [16] 35:24
   36:16   40:6   40:50
   87:24   107:8
paid [9] 26:16   26:20
   26:23   42:6   43:24
   51:9   76:3   81:6
   99:21
paper [5] 6:18
   47:21   49:1   49:2
   49:25
paragraph [74] 36:1
   36:7   36:12   37:6
   56:17   56:19   56:19
   56:25   57:6   57:11
   57:19   58:1   58:8
   58:19   58:19   59:4
   59:15   59:24   60:6
   60:12   66:22   67:20
   67:21   67:22   68:17
   69:7   70:7   70:16
   70:17   72:25   76:4
   78:21   79:13   80:16
   80:18   80:18   80:19
   81:3   81:3   81:11
   81:9   81:11   81:11
   81:15   81:17   82:19
   83:1   83:6   83:8
   83:16   84:11   84:12
   84:22   84:23   85:2
   85:7   85:8   85:8
   85:13   85:13   85:20
   86:4   86:12   86:16
   86:25   94:2   100:18
   101:23   103:15   104:3
   104:3   105:1   105:17
   105:21
paragraphs [2] 36:5
   69:7
parallel [1] 20:15
paraphrase [2] 99:3
   99:12
Pardon [2] 72:6
   85:18

**paren** [9] 57:13
57:14 57:15 57:16
58:3 61:3 61:5
67:1 67:1
**parent** [1] 95:13
**parenthetical** [1]
103:9
**parenthetically** [1]
65:1
**part** [31] 5:15 12:10
15:11 23:23 32:7
32:10 39:4 40:1
40:3 40:10 45:15
48:24 56:13 58:1
58:11 58:14 60:11
60:12 60:12 61:18
64:7 69:8 69:12
70:6 71:7 72:3
73:2 73:23 81:25
101:19 102:3
**participate** [2] 80:10
80:14
**participated** [2] 63:9
63:22
**particular** [5] 18:22
26:11 41:14 63:4
102:9
**parties** [4] 71:21
71:23 72:18 107:13
**partly** [1] 34:23
99:24
**partners** [1] 31:6
**Parts** [1] 76:22
**party** [10] 45:7
72:3 72:8 72:12
72:13 72:22 72:25
73:1 73:2 73:10
**past** [6] 16:10 16:10
30:1 36:4 94:7
94:19
**patient** [1] 6:6
**pay** [6] 50:7 50:24
62:10 62:16 76:2
92:24
**paying** [3] 48:21
48:22 92:25
**payment** [1] 88:9
**payments** [1] 3:18
**pen** [1] 49:1
**people** [6] 48:19
48:20 64:16 82:23
96:15 97:13
**percent** [6] 40:14
43:8 43:9 43:10
96:4 96:4
**perform** [2] 15:8
17:2
**perhaps** [6] 20:6
29:14 31:5 39:13
78:10 93:24
**period** [10] 7:12
75:23 82:1 82:1
83:6 83:18 83:20
83:23 83:24 86:15
**permits** [1] 64:9
**permitted** [2] 4:11
26:23

**person** [7] 22:13
24:9 31:11 34:3
54:17 75:18 87:12
**personal** [1] 57:3
70:8 71:1 75:2
76:10 81:6 88:17
**perspective** [4] 31:3
33:10 34:23 38:18
**pertaining** [1] 27:18
**phone** [4] 19:20
30:23 32:22 34:7
**phrase** [2] 5:16
83:20
**physically** [1] 14:24
**piece** [1] 33:6
**placard** [1] 14:2
**place** [5] 52:3 52:19
59:2 60:2 95:1
**Plaintiff** [2] 1:6
2:20
**Plaintiff's** [1] 24:12
**plan** [1] 46:9
**planning** [1] 56:6
**plant** [5] 13:14 13:15
16:16 95:17 95:18
**play** [1] 92:21
**playing** [2] 15:17
97:20
**pleadings** [3] 74:4
99:4 99:11
**PLLC** [1] 2:22
**plus** [2] 30:3 30:3
**point** [10] 7:4
10:10 23:12 34:17
35:16 39:23 72:24
79:2 81:14 95:4
**pointed** [2] 100:25
101:11
**points** [4] 29:13
29:14 30:11 52:1
**policy** [1] 5:2
**political** [1] 58:24
**portions** [1] 50:8
**position** [12] 10:13
10:25 17:22 17:24
18:7 22:11 47:4
69:1 75:8 87:6
96:17 99:3
**positive** [2] 51:21
51:22
**possibility** [1] 56:21
**possible** [3] 52:4
92:2 92:8
**possibly** [1] 102:10
**preamble** [2] 73:7
78:21
**predate** [1] 53:9
**predated** [1] 56:2
**predates** [1] 74:14
**predictable** [1] 6:3
**preparation** [2] 32:6
39:8
**prepare** [3] 17:7
32:13 62:7

**prepared** [3] 13:5
13:8 31:2
**prepares** [1] 32:16
**presence** [5] 13:20
17:16 49:13 59:7
59:17
**present** [1] 14:25
**president** [8] 10:15
11:1 11:23 17:23
18:9 65:14 75:7
93:21
**presume** [2] 65:8
66:8
**presumes** [1] 67:7
**presuming** [1] 68:2
**pretty** [1] 47:1
74:15
**previously** [1] 12:22
18:1 18:8
**primarily** [1] 98:11
**principal** [2] 25:11
41:4
**privilege** [1] 43:24
**privileges** [2] 16:7
16:18
**probe** [1] 8:19
**procedural** [1] 34:9
37:5
**Procedure** [1] 2:4
**procedures** [1] 23:17
**proceed** [2] 7:15
38:1
**proceeding** [2] 4:25
7:5
**proceedings** [3] 4:1
5:24 106:2
**process** [2] 24:25
25:18 47:17 61:22
63:10 64:6
**produced** [1] 98:10
**product** [2] 95:17
96:3
**production** [23] 1:4
1:16 12:20 17:7
79:14 80:2 82:6
82:16 82:18 86:9
86:18 89:5 89:7
89:16 94:23 95:21
96:20 98:7 98:10
98:18 101:1 101:5
102:5
**products** [2] 98:10
98:19
**Professional** [1]
2:5
**profit** [7] 12:14
51:14 51:22 52:14
89:12 89:13 89:19
**program** [10] 8:19
90:7 91:3 91:6
91:9 91:23 92:20
93:7 94:11 94:16
**prohibit** [1] 105:10
**project** [2] 57:7
105:6
**projects** [1] 71:3

**promoted** [1] 11:6
**pronounced** [1] 41:16
**proper** [2] 11:21
11:21
**property** [23] 24:12
24:15 24:20 26:12
46:7 48:21 48:22
50:7 50:8 57:3
60:9 70:8 70:8
71:1 75:1 75:2
81:6 88:13 88:17
88:24 91:19 91:19
94:3
**propose** [5] 58:19
78:4 78:8 80:19
97:21
**proposed** [4] 27:10
56:25 59:8 59:18
**proposition** [7] 50:3
58:11 60:3 62:2
67:6 72:17 99:11
**prospect** [2] 85:3
105:20
**provide** [6] 70:22
70:24 71:8 92:3
93:22 99:20
**provided** [1] 19:19
**provides** [2] 61:23
64:9
**provision** [3] 60:7
60:18 76:6
**provisions** [1] 2:3
**public** [7] 2:6
9:22 67:2 79:20
105:16 107:6 107:22
**pull** [2] 94:23 99:5
**pulled** [1] 95:17
**pulse** [1] 98:3
**purchased** [1] 92:23
**purpose** [5] 8:24
59:4 59:16 59:21
59:22
**purposes** [8] 4:10
4:15 5:6 13:17
34:16 39:7 50:18
103:10
**pursuant** [9] 2:3
2:4 4:10 5:1
23:16 67:1 79:20
99:15 99:15
**pursuing** [1] 9:1
**put** [4] 49:1 67:15
78:12 92:17
**putting** [1] 50:5
54:19
**questioned** [1] 32:2
**questioning** [3] 30:13
100:16 100:23
**questions** [11] 5:8
5:9 5:12 6:2
6:20 7:15 20:6
27:23 69:4 100:8
103:5
**quite** [4] 6:5 47:22
89:23 89:25
**quote** [6] 57:7
57:11 57:14 57:14

58:4 75:22
**quote-unquote** [1]
81:8
**R-E** [1] 78:14
**raised** [2] 99:1
99:10
**ran** [1] 14:21
**Rapids** [1] 2:17
**rate** [3] 45:24 47:11
50:12
**rates** [1] 46:6
**rather** [1] 101:22
**re** [4] 3:17 3:18
64:22 101:4
**reach** [1] 93:22
**reached** [2] 23:19
34:10
**reaching** [2] 19:18
93:23
**read** [15] 41:24 67:2
67:21 67:23 68:2
71:5 76:4 79:20
80:8 82:2 84:12
102:6 105:6 105:11
105:17
**reading** [1] 41:25
**reads** [1] 36:3
**real** [5] 15:12 70:7
71:1 75:1 81:5
88:13
**realize** [1] 4:16
**realized** [2] 21:11
36:10
**really** [5] 39:4
59:12 90:20 93:12
98:14
**reason** [16] 5:15
7:9 18:22 48:11
48:12 48:25 49:7
49:8 58:10 59:11
74:20 76:12 77:18
77:23 81:1 89:3
**reasons** [2] 52:18
97:23
**rebate** [1] 42:24
**recalculate** [1] 27:2
**recalculated** [6]
25:22 42:22 43:1
43:10 43:13 43:18
**recapture** [6] 25:5
25:7 27:4 60:10
60:15 105:15
**recapturing** [1] 105:20
**receive** [5] 43:8
47:24 59:7 59:13
59:17
**received** [6] 8:14
26:17 49:20 49:22
59:13 75:17
**receiving** [2] 20:1
34:7
**recent** [3] 27:24
39:9 44:6
**reclaim** [1] 29:24
**recognition** [2] 68:8
68:19

**RYAN GILE**  CondenseIt™  **recognize – Shores**

recognize [6]        53:8
53:12    54:4    54:12
71:10    74:2
recollection [2] 19:8
79:2
record [10]          6:11
21:9     21:13   39:7
39:15    39:24   52:24
53:5     82:2    87:9
records [4]          26:16
26:19    26:22   32:16
recoupment [1] 99:20
recovering [1]  105:20
reduce [2]           62:10
81:7
reduced [2]          44:10
62:16
reduces [1]          75:25
reduction [4]        37:17
38:15    38:16  105:14
refer [3] 34:13    100:11
104:14
reference [26]       34:24
36:12    36:13   56:17
61:14    64:25   72:2
72:8     72:11   72:13
72:22    80:12   82:24
84:7     84:10   84:11
84:13    84:16   84:24
85:11    86:11   95:11
96:3    103:10  103:11
104:3
referenced [8]       28:23
69:6     72:25   80:11
82:19    84:25  103:24
105:21
references [7]       37:15
37:16    54:8    69:21
78:18    80:23   99:11
referencing [2] 39:18
73:17
referred [4]         33:14
89:17    92:20   93:7
referring [10]       20:3
34:9     35:2    35:14
58:6     82:23   83:11
83:13    90:10  101:8
refers [7]           37:7
55:21    57:17   58:5
83:9     84:24   85:3
reflect [3]          32:7
40:24    41:2
reflected [2]        38:19
38:20
reflecting [1]       37:17
reflection [1]       37:14
reflects [1]         32:11
regard [1]           34:3
regarding [5]        24:11
24:11    42:12   44:19
78:17
regardless [1]       50:3
rehashing [1]        29:13
related [3]          25:6
30:22    97:4
relates [1]          38:3
relationship [1] 29:11

relative [5]         16:18
88:25    90:16  107:12
107:14
relevant [1]         95:24
relocates [1]        75:25
reluctantly [1]      50:2
remain [8]           75:22
81:6     82:12   83:12
83:17    86:14   86:18
87:4
remainder [1]        34:20
remained [1]         81:14
remember [5]         23:1
28:5     95:25  100:15
100:22
removal [1]          37:17
repeat [2]           72:15
105:2
repeating [2]        83:21
83:22
rephrase [2]         5:19
29:19
reported [2]         1:22
15:4
reporter [4]         2:6
5:22     7:2     7:7
reporter's [1]       87:22
represent [1]        4:14
representative [1]
28:6
representatives [1]
105:4
representing [1]
34:3
represents [1]   69:12
request [10]         41:9
41:10    41:16   41:21
41:22    41:23   42:5
42:12    42:14   44:19
requested [1]     56:10
requests [2]      41:14
53:18
require [4]          13:12
13:15    13:16   14:24
required [8]         50:7
58:2     58:12   61:18
67:17    71:5    92:24
101:21
requirement [1] 58:20
requires [2]      58:21
59:1
requiring [1]       7:11
residence [1]       22:6
respect [1]         6:12
respective [1]      29:14
respond [1]          6:14
responded [1]      46:23
responding [1]  41:10
response [2]        35:6
42:13    99:23
responses [1]    41:20
responsibilities [2]
11:14   105:5
responsibility [1]
38:7

responsible [1] 33:20
responsive [1]   90:25
rest [2]   7:10    54:17
resubmitted [1] 49:5
resulted [1]        23:17
retained [1]        70:25
retention [2]       96:9
96:14
retired [5]         19:25
20:1     20:2    20:12
20:22
revenue [1]         89:14
review [9]          34:9
42:16    46:3    46:5
56:2     58:14   59:19
74:4     81:1
reviewed [1]        23:10
reviewing [4]       11:20
11:22    11:22   62:18
revised [1]         3:17
28:20    37:8    37:16
39:18    41:3    42:9
46:25    48:5    48:8
49:3
revocation [1]  105:14
revoke [1]          81:8
right [113]          5:12
12:6     16:18   17:14
17:18    23:8    25:16
26:20    28:17   30:14
31:16    31:22   33:1
33:17    33:22   33:24
35:4     37:5    37:22
39:3     39:13   39:20
39:21    40:5    44:12
45:5     46:4    46:13
46:14    46:15   46:23
46:25    47:8    47:10
48:3     48:15   50:22
51:11    51:14   52:12
52:14    54:2    54:20
55:16    56:9    56:11
56:25    57:24   59:8
60:23    61:7    61:19
61:25    64:3    64:11
65:1     65:10   65:10
66:6     66:9    66:18
67:5     67:8    67:10
68:1     68:6    68:12
69:3     69:14   70:12
70:15    71:8    71:12
71:12    71:19   71:21
73:7     74:6    74:9
74:11    74:17   74:23
75:19    75:20   77:11
77:21    78:13   80:1
80:2     80:6    81:7
82:14    83:13   83:19
85:17    86:2    87:8
89:19    91:20   94:4
94:8     94:12   94:16
94:21    95:22  103:11
103:17  103:22  104:11
104:20  105:3  105:16
105:24
risk [1]   99:14
Road [2] 55:8       61:10
Rockwell [1]        9:23
Rod [1]   12:21

role [2]   15:17    96:20
roles [1] 14:22
rollers [1]         14:11
14:11
room [1] 7:10
roughly [4]         20:18
32:23    50:16   52:17
rule [1]   6:12
rules [4] 2:4       4:11
5:5      7:5
run [1]   16:25
Ryan [6] 1:12      2:1
4:2      4:8     4:9
88:2
S-N-Y-D-E-R [1]
26:3
S.E [3]  10:18   10:21
12:2
S.E. [1]  10:19
sale [5]  24:20    88:8
88:11    88:25   97:11
sales [7] 12:19    12:20
12:23    13:3    17:6
17:14    55:16
SAP [1]  15:10
save [6]  51:7      51:8
62:3     62:15   64:12
77:2
saved [8]           23:25
50:6     50:21   51:1
76:23    77:3    94:7
94:19
saving [1]          51:7
savings [8]         32:8
59:25    60:4    60:10
60:16    60:17   62:16
77:10
says [36] 27:24     53:19
56:20    56:25   57:19
58:1     59:9    59:24
60:16    61:3    68:6
69:7     69:14   69:22
69:23    70:11   70:16
70:18    75:21   75:22
78:13    78:14   79:13
79:18    81:5    86:14
97:16    99:14  100:1
101:5   103:8  103:16
103:19  104:14  104:17
105:2
scheme [1]          64:9
school [4]           7:20
7:22     7:23    8:1
screwed [1]         47:1
second [16]         13:3
29:3     39:1    40:12
53:17    56:17   60:12
61:1     66:2    70:19
78:22    78:23   94:2
104:25  105:1  105:9
seconds [1]         32:24
see [42] 25:2       36:1
36:13    41:23   43:2
43:4     43:11   45:8
45:11    46:22   47:13
53:20    55:24   56:17
56:19    56:23   57:4
57:9     57:17   57:22

58:7     58:8    58:23
63:7     64:4    64:24
65:16    69:18   69:25
70:9     72:2    72:10
72:21    85:10   85:13
93:11    97:15  100:1
101:6   101:15  103:13
103:14
seek [2] 61:18    67:10
seeking [1]         67:8
sell [2]  91:18   91:19
send [2] 29:22   30:25
sense [2]            6:2
6:17     52:19
sent [4]  3:13     25:15
42:17    48:4
sentence [1]        60:11
94:18   105:9  105:13
separate [4]        13:9
13:12    13:12   13:16
September [10]      3:18
27:19    28:17   37:2
39:3     39:10   40:25
95:5     95:6    95:9
served [1]          93:8
set [14]  13:21    41:19
49:14    51:13   52:5
52:6     52:20   57:21
61:16    62:23   63:1
63:4     64:13   74:17
sets [2]  35:6    46:19
setting [1]         45:17
seven [2]           56:22
75:1
several [2]         18:19
78:6
shall [8] 75:22    76:2
82:12    83:12   83:17
86:14    86:18   87:4
share [2] 48:5      48:7
shared [1]          75:18
shareholder [1] 91:25
92:12    93:5
sheet [9] 51:16    55:4
55:12    69:8    69:11
69:12    69:18   70:11
71:4
Sheila [3]           1:22
2:5     107:6
ship [1] 89:24
shop [11]           13:21
49:14    51:13   52:5
52:6     61:16   62:23
63:2     63:4    64:13
74:17
Shores [95]          1:8
3:21     4:15    13:15
13:21    14:14   14:18
14:21    14:22   14:25
15:5     15:9    15:15
15:18    16:17   16:18
17:2     22:20   23:6
23:16    24:1    24:16
25:4     25:6    28:7
29:7     29:12   30:4
33:15    36:3    36:17
42:18    43:1    45:3
45:9     46:23   47:18

49:14   49:17   49:19
50:9   50:12   50:23
50:25   51:3   51:7
51:9   51:10   52:6
52:10   52:17   55:10
57:9   61:10   61:17
62:22   64:23   66:12
66:24   68:12   71:23
72:14   72:19   72:23
73:6   73:23   74:18
74:25   75:11   75:19
76:20   77:6   77:13
78:7   78:11   78:15
78:19   79:16   80:13
84:15   86:17   88:6
89:4   89:9   89:23
89:25   94:25   95:5
96:21   97:22   98:6
98:11   98:17   99:14
103:20

**Shores'** [3]   41:20
46:15   98:19
**short** [2] 21:10   97:3
**Shortly** [1]   18:12
**show** [5] 6:25   41:17
41:18   75:5   85:2
**Showing** [1]   97:2
**shrugged** [1]   50:1
**side** [1] 52:18
**sign** [4] 54:23   68:25
79:9   85:25
**signature** [15]   54:4
54:8   54:13   54:20
54:25   65:13   66:7
66:8   66:11   66:16
66:17   73:19   78:23
78:24   78:25
**signatures** [4] 65:12
66:3   105:2   105:3
**signed** [29]   23:15
33:13   55:3   63:17
65:24   68:2   69:4
73:15   77:12   79:6
79:13   79:25   80:8
80:11   81:3   81:16
82:9   84:4   84:15
85:7   85:24   85:25
86:3   86:11   86:21
87:1   87:3   100:13
104:20
**significant** [1] 94:4
**signing** [4]   54:9
54:22   76:7   79:25
**similar** [1]   36:8
**similarly** [1]   79:24
**simple** [5]   47:1
47:3   89:12   92:8
99:19
**simply** [1]   5:18
30:21   91:1
**single** [2]   39:17
40:18
**single-page** [1] 27:15
**sit** [4]   6:16   7:11
48:3   48:11
**site** [1]   15:18
**sites** [1] 98:13
**sitting** [1]   65:10

**situation** [2]   67:14
67:16
**skid** [1]   14:10
**skilled** [1]   5:25
**slash** [2] 55:5   61:4
**slope** [1]98:20
**smooth** [3]   92:8
92:18   92:22
**Snyder** [15]   25:25
31:15   32:20   38:3
38:13   42:9   43:18
44:2   44:11   44:14
46:3   48:6   48:7
48:25   75:18
**Snyder's** [2]   35:10
38:8
**society** [1]   63:2
**soft** [2]   4:18   87:13
**sold** [4] 43:15   85:5
88:13   88:24
**someone** [1]   26:18
**Sometime** [1]   44:16
**somewhat** [4]   14:16
16:1   36:8   75:12
**somewhere** [11] 9:24
9:24   10:7   20:22
22:3   44:4   49:18
53:25   62:17   81:4
81:9
**sorry** [6] 12:24   40:25
50:17   53:23   81:20
84:22
**sort** [5]   21:6   33:7
50:2   51:24   73:10
**sound** [3]   25:16
36:8   36:8
**sounds** [2]   58:25
90:14
**south** [2]   22:3
62:14
**SOUTHERN** [1]
1:2
**space** [4]   89:7
89:8   90:9   90:16
**speak** [6]   6:10   6:13   6:19
58:10   92:11
**speaking** [4]   28:10
31:5   34:2   68:10
**specific** [2]   18:24
98:19
**specifically** [2] 18:21
100:18
**spell** [1] 10:1
**spend** [1]   78:4
**spoke** [3]   28:13
28:14   31:11
**spot** [1] 85:4
**square** [1]   57:1
**SS** [1]   107:2
**staff** [1] 26:18
**stamped** [1]   87:24
**stand** [1]   10:21
**standpoint** [1] 6:25
**stands** [1]   65:8

**start** [5] 10:6   22:9
43:21   56:18   68:18
**started** [5]   20:19
22:18   23:14   34:24
79:3
**starts** [1]   66:21
66:21   66:22
**state** [29]   2:6
3:21   4:7   5:2
5:5   13:15   13:16
16:4   17:17   17:17
23:19   34:19   41:4
46:19   47:4   50:10
57:8   57:12   61:22
63:14   64:8   70:4
76:11   79:23   85:12
86:8   107:1   107:7
107:23
**statement** [6]   25:19
33:10   55:13   62:12
68:1   94:18
**states** [12]   1:1
13:12   15:13   35:22
36:19   56:10   56:20
57:11   59:4   61:22
68:8   82:11
**static** [1]   102:11
**stating** [1]   68:3
**statute** [1]   46:18
99:15
**statutory** [3]   46:15
58:20   64:9
**stay** [13] 77:13   77:17
81:18   81:20   82:4
82:17   83:2   83:6
83:11   83:20   83:23
100:20   100:21
**staying** [2]   82:8
99:17
**Steinbach** [9]   3:18
22:8   22:17   27:20
28:16   31:8   31:11
31:22   37:1
**Steinbach's** [1] 28:23
**stenographic** [1]
107:9
**step** [1] 47:15
**Stephanie** [2]   22:7
37:1
**sticks** [1]   18:21
**still** [8]   30:1   30:13
31:16   44:23   48:17
48:21   82:10   94:10
**stop** [3]   60:1   60:18
97:19
**straighten** [1]   39:15
**straightforward** [1]
72:17
**Street** [1]   21:6
**strike** [1]   67:20
**structural** [1]   12:9
**structure** [2]   88:8
98:4
**stuff** [3] 25:2   26:7
46:8
**sub** [2]   70:25   71:2
**subject** [3]   21:5

27:19   42:14
**submit** [1]   70:18
**submits** [1]   32:18
**submitted** [10]   32:1
41:8   41:14   41:17
47:12   66:23   79:15
80:12   103:16   103:19
**submitting** [1]   32:20
**substance** [3]   42:12
42:13   78:9
**substantially** [1]
75:25
**substantive** [1] 66:22
**successful** [4]   91:2
91:15   91:23   105:6
**such** [10]
16:3   16:20   29:12
38:14   54:22   64:1
64:16   80:24   107:14
**suggesting** [2]   47:23
76:6
**sum** [1] 88:9
**supervisory** [1] 96:20
**support** [3]   17:10
100:25   101:11
**supporting** [2]   45:4
45:16
**supports** [1]   34:23
**suppose** [2]   62:18
97:20
**surrounding** [2] 19:2
24:20
**sworn** [1]   4:3
5:22
**system** [4]   15:10
15:11   15:21   43:14
**Systems** [1]   24:20
**table** [1] 6:16
**tabs** [1]   36:15
**takes** [3] 83:3   84:8
104:24
**taking** [7]   5:23
8:24   45:1   45:2
84:25   85:4   85:12
**talks** [2] 36:6   92:9
**tanks** [1]   98:14
**tax** [77]   3:18   3:19
8:19   8:19   8:19
9:4   9:8   11:24
13:9   13:10   13:17
15:20   16:3   16:7
16:13   16:18   16:22
17:10   23:19   32:6
32:7   32:8   32:10
32:13   32:16   32:18
34:4   34:19   35:8
36:4   37:18   42:22
43:7   43:16   43:24
45:12   49:22   53:11
56:10   57:12   57:13
58:22   58:23   59:25
60:4   60:10   60:15
60:22   61:13   61:18
61:25   62:10   62:14
63:13   63:25   64:6
64:12   68:5   73:14
74:16   76:24   77:4

81:8   90:7   90:15
90:22   91:3   91:5
91:8   91:23   92:20
92:24   93:7   94:4
99:18   99:22   105:14
**taxes** [34]   13:5
13:8   13:10   17:7
23:25   25:5   25:7
25:9   25:20   26:13
26:14   26:15   26:20
26:23   28:4   32:7
42:5   45:7   47:25
48:21   48:22   50:7
50:21   51:9   62:3
64:13   75:16   76:3
81:6   92:25   96:4
99:21   105:15   105:21
**taxing** [2]   45:17
76:2
**Technology** [2] 9:25
10:3
**tedious** [1]   26:7
**telephone** [1]   27:25
37:15
**telling** [2]   87:5
94:14
**ten** [6]   32:25   33:3
50:19   50:20   94:8
95:2
**tennis** [1]   97:20
**term** [8] 30:3   30:19
71:18   81:7   83:8
101:22   102:17   102:19
**terms** [2]   18:13
89:23
**testified** [3]   4:4
4:22   4:25
**testimony** [1]   56:15
**testy** [1] 63:20
**TGW** [30]   24:20
24:24   30:20   34:12
34:17   34:20   34:24
35:3   35:8   36:12
86:20   86:22   86:25
87:12   88:13   88:20
91:8   91:19   92:1
92:16   92:22   93:22
93:8   93:9   94:3
95:9   95:13   95:15
97:13   102:25
**TGW's** [1]   94:15
**Thank** [3]   11:9
80:23   84:22   92:14
98:3   100:5   103:4
105:25
**themselves** [1] 48:24
**theoretically** [1]
52:4
**therefore** [1]   42:12
**thinking** [2]   12:8
19:7
**third** [12]   45:7
55:3   69:16   69:18
72:3   72:8   72:12
73:2   73:10   93:12
93:16   105:13
**thought** [3]   41:15
64:20   72:16

**thousand** [1]  28:4
**thread** [1]  87:20
**three** [4] 12:15  42:15
53:5  70:21
**through** [9]  27:21
27:22  30:10  37:19
41:7  52:25  56:19
72:1  76:20
**throughout** [2]  101:16
103:11
**Thursday** [1]  97:11
**times** [2]  43:10
84:12
**title** [8]  10:25  11:1
11:10  20:13  20:15
26:5  65:14  65:15
**titles** [2] 11:4  18:8
**today** [8]  5:6
19:10  22:8  48:3
48:11  49:6  50:10
95:13
**Todd** [1] 96:11
**together** [4]  54:19
73:13  92:17  97:13
**Tom** [5] 87:8  87:11
87:21  88:1  90:4
93:17
**too** [6]  13:10  41:14
63:21  84:3  84:4
89:7
**took** [8] 18:5  18:7
28:20  34:24  45:14
47:16  53:3  88:17
**top** [10] 18:25  36:2
53:18  55:4  64:24
78:10  78:13  88:1
90:25  101:4
**total** [6] 29:4  44:25
45:22  47:13  47:15
71:3
**toward** [3]  68:9
68:20  105:5
**towers** [3]  14:10
98:11  98:14
**train** [1] 19:10
**transaction** [2] 92:2
92:4
**transcript** [4]  3:13
3:24  4:1  107:10
**transfer** [5]  24:24
90:4  90:5  102:21
103:1
**transferred** [2] 34:17
102:20
**transition** [2]  92:18
92:22
**translate** [1]  6:18
**transmittal** [1] 39:5
**Treasury** [2]  70:5
73:17
**trench** [1]  14:11
**trial** [1] 4:12
**tribunal** [2]  5:2
5:3
**true** [9]  37:20  49:23
58:17  59:11  62:16

**72:5**  72:7  88:2
107:9
**truly** [1] 64:5
**try** [1]  91:5
**trying** [2]  38:6
52:2
**turn** [4] 56:16  64:3
65:5  78:22
**turning** [2]  89:12
89:13
**twice** [1]  28:14
**two** [19] 12:15  18:8
37:23  37:24  42:15
44:4  45:23  56:16
66:3  71:21  71:23
71:23  72:18  73:7
73:8  85:20  92:4
92:5  94:10
**two-page** [2]  64:23
70:3
**type** [1] 53:15
**typed** [2]  54:23
54:24
**types** [2]  12:9
19:21
**U.S** [2]  13:11  96:4
**under** [10]  2:5
4:11  4:25  5:1
5:22  18:13  26:24
36:2  58:21  101:4
**underneath** [2]  12:18
12:20
**understand** [5] 12:4
23:20  23:22  24:3
55:9  60:19  65:20
69:11  71:15  83:7
99:6  102:4
**understands** [1] 81:5
**understood** [6]  17:18
29:18  79:24  80:6
104:9  105:9
**unfair** [1]  14:16
**unfavorable** [1] 18:13
**unit** [7]  58:25  75:23
82:12  83:17  86:15
86:19  87:5
**United** [2]  1:1
35:22
**units** [2] 45:17  76:2
**University** [4]  8:10
8:14  8:22  8:23
**unprofitability** [1]
95:18
**unquote** [1]  58:4
**up** [30]  7:24  13:21
14:10  21:16  35:6
38:10  41:21  44:11
47:2  47:15  49:2
49:14  51:13  52:5
52:6  52:20  56:18
61:16  62:23  63:2
63:4  64:13  67:22
70:11  74:17  74:24
75:19  77:20  89:8
97:7
**used** [5] 30:19  81:11
98:12  101:16  102:4

**vaguely** [3]  23:3
28:2  28:3
**value** [1]  55:22
69:21
**values** [2]  46:7
47:12
**variance** [1]  71:5
**various** [3]  35:24
45:17  82:23
**VARNUM** [1]  2:14
**vault** [1] 47:21
**vice** [7]  10:14  11:1
11:12  17:23  18:9
75:6  93:21
**virtually** [1]  80:20
**vis-a-vis** [2]  19:7
43:18
**visit** [2] 96:9  96:14
**vs** [1]  1:7
**W** [1]  65:7
**W15000** [1]  1:17
2:7
**Wacker** [208]  1:4
1:16  2:7  5:7
10:2  10:8  10:11
10:18  12:2  12:10
12:16  12:17  12:18
12:19  12:19  12:20
12:22  12:24  13:3
13:14  13:20  14:6
14:12  16:7  16:16
16:23  17:1  17:3
17:4  17:6  17:7
17:14  17:20  22:9
22:13  23:4  23:7
23:15  23:23  23:25
24:2  24:8  25:5
25:13  25:20  26:19
29:7  29:11  31:14
32:8  32:9  33:15
34:3  35:22  36:3
36:6  36:10  36:11
36:14  36:21  37:13
37:25  38:5  38:21
39:19  41:9  41:19
42:4  42:5  42:11
42:16  43:23  44:17
44:18  45:3  45:13
47:23  49:13  49:20
49:22  50:4  50:5
50:14  50:16  50:20
51:2  51:12  51:14
52:1  52:2  52:8
52:19  53:9  55:5
55:7  55:9  55:18
56:5  56:21  57:16
58:2  58:12  59:5
59:7  59:18  59:25
60:4  61:5  61:6
61:12  61:16  62:20
62:22  62:25  63:11
63:18  63:24  64:25
65:8  65:13  66:21
66:23  67:5  68:2
68:3  68:11  68:17
70:4  70:22  71:24
72:14  72:19  72:23
73:5  73:22  74:2
74:3  74:6  74:8
74:15  74:24  75:10

**75:15**  76:7  76:9
76:11  76:12  76:17
76:18  76:23  77:3
77:11  78:7  79:7
79:9  79:10  79:14
80:1  80:1  80:2
82:5  82:6  82:16
82:18  82:21  82:22
82:23  82:24  82:24
82:25  83:5  83:9
83:16  83:19  83:23
84:14  85:4  85:12
86:8  86:17  86:22
88:15  88:17  88:21
88:24  89:16  91:19
93:21  94:21  94:23
96:18  97:12  97:12
97:22  99:3  99:3
99:10  99:12  99:16
99:21  100:19  100:21
100:25  101:5  101:20
102:5  103:8  104:8
**Wacker's** [1]  99:23
**wait** [2] 6:6  6:9
**Walker's** [2]  56:20
62:7
**Walworth** [1]  107:3
107:18
**warehouse** [3]  14:3
49:16  57:2
**warm** [1]  98:13
**waste** [1]  76:17
**water** [1]  7:10
**ways** [1] 5:17
**Wednesday** [1] 1:13
**weeks** [2]  95:7
95:8
**weigh** [1]  58:10
**West** [2] 2:24  65:8
**Western** [1]  1:1
35:23
**whereas** [1]  102:11
**whole** [2]  44:24
78:4
**WILLIAMS** [1]
2:22
**winter** [1]  37:18
**Wisconsin** [23]  1:4
1:17  2:7  2:8
6:23  7:23  7:24
8:10  9:17  13:24
16:4  19:12  53:25
65:9  94:23  95:1
95:18  95:21  96:3
107:1  107:7  107:18
107:23
**Wisconsin-Madison**
[1]  8:15
**Wisconsin-Milwaukee**
[1]  8:22
**within** [3]  75:23
90:9  90:16
**without** [3]  20:18
86:11  95:14
**witness** [18]  2:1
4:2  4:22  4:25
16:1  24:6  27:2
29:19  33:20  42:22

**52:23**  65:12  67:12
71:16  91:11  102:1
102:14  102:23
**word** [10]  5:16
45:1  45:2  101:12
101:15  101:15  102:3
102:9  102:10  102:11
**words** [2]  6:14
85:20
**worked** [1]  21:20
**Works** [1]  31:20
**Worldwide** [1]  55:14
**writing** [2]  30:25
90:3
**written** [1]  31:2
**wrong** [1]  35:2
**wrote** [3]  56:11
90:4  91:1
**X** [1]  88:22
**year** [27] 8:11  12:5
12:23  13:6  13:6
13:7  32:5  32:5
32:7  32:7  32:9
32:9  47:11  47:12
47:25  48:1  50:21
51:9  51:15  51:21
70:20  79:5  97:11
97:19  97:20  97:22
97:23
**year-by-year** [1]
47:24
**years** [20]  9:7
42:6  50:19  50:20
51:12  56:10  57:20
57:24  76:20  76:22
77:6  77:14  77:17
83:2  94:8  94:10
94:20  94:8  99:17
99:19
**yesterday** [1]  97:18
**yet** [2]  36:15  63:21
**yourself** [3]  67:21
87:22  93:19