# EXHIBIT 9
# MARK MEYERS DEPOSITION TRANSCRIPT

```
 1                 UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF MICHIGAN
 3                        SOUTHERN DIVISION
 4
 5   WACKER NEUSON PRODUCTION
 6   AMERICAS, LLC,
 7          Plaintiff/
 8          Counter-Defendant,
 9   vs.                          Case No. 1:19-cv-00018-JTN-ESC
10                                Hon. Janet T. Neff
11   CITY OF NORTON SHORES,
12          Defendant/
13          Counter-Plaintiff.
14   _____
15
16       The Deposition of MARK MEYERS,
17       Taken at 120 West Apple Avenue,
18       Muskegon, Michigan,
19       Commencing at 12:07 p.m.,
20       Friday, January 17, 2020,
21       Before Carol L. Gavigan, CSR-2494, RPR.
22
23
24
25
```

Wacker Neuson Production Americas, LLC vs City of Norton Shores
MARK MEYERS - 01/17/2020

Page 55

1  Q.  That's when you started with the City?

2  A.  No, 1995.

3  Q.  Oh, wow. What did you do before 2004?

4  A.  I was the Director of Administrative Services and
5      assistant to the City Administrator for the two
6      previous Administrators.

7  Q.  Oh, okay, got you.

8            MR. BRODY: Well, Mark, I don't have any
9      other questions for you right now. I may if
10     Mr. Karafa asks you some, but other than that, I'm
11     done, and I thank you for your time.

12 A.  Thank you.

13                        EXAMINATION

14 BY MR. KARAFA:

15 Q.  Just have a couple of questions.

16           Mr. Meyers, during these -- this timeframe
17     where there was this change in name of Wacker, did the
18     facility change its -- from what you can tell, was
19     there -- was the structure essentially the same with
20     regard to its employee pool?

21           MR. BRODY: Object to the form of the
22     question to the degree it characterizes it as a name
23     change.

24           MR. KARAFA: Sure.

25           MR. BRODY: Go ahead.

Wacker Neuson Production Americas, LLC vs City of Norton Shores
MARK MEYERS - 01/17/2020

Page 56

1  BY MR. KARAFA:
2  Q.  Did Wacker, as you knew it, by whatever name, have --
3      operate the same facility?
4  A.  Yes.
5  Q.  Same warehouse facility?
6  A.  Yes.
7  Q.  Same manufacturing facility?
8  A.  Yes.
9  Q.  Essentially, the same employee pool, that is --
10 A.  Yes.
11 Q.  -- there wasn't a complete wipeout of all employees
12     and a new hire of all employees?
13 A.  No.
14 Q.  Did they stay in the same line of business?
15 A.  Yes.
16 Q.  And did any contact persons you had, did those
17     essentially change during that timeframe?
18 A.  No.
19 Q.  Looking at -- let's see, let's find Nelund Exhibits --
20     I don't want to knock over any water here -- you were
21     asked about Nelund Exhibit Number 6, which is the
22     Act 198 agreement entered into between Wacker Corp and
23     the City of Norton Shores back in November 2007; is
24     that right?
25 A.  Yes.

1  CERTIFICATE OF NOTARY

2  STATE OF MICHIGAN )

3                    ) SS

4  COUNTY OF KENT    )

5

6             I, CAROL L. GAVIGAN, certify that this

7  deposition was taken before me on the date

8  hereinbefore set forth; that the foregoing questions

9  and answers were recorded by me stenographically and

10 reduced to computer transcription; that this is a

11 true, full and correct transcript of my stenographic

12 notes so taken; and that I am not related to, nor of

13 counsel to, either party nor interested in the event

14 of this cause.

15

16

17

18

19

20

21           *Carol L. Gavigan* (signature)

22           CAROL L. GAVIGAN, CSR-2494, RPR

23           Notary Public,

24           Kent County, Michigan.

25           My Commission expires: April 10, 2021