UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

    Plaintiff/Counter-Defendant,

v.

CITY OF NORTON SHORES,

    Defendant/Counter-Claimant.
_____/

Case No. 1:19-cv-18

HON. JANET T. NEFF

### ORDER

This matter is before the Court on Counter-Defendant's Motion for Leave to File First Amended Answer to Counterclaim (ECF No. 63), seeking leave to file its proposed amended answer (ECF No. 64-1). Counter-Claimant filed a Response in opposition to the motion (ECF Nos. 67 & 68). The Court having reviewed the motion papers:

**IT IS HEREBY ORDERED** that the Motion for Leave to File First Amended Answer to Counterclaim (ECF No. 63) is GRANTED. The Clerk of Court shall accept for filing the proposed amended answer (ECF No. 64-1).

Dated: March 13, 2020

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge