UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

    Plaintiff/Counter-Defendant,

v.

CITY OF NORTON SHORES,

    Defendant/Counter-Claimant.
_____/

Case No. 1:19-cv-18

HON. JANET T. NEFF

## ORDER

Plaintiff/Counter-Defendant filed a Pre-Motion Conference Request concerning its anticipated motion for summary judgment (ECF No. 71), and no Response to its Pre-Motion Conference Request has been timely filed. Therefore,

**IT IS HEREBY ORDERED** that Defendant/Counter-Claimant shall file a Response to the Pre-Motion Conference Request no later than August 25, 2020. Counsel shall adhere to the requirements set forth in Judge Neff's Information and Guidelines for Civil Practice, which are available on the Court's website (www.miwd.uscourts.gov).

Dated: August 18, 2020

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge