UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

       Plaintiff,                           Case No. 1:19-cv-18

     v.                                   District Judge Hala Y. Jarbou

NORTON SHORES, CITY OF,

       Defendant.
_____/

**NOTICE REGARDING REASSIGNMENT OF CASE**

      NOTICE is hereby given that this case has been reassigned to District Judge Hala Y. Jarbou for all further proceedings under Administrative Order number 20-CA-071. Judge Janet T. Neff is no longer assigned to the case.

Unless notified otherwise under separate notification, all current deadlines and any scheduled hearings will remain as previously scheduled.

                                                CLERK OF COURT

Dated: September 28, 2020       By:  /s/ J. Gerona
                                                  Deputy Clerk