UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

    Plaintiff,                                 Case No. 1:19–cv–18

v.                                        Hon. Hala Y. Jarbou

NORTON SHORES, CITY OF,

    Defendant.
_____/

**ORDER**

      Before the Court is parties' Joint Notice (ECF No. 79) in Response to the Order to Show Cause (ECF No. 77), in which they request that the Court extend the pre–motion conference deadline in this case. This case has been reassigned, and this Court does not hold pre–motion conferences or require the parties attend one before filing a dispositive motion. After reviewing the parties' Joint Notice, the Court will proceed with the remaining case management dates as previously ordered. Trial, which will now be held in Lansing, remains set for December 1, 2020, at 9:00 A.M.

    IT IS SO ORDERED.

Dated:  October 9, 2020                         /s/ Hala Y. Jarbou
                                                            HALA Y. JARBOU
                                                            United States District Judge