UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

       Plaintiff,                      Case No. 1:19–cv–18

v.                                Hon. Hala Y. Jarbou

NORTON SHORES, CITY OF,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Final Pretrial Conference
Date/Time:            November 9, 2020   01:30 PM
District Judge:       Hala Y. Jarbou
Place/Location:     128 Federal Building, Lansing, MI

*Please note: Location has been changed to Lansing.*

                                               HALA Y. JARBOU
                                               United States District Judge

Dated:  November 3, 2020        By:   /s/ A. Seymore
                                                Paralegal/Judicial Assistant