UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

       Plaintiff,                              Case No. 1:19–cv–18

   v.                                      Hon. Hala Y. Jarbou

NORTON SHORES, CITY OF,

       Defendant.
_____/

## **NOTICE OF HEARING**

  TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Final Pretrial Conference
Date/Time:             November 9, 2020   03:00 PM
District Judge:        Hala Y. Jarbou
Place/Location:       128 Federal Building, Lansing, MI

*Please note: Time has changed to 3pm; the date remains the same.*

                                                HALA Y. JARBOU
                                                United States District Judge

Dated:  November 6, 2020         By:   /s/ A. Seymore
                                            Paralegal/Judicial Assistant