# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

## MINUTES

Wacker Neuson Production Americas, LLC,

    Plaintiff,

v.

City of Norton Shores,

    Defendant.

_____/

CASE NO.  1:19-cv-18
DATE:  11/9/2020
TIME:  3:06pm – 3:16pm
PLACE:  Lansing
JUDGE:  Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Adam John Brody, Jeffrey David Koelzer

DEFENDANT(S):
John M. Karafa

## PROCEEDINGS

NATURE OF HEARING:

Final Pretrial Conference held on the record. Case to be set for Settlement Conference in front of Magistrate Judge Sally J. Berens, if she has availability. Case to proceed to Bench Trial on December 1, 2020, at 9:00 A.M.

COURT REPORTER:  Paul Brandell

/s/ A. Seymore
Paralegal / Judicial Assistant