UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

        Plaintiff,                         Case No. 1:19−cv−18

    v.                                     Hon. Hala Y. Jarbou

NORTON SHORES, CITY OF,

        Defendant.
_____/

## <u>NOTICE OF HEARING CANCELLATION</u>

        The settlement conference set in this matter for **November 30, 2020** is hereby **CANCELLED.**

                                          U.S. Magistrate Judge

Dated:  November 30, 2020     By:   /s/ Cynthia Black Hosner_____
                                          Judicial Assistant