UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WACKER NEUSON PRODUCTION
AMERICAS, LLC,

          Plaintiff,

Case No. 1:19-cv-18

Honorable Hala Y. Jarbou

v.

CITY OF NORTON SHORES,

          Defendant.
_____/

**ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS**

The Court having been advised of the parties' agreement to settle this matter, by way of email, on November 30, 2020,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **December 18, 2020 at 2:00 p.m.** If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs.

Date:  November 30, 2020

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE