UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WACKER NEUSON PRODUCTION
AMERICAS, LLC, a Wisconsin limited
Liability company,

    Plaintiff/Counter-Defendant,

vs.

CITY OF NORTON SHORES,
a Michigan Municipal Corporation,

    Defendant/Counter-Plaintiff.

Case No. 1:19-cv-00018

**HON. HALA Y. JARBOU**
United States District Judge

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff/Counter-Defendant, Wacker Neuson Production Americas, LLC, and Defendant/Counter-Plaintiff, City of Norton Shores, having resolved fully and finally all claims and differences between them in the within action, hereby stipulate to the entry of an Order of Dismissal, with prejudice, and without fees or costs.

Dated:  December 14, 2020

   /s/ Adam J, Brody_____
Adam J. Brody (P62035)
Attorney for Plaintiff/Counter-Defendant
Wacker Neuson Production Americas, LLC

   /s/ John M. Karafa_____
John M. Karafa
Attorney for Defendant/Counter-Plaintiff
City of Norton Shores

## **ORDER OF DISMISSAL WITH PREJUDICE**

The Court having reviewed the Stipulation of Plaintiff/Counter-Defendant, Wacker Neuson Production Americas, LLC, and Defendant/Counter-Plaintiff, City of Norton Shores, and otherwise being advised in the premises, hereby approves the stipulation for entry of an order dismissing the within action, with prejudice, and without fees or costs, and closes the case.

**IT IS SO ORDERED.**

Dated: _____                                    _____
                                                                                          HONORABLE HALA Y. JARBOU
                                                                                          UNITED STATES DISTRICT JUDGE